

PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "VITOL VIRGIN ISLANDS CORP.", FILED IN THIS OFFICE ON THE TWELFTH DAY OF JULY, A.D. 2013, AT 3:20 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

5365821 8100

130873829

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 0584616

DATE: 07-15-13

EXHIBIT D

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:35 PM 07/12/2013
FILED 03:20 PM 07/12/2013
SRV 130873829 - 5365821 FILE

CERTIFICATE OF INCORPORATION

OF

Vitol Virgin Islands Corp.

1. The name of the corporation is: Vitol Virgin Islands Corp.

2. The address of its registered office in the State of Delaware is: Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware 19801. The name of its registered agent at such address is: The Corporation Trust Company.

3. The nature of the business or purposes to be conducted or promoted is:

   To engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

4. The total number of shares of stock which the corporation shall have authority to issue is one thousand (1,000) shares of common stock, par value of $0.01 per share

5. The incorporator of the corporation is John D. Zimmerman, whose mailing address is 1100 Louisiana, Suite 5500, Houston, Texas 77002-5255.

6. The powers of the incorporator are to terminate upon the filing of this Certificate of Incorporation. The names and mailing addresses of the persons who are to serve as the initial directors of the corporation until the first annual meeting of stockholders of the corporation, or until their successors are elected and qualified, are:

| Name | Address |
| --- | --- |
| Christopher G. Brown | 1100 Louisiana, Suite 5500, Houston, Texas 77002 |
| Eduardo Garcia Loza | 1100 Louisiana, Suite 5500, Houston, Texas 77002 |
| Patrick H. Gorgue | 1100 Louisiana, Suite 5500, Houston, Texas 77002 |
| Miguel A. Loya | 1100 Louisiana, Suite 5500, Houston, Texas 77002 |

7. The election of directors need not be by written ballot.

8. The corporation is to have perpetual existence.

9. The board of directors shall have the power to adopt, amend or repeal bylaws. Such power conferred upon the board of directors shall not divest or limit the stockholders'

power to adopt, amend or repeal bylaws.

10. A director of the corporation shall not be liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director, except to the extent such exemption from liability or limitation thereof is not permitted under the General Corporation Law of the State of Delaware as the same exists or may hereafter be amended. Any amendment, modification or repeal of the foregoing sentence shall not adversely affect any right or protection of a director of the corporation hereunder in respect of any act or omission occurring prior to the time of such amendment, modification or repeal.

IN WITNESS WHEREOF, the undersigned incorporator hereby acknowledges that the foregoing Certificate of Incorporation is his act and deed on this 12th day of July, 2013.

_____
John D. Zimmerman - Incorporator