# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "VITOL US HOLDING CO.", FILED IN THIS OFFICE ON THE FIFTEENTH DAY OF DECEMBER, A.D. 2015, AT 4:01 O`CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



Jeffrey W. Bullock, Secretary of State

5908581  8100  
SR# 20151366749  
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 10630061  
Date: 12-16-15

**EXHIBIT E**

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:01 PM 12/15/2015
FILED 04:01 PM 12/15/2015
SR 20151366749 - File Number 5908581

# CERTIFICATE OF INCORPORATION
# OF
# VITOL US HOLDING CO.

FIRST. The name of the corporation is Vitol US Holding Co.

SECOND. The address of the corporation's registered office in the State of Delaware is Corporation Trust Center, 1209 Orange Street in the City of Wilmington, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.

THIRD. The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

FOURTH. The total number of shares which the corporation shall have authority to issue is 1,000 shares of Common Stock, and the par value of each of such shares is $0.01.

FIFTH. The name and mailing address of the incorporator is Mark Horosko, 125 Broad Street, New York, New York 10004.

SIXTH. The board of directors of the corporation is expressly authorized to adopt, amend or repeal by-laws of the corporation.

SEVENTH. Elections of directors need not be by written ballot except and to the extent provided in the by-laws of the corporation.

EIGHTH. A director of the corporation shall not be liable to the corporation or its stockholders for monetary damages for breach of fiduciary duty as a director, except to the extent that such exemption from liability or limitation thereof is not permitted under the Delaware General Corporation Law as currently in effect or as the same may hereafter be amended. No amendment, modification or repeal of this Article EIGHTH shall adversely

affect any right or protection of a director that exists at the time of such amendment, modification or repeal.

        IN WITNESS WHEREOF, I have signed this certificate of incorporation this 15th day of December, 2015.

_____
Incorporator
Mark A. Horosko