IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC, (PETRO) )<br>)<br>Plaintiffs, )<br>)<br>VS. )<br>)<br>ISLAND PROJECT AND OPERATING )<br>SERVICES, LLC, (IPOS), VITOL HOLDING )<br>CO., VITOL VI and ANDREW CANNING, )<br>)<br>Defendants. ) | CASE NO. 1:21-cv-00312 |

**NOTICE OF APPEARANCE OF**
**ISLAND PROJECT AND OPERATING SERVICES, LLC**

Island Project and Operating Services, LLC ("IPOS"), through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, hereby enters its appearance in the above-captioned matter and requests that copies of all pleadings, motions and other documents filed in the captioned matter be served on the undersigned. This notice is without prejudice to, and specifically preserving, all defenses including but not limited to defenses based upon failure of process or insufficient service of process.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**

DATED: November 22, 2021

By: */s/ Simone R.D. Francis*
SIMONE R. D. FRANCIS
V.I. Bar Number 537
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Telephone: (340) 714-1235
Facsimile: (340) 714-1245
Email: simone.francis@ogletree.com

*Attorneys for Island Project and Operating Services, LLC.*