**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**PETRO INDUSTRIAL SOLUTIONS, LLC,**

        Plaintiff,

v.

**ISLAND PROJECT AND OPERATING, LLC, VITOL HOLDING CO., VITOL VI, and ANDREW CANNING**

        Defendants.
_____

1:21-cv-00312-WAL-GWC

**TO:**    Lee J. Rohn, Esq.
           Simone D. Francis, Esq.
           Carl A. Beckstedt, III, Esq.
           Andrew C. Simpson, Esq.

## SCHEDULING ORDER

THIS MATTER came before the Court on April 11, 2022, for an Initial Conference hearing pursuant to Rule 16 of the Federal Rules of Civil Procedure. Lee J. Rohn, III, Esq., appeared on behalf of Plaintiff. Simone D. Francis, Esq., appeared via videoconference on behalf of Defendant Island Project and Operating, LLC. Alexander Kaplan, Esq. and Gloria Park, Esq., appeared via videoconference and Carl A. Beckstedt, III, Esq., appeared on behalf of Vitol Defendants. Andrew C. Simpson appeared on behalf of Defendant Canning.

Upon consideration of the parties' Updated Report on Parties' Rule 26(f) Conference and Proposed Scheduling Plan (ECF No. 40) and the April 11, 2022, Initial Conference, the Court enters the following schedule, to which the parties shall adhere and by which the proceedings in the above-captioned matter shall be governed.

WHEREFORE, it is now hereby **ORDERED**:

*Petro Industrial Solutions, LLC v. Island Project and Operating, LLC et al*
1:21-cv-00312-WAL-GWC
Scheduling Order
Page 2

1. Any motion to amend the pleadings shall be filed on or before **October 28, 2022**.

2. Any motion to join additional parties shall be filed on or before **October 28, 2022**.

3. All factual discovery, including written discovery and fact witness depositions, shall be completed on or before **December 15, 2022**.

4. Mediation shall be completed no later than **January 13, 2023,** and shall be conducted pursuant to Local Rules of Civil Procedure Rule 3.2.

5. Plaintiff's experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served no later than **January 30, 2023.**

6. Defendants' experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served no later than **March 15, 2023.**

7. All experts' depositions, as provided in Fed. R. Civ. P. 26(a)(2), shall be completed no later than **April 28, 2023**. No rebuttal reports are allowed without leave of Court.

8. All dispositive motions shall be filed on or before **May 31, 2023**.  No extensions for filing opposition or reply briefs are allowed without leave of Court.  If no dispositive motions will be filed in the case, the parties shall file, no later than **May 26, 2023**, a joint notice stating that the parties have not filed and do not intend to file any dispositive motions.

*Petro Industrial Solutions, LLC v. Island Project and Operating, LLC et al*
1:21-cv-00312-WAL-GWC
Scheduling Order
Page 3

9. *Daubert* motions shall be filed no later than **June 30, 2023**.

10. A status conference is scheduled for **January 17, 2023**, at **10:00 a.m.**,[1] in Magistrate Judge's Chambers.  A status conference is scheduled for **June 2, 2023**, at **10:00 a.m.**, in Magistrate Judge's Chambers.  A final pretrial conference is scheduled for **November 3, 2023**, at **10:00 a.m.**, before Judge Lewis in STX Courtroom 1.

11. Pretrial filing deadlines and the trial date will be set by further order of the Court.

12. Any extensions, changes, and/or modification of any dates or deadlines contained herein shall be made only for good cause and only with the Court's consent pursuant to Fed. R. Civ. P. 16(b)(4).

ENTER:

Dated: April 11, 2022

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE

---

[1] All times stated herein are Atlantic Standard Time.