# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>vs.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), VITOL HOLDING, CO., VITOL VI and ANDREW CANNING,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

## <u>NOTICE OF FOURTH SUPPLEMENTAL PRODUCTION PURSUANT TO RULE 26</u>

**COMES NOW** Plaintiff PETRO by and through its undersigned counsel, and gives notice of producing the following pursuant to Rule 26:

1. Invoice from Professional NDT Services for Inspection produced and attached hereto as **Bates No. PIS000930.**

        RESPECTFULLY SUBMITTED
        LEE J. ROHN AND ASSOCIATES, LLC
        Attorneys for Plaintiff

DATED: July 7, 2022      BY:   /s/ *Lee J. Rohn*
                                                               Lee J. Rohn, Esq.
                                                              VI Bar No. 52
                                                              1108 King Street, Suite 3 (mailing)
                                                               56 King Street, Third Floor (physical)
                                                              Christiansted, St. Croix
                                                              U.S. Virgin Islands 00820
                                                              Telephone: (340) 778-8855
                                                              lee@rohnlaw.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET. AL., CASE NO. 1:21-CV-00312,
NOTICE OF PLAINTIFF PETRO'S FOURTH SUPPLEMENTAL PRODUCTION
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on July 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com
    Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp.

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com
    Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp.

Andrew   C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
    Attorney For: Andrew Canning

Simone Francis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
    Attorney For: Island Project and Operating Services, LLC

Y.  Gloria Park
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Email Address: gpark@susmangodfrey.com
    Attorney For: Vitol Virgin Islands Corp., Vitol US Holding Co.

BY:   /s/ *Lee J. Rohn*           (raw)