**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

PETRO INDUSTRIAL SOLUTIONS, LLC
(PETRO),

                                    Plaintiff,                          CIVIL NO. 1:21-CV-00312

        v.

ISLAND PROJECT AND OPERATING
SERVICES, LLC, (IPOS), VITOL US HOLDING
II, CO., VITOL VIRGIN ISLANDS CORPS,
(VVIC), ANDREW CANNING and OPTIS
EUROPE, LTD., (OPTIS),

                                    Defendants.

## STIPULATION TO AMEND CASE CAPTION

        Plaintiff Petro Industrial Solutions, LLC and Defendants Island Project and Operating

Services, LLC; Vitol US Holding II Co.; Vitol Virgin Islands Corp.; Andrew Canning; and OPTIS

Europe, Ltd., through undersigned counsel, have agreed to amend the case caption as follows to

correct inadvertent typographical errors in the current case caption:

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

PETRO INDUSTRIAL SOLUTIONS, LLC,

                                    Plaintiff,                          CIVIL NO. 1:21-CV-00312

        v.

ISLAND PROJECT AND OPERATING
SERVICES, LLC; VITOL US HOLDING II CO.;
VITOL VIRGIN ISLANDS CORP.; ANDREW
CANNING; and OPTIS EUROPE, LTD.,

                                    Defendants.

Respectfully submitted,

**BECKSTEDT & KUCZYNSKI LLP**
Attorneys for Defendants Vitol US Holding II, Co.
and Vitol Virgin Islands Corp.

Dated: January 20, 2023      By:      /s/ *Carl A. Beckstedt III*
                                     Carl A. Beckstedt III, Esq.
                                     2162 Church Street
                                     Christiansted, VI 00820
                                     Tel: (340) 719-8086 / Fax: (800) 886-6831
                                     Virgin Islands Bar No. 684
                                     Carl@beckstedtLaw.com

                                     *and*

**SUSMAN GODFREY L.L.P.**
Attorneys for Defendants Vitol US Holding II, Co.
and Vitol Virgin Islands Corp.

Dated:  January 20, 2023      By:      /s/ *Alex Kaplan*
                                     Alex Kaplan, Esq., *Admitted Pro Hac Vice*
                                     1000 Louisiana St., Suite 5100
                                     Houston, TX 77002
                                     Tel:  (713) 651-9366
                                     Fax:  (713) 654-6666
                                     akaplan@susmangodfrey.com

Dated:  January 20, 2023      By:      /s/ *Y. Gloria Park*
                                     Y. Gloria Park, Esq., *Admitted Pro Hac Vice*
                                     1301 Avenue of the Americas, 32nd Fl.
                                     New York, NY 10019
                                     Tel: (212) 336-8330
                                     Fax: (212) 336-8340
                                     gpark@susmangodfrey.com

**OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, LLC**
Attorneys for Defendant/Counter Claimant
Island Project and Operating Services, LLC

Dated: January 20, 2023      By:      /s/ *Simone R. D. Francis*
                                     Simone R. D. Francis, Esq.
                                     1336 Beltjen Road
                                     The Tunick Building Suite 201
                                     St. Thomas, VI 00802
                                     Tel: (340) 714-1235
                                     Virgin Islands Bar No. 537

simone.francis@ogletree.com

**ANDREW SIMPSON P.C.**
Attorney for Defendant Andrew Canning and
Defendant OPTIS Europe, Ltd.

Dated: January 20, 2023          By:      /s/*Andrew Simpson*
                                          Andrew Simpson, Esq.
                                          2191 Church Street, Suite 5
                                          Christiansted, VI 00820-5807
                                          Tel: (340) 719-3900
                                          Virgin Islands Bar No. 451
                                          Asimpson@coralbrief.com

**LEE J. ROHN &ASSOCIATES, LLC**
Attorneys for Plaintiff/Counter Defendant

Dated: January 20, 2023          By:      /s/ *Lee J. Rohn*
                                          Lee J. Rohn, Esq.
                                          1108 King Street, Suite 3
                                          53 King Street, Third Floor (Physical)
                                          Christiansted, VI 00820
                                          Tel: (340) 778-8855
                                          Virgin Islands Bar No. 52
                                          lee@rohnlaw.com