IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>                    Defendants. | CIVIL NO. 1:21-CV-00312 |

**[PROPOSED] ORDER**

THIS MATTER is before the Court on the parties' Stipulation to Amend Case Caption and the Court being satisfied in the premises that the caption should be amended; it is hereby

ORDERED that the parties' Stipulation is hereby **GRANTED** and the caption is amended as indicated above.

ENTER:

Date: _____.

_____
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE