### DISTRICT COURT OF THE VIRGIN ISLANDS

### DIVISION OF ST. CROIX

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO)**, <br><br>      **Plaintiff,** <br><br>      v. <br><br>**ISLAND PROJECT & OPERATING SERVICES, LLC (IPOS), VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP. (VVIC), ANDREW CANNING, OPTIS EUROPE, LTD., (OPTIS),** <br><br>      **Defendants.** | 1:21-cv-00312-WAL-EAH |

**TO:**      **Lee J. Rohn, Esq.**
                *On behalf of Plaintiff*
          **Simone D. Francis, Esq.**
                *On behalf of Island Project & Operating Servs.*
          **Andrew Kaplan, Esq.**
          **Y. Gloria Park, Esq.**
          **Carl A. Beckstedt, III, Esq.**
                *On behalf of Vitol US Holding II and Vitol VI*
          **Andrew C. Simpson, Esq.**
                *On behalf of Andrew Canning & OPTIS Europe*

### ORDER AMENDING CAPTION

      **THIS MATTER** comes before the Court on a Stipulation to Amend Case Caption, filed by all of the parties in this case. Dkt. No. 138. The parties, through their counsel, have agreed to amend the caption to correct typographical errors in the current case caption. *Id.* The corrected caption is as follows:

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Order
Page 2

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC,** | |
| Plaintiff, | |
| v. | 1:21-cv-00312-WAL-EAH |
| **ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II, CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,** | |
| **Defendants.** | |

The premises considered, it is hereby **ORDERED**:

1. The Stipulation to Amend Case Caption, Dkt. No. 138, is **ACCEPTED**.

2. The caption in this case will be amended as indicated above.

ENTER:

Dated: January 23, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE