IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>Defendants. | CASE NO. 1:21-CV-00312 |

**DEFENDANTS' NOTICE OF FILING
DEFENDANTS' JOINT DEPOSITION PLAN**

COME NOW all the Defendants[1] by their undersigned counsel and pursuant to the Court's Order (Docket No. 136) file this joint deposition plan including dates for the witnesses to be deposed pursuant to Fed. R. Civ. P. 30(b)(6).

WHEREAS, prior to the January 27, 2023 deadline, the parties sent letter notices identifying witnesses to be deposed and proposed availability as ordered; and

WHEREAS, since exchanging the letter notices, parties have engaged in various communications via telephone conference, letter writing and/or email and have exchanged revised dates for depositions through as recently as this morning; and

WHEREAS, certain depositions and dates have been agreed upon, yet, notwithstanding the parties' efforts, other depositions are not yet confirmed:

NOW, THEREFORE, the Defendants propose this plan:

---

[1] Plaintiff's counsel was provided a draft of this proposed plan this afternoon, but indicated she did not have adequate time to review it. As such, Defendants are filing their joint proposed plan to comply with the Court's order.

1. Agreed Depositions.
    a. The Parties shall take the following depositions on the dates indicated, absent modification by agreement of all Parties:
        i. Adrian Melendez, Jr., as the designated witness for Plaintiff Petro Industrial Solutions, LLC on April 28, 2023, as well as in his personal capacity.
        ii. Charlotte Horowitz as the designated witness for Vitol Virgin Islands Corp. on May 19, 2023, as well as in her personal capacity.
        iii. A to-be determined designated witness for Vitol US Holdings II Co. on June 15, 2023, provided a witness is available. (A Notice with topics is required in order to determine the witness to be presented.)
        iv. Chetram Persaud on May 22, 2023
        v. Tim Kologinczak on May 23, 2023
        vi. Sebastian Moretti on May 25, 2023
    b. The party who has requested the foregoing depositions shall serve the notice of deposition on or before February 21, 2023.
    c. Any other party may cross-notice the deposition on or before February 24. 2023.
2. Other Depositions
    a. The Parties shall continue to meet and confer through February 20, 2023, to determine if counsel can agree on and confirm deposition dates within the current June 16, 2023 deadline for the additional individual party witnesses,

      30(b)(6), and third-party witnesses identified in the parties' respective lists of intended deponents.

3. On or before February 21, 2023, all depositions that any party intends to take of any witness employed by a party or of a witness otherwise represented by counsel in this case shall be noticed by the parties.

    a. To the extent additional deponents and dates have been agreed upon as required under Section 2 of this order, the party requesting the deposition shall notice the deposition(s) for the agreed date and time.

    b. To the extent dates are not agreed upon for the witnesses listed in Section 2, the party requesting the deposition shall notice the deposition(s) for a date and time on or before June 16, 2023, preferably on a date and time that most counsel are available.

    c. Any deposition noticed herein may be cross-noticed by a party on or before February 24, 2023.

4. Only one deponent may be scheduled per day, unless otherwise agreed by all parties.

5. With respect to witnesses and companies not in the control of any party (i.e., third parties), the party seeking the deposition of such witness shall issue the process required to obtain the deposition (whether Fed. R. Civ. P. 45 subpoena or other compulsory process) no later than March 1, 2023. The parties shall then confer with the receiving party or, where applicable, their counsel regarding the third party witnesses' availability. The parties shall endeavor to accommodate the third parties' availability and agree to a mutually available deposition date and time. In such

circumstances, the party originally noticing the third-party deposition shall serve an amended notice.

6. To the extent a deposition has been unilaterally noticed for a date that any party's counsel is not currently available, the parties shall meet and confer up to three weeks before the deposition is scheduled in order to see if the conflicting counsel's schedule(s) has changed such that there is no longer a conflict.  If a conflict still exists three weeks prior to the date of the deposition and counsel cannot reach agreement on the taking of the deposition, then a party may move to quash and/or reschedule the deposition. .

Respectfully submitted,

**BECKSTEDT & KUCZYNSKI LLP**
Attorneys for Defendants Vitol US Holding II, Co. and Vitol Virgin Islands Corp.

Dated: February 10, 2023            By:      /s/ *Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
2162 Church Street
Christiansted, VI 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
Virgin Islands Bar No. 684
Carl@beckstedtLaw.com

*and*

**SUSMAN GODFREY L.L.P.**
Attorneys for Defendants Vitol US Holding II, Co. and Vitol Virgin Islands Corp.
Alex Kaplan, Esq., *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel:  (713) 651-9366
Fax:  (713) 654-6666
akaplan@susmangodfrey.com

        Y. Gloria Park, Esq., *Admitted Pro Hac Vice*
        1301 Avenue of the Americas, 32nd Fl.
        New York, NY 10019
        Tel: (212) 336-8330
        Fax: (212) 336-8340
        gpark@susmangodfrey.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**
Attorneys for Defendant/Counter Claimant
Island Project and Operating Services, LLC

DATED: February 10, 2023    By:    /s/ *Simone R. D. Francis*
        Simone R. D. Francis, Esq.
        1336 Beltjen Road
        The Tunick Building Suite 201
        St. Thomas, VI 00802
        Tel: (340) 714-1235
        Virgin Islands Bar No. 537
        simone.francis@ogletree.com

**ANDREW SIMPSON P.C.**
Attorneys for Andrew Canning and OPTIS

DATED: February 10, 2023    By:    /s/*Andrew Simpson*
        Andrew Simpson, Esq.
        2191 Church Street, Suite 5
        Christiansted, VI 00820-5807
        Tel: (340) 719-3900
        Virgin Islands Bar No. 451
        Asimpson@coralbrief.com