## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>               Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>               Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF WITHDRAWAL OF DOCKET NO. 146

**COMES NOW** Plaintiff, by and through the undersigned counsel, and hereby withdraws Docket no. 146 filed on February 13, 2023.

                                                      RESPECTFULLY SUBMITTED
                                                      LEE J. ROHN AND ASSOCIATES, LLC
                                                      Attorneys for Plaintiff

DATED:  February 13, 2023            BY:   /s/ *Lee J. Rohn*
                                                        Lee J. Rohn, Esq.
                                                        VI Bar No. 52
                                                        1108 King Street, Suite 3 (mailing)
                                                        56 King Street, Third Floor (physical)
                                                        Christiansted, St. Croix
                                                        U.S. Virgin Islands 00820
                                                        Telephone: (340) 778-8855
                                                        lee@rohnlaw.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

PETRO INDUSTRIAL SOLUTIONS, LLC V. ISLAND PROJECT AND OPERATING SERVICE, LLC, ET. AL., CASE NO. 1:21-CV-00312
**NOTICE OF WITHDRAWL OF DOCKET NO. 146**
Page 2

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com
   Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew   C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
   Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com
   Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
   Attorney For: Island Project and Operating Services, LLC

Y.  Gloria Park, Esq.
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Email Address: gpark@susmangodfrey.com
   Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

                          BY:   /s/ *Lee J. Rohn*            (raw)