## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>    Plaintiff,<br><br>  v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>    Defendants. | CASE NO. 1:21-CV-00312<br><br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

### MOTION TO APPEAR VIA VIDEOCONFERENCE FOR THE FEBRUARY 24, 2023, DISCOVERY HEARING

**COMES NOW** Plaintiff, by and through undersigned counsel, and respectfully requests to appear via Videoconference for the February 24, 2023, at 2:00 p.m., Discovery Hearing in the above captioned matter.

The reason for the request is that Plaintiff's undersigned counsel will be off island from February 19th to 25th, 2023, for medical reasons. The undersigned, is the only attorney with knowledge of this matter available to attend by videoconference on behalf of the Plaintiff, as she has been the sole person working on the case.

**WHEREFORE,** Plaintiff's counsel respectfully requests that she be allowed to participate by videoconference at the February 24, 2023, Discovery Hearing scheduled for 2:00 p.m.

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
*Motion to Appear via Videoconference for the February 24, 2023, Discovery Hearing*
Page 2

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  February 17, 2023        BY:   /s/ *Lee J. Rohn*
                                        Lee J. Rohn, Esq.
                                        VI Bar No. 52
                                        1108 King Street, Suite 3 (mailing)
                                        56 King Street, Third Floor (physical)
                                        Christiansted, St. Croix
                                        U.S. Virgin Islands 00820
                                        Telephone: (340) 778-8855
                                        lee@rohnlaw.com

## CERTIFICATE OF WORD/PAGE COUNT

This document complies with the page or word limitation set forth in Rule 6-1 (e).


                                BY:   /s/ *Lee J. Rohn*
                                        Lee J. Rohn, Esq.

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
*Motion to Appear via Videoconference for the February 24, 2023, Discovery Hearing*
Page 3

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on February 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Y. Gloria Park, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX 77002
Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI 00820
Email Address:    carl@beckstedtlaw.com;    tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Email Address: simone.francis@ogletreedeakins.com
Attorney For: Island Project and Operating Services, LLC

BY:   /s/ *Lee J. Rohn*            (kj)