### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

### ORDER

**THIS MATTER** having come before the Court on Plaintiff's Motion to Appear via Videoconference for the February 24, 2023, Discovery Hearing, and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Motion is **GRANTED**, and further;

**ORDERED** that Plaintiff's counsel shall participate via Videoconference at the Discovery Hearing; and further

**SO ORDERED** this _____ day of _____ 2023.

_____
**Emile A. Henderson III**
Magistrate Judge of the District Court