| | |
|---|---|
| **From:** | Gloria Park |
| **To:** | Lee J. Rohn; Info |
| **Cc:** | Simone Francis; asimpson@coralbrief.com; Alex Kaplan; Carl Beckstedt; Rachel Hanna; Rachel Solis; Gloria Park |
| **Subject:** | RE: Petro v. IPOS - Vitol Defendants" Deposition Letter |
| **Date:** | January 27, 2023 9:19:03 AM |

Attorney Rohn,

All counsel of record were copied on my letter. Further, our letter included our available dates for depositions. For your convenience, I have reproduced below those dates from the letter.

**Available Dates**
February 13-16
March 2
March 6
March 27-29
April 3-5
April 17-19
April 21
May 22-26

Best,
Gloria

---

**From:** Lee J. Rohn <lee@rohnlaw.com>
**Sent:** Friday, January 27, 2023 8:09 AM
**To:** Gloria Park <GPark@susmangodfrey.com>; Info <info@rohnlaw.com>
**Cc:** Simone Francis <simone.francis@ogletree.com>; asimpson@coralbrief.com; Alex Kaplan <akaplan@SusmanGodfrey.com>; Carl Beckstedt <carl@beckstedtlaw.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>
**Subject:** RE: Petro v. IPOS - Vitol Defendants' Deposition Letter

EXTERNAL Email

Good morning. why are you sending this letter to only me when we all have to coordinate our schedules. Also why aren't you providing me with your available dates so I know when you are available to schedule the depositions I want to take?

*Lee J. Rohn*



lee@rohnlaw.com

---

**From:** Gloria Park <GPark@susmangodfrey.com>
**Sent:** January 27, 2023 9:06 AM
**To:** Lee J. Rohn <lee@rohnlaw.com>; Info <info@rohnlaw.com>
**Cc:** Simone Francis <simone.francis@ogletree.com>; asimpson@coralbrief.com; Alex Kaplan <akaplan@SusmanGodfrey.com>; Carl Beckstedt <carl@beckstedtlaw.com>; Rachel Hanna <RHanna@susmangodfrey.com>; Rachel Solis <RSolis@susmangodfrey.com>; Gloria Park <GPark@susmangodfrey.com>
**Subject:** Petro v. IPOS - Vitol Defendants' Deposition Letter

Attorney Rohn,

Please see attached the Vitol Defendants' deposition letter.

Best,
Gloria

**Gloria Park | Susman Godfrey**
o. 212.729.2029 | c. 917.340.3695
1301 Avenue of the Americas, 32nd Fl. | New York, NY 10019
gpark@susmangodfrey.com

This e-mail may contain privileged and confidential information.  If you received this message in error, please notify the sender and delete it immediately.