| | |
|---|---|
| **From:** | Andy Simpson |
| **To:** | Francis, Simone |
| **Cc:** | Gloria Park; Lee J. Rohn; Alex Kaplan; Carl Beckstedt; Info |
| **Subject:** | Canning/Optis deposition availability |
| **Date:** | January 27, 2023 12:47:31 PM |

All, Mr. Canning and Optis do not have any additional witnesses to depose in addition to those listed by Vitol and IPOS.

My current UNavailability is as follows:

    Feb 18-27

    March 1, 3, 7-10, 14-15

    April 10-11

    April 24 May 19

     June 26-30

Andrew C. Simpson

> On Jan 27, 2023, at 11:26 AM, Francis, Simone <simone.francis@ogletree.com> wrote:
>
> Good Afternoon,
>
> Please see the attached.
>
> **Simone R. D. Francis | Ogletree Deakins**
> The Tunick Building, 1336 Beltjen Road, Suite 201 | St. Thomas, USVI 00802 | Telephone: 340-714-5510
> simone.francis@ogletree.com | www.ogletree.com
>
> <2023 01 27 Simone Francis to Counsel.pdf>

**EXHIBIT 4**