# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**

*Attorneys at Law*

The Tunick Building
1336 Beltjen Road, Suite 201
St. Thomas, VI 00802
Telephone: 340-714-1235
Facsimile: 340-714-1245
www.ogletreedeakins.com

Simone R. D. Francis
340.714.5510
simone.francis@ogletree.com

January 27, 2023

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Lee J. Rohn<br>LEE J. ROHN & ASSOCIATES, LLC<br>1108 King Street, Suite 3<br>Christiansted<br>St. Croix, VI 00820 | Carl A. Beckstedt, III<br>BECKSTEDT & KUCZYNSKI, LLP<br>2162 Church Street<br>Christiansted<br>St. Croix, VI 00820 |
| Y. Gloria Park<br>SUSMAN GODFREY, LLP<br>1301 Avenue of the Americas, 32nd Fr<br>New York, NY 10019 | Alex Kaplan<br>SUSMAN GODFREY, LLP<br>1000 Louisiana St., Suite 5100<br>Houston, TX 77002 |
| Andrew Simpson<br>ANDREW C. SIMPSON P.C.<br>2191 Church St., Ste. 5<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820 | |

    RE   Petro Industrial Solutions, LLC v. Island Project and Operating Services, LLC,
VITOL Holding Co., VITOL VI and Andrew Canning
Case No.: SX-2021-CV-00700

Dear Counsel:

    Pursuant to paragraph 2 of the Court's First Amended Scheduling Order (Doc. No. 136), Island Project and Operating Services LLC ("IPOS") provides notice that it intends to conduct the following depositions pursuant to the proposed schedule set forth below, or as otherwise agreed to pursuant to a meet and confer between the parties. IPOS reserves the ability to issue a notice or cross notice of deposition of any witness identified in the communication of any other party served pursuant to the Order, as well as the ability to amend or supplement this list based upon additional discovery or further investigation.



EXHIBIT 5

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

53588597.v1-OGLETREE

All Counsel of Record
January 27, 2023
Page 2

| Deponent Name | Proposed Dates for Deposition |
|---|---|
| Adrian Melendez, Jr. | February 13-16<br>March 2<br>March 6<br>April 3<br>April 4 starting at 12:00 AST |
| 30(b)(6) Deposition of Petro Industrial Solutions, LLC | February 13-16<br>March 2<br>March 6<br>April 3<br>April 5<br>April 17-19<br>April 21 |
| Chetram "Chad" Persaud | February 13-16<br>March 2<br>March 6<br>March 27-29<br>April 3<br>April 4 starting at 12:00 AST<br>April 5<br>April 17-19<br>April 21 |
| 30(b)(6) of Acuren Inspection Services and/or individuals affiliated with Acuren Inspection Services to be determined | May 22-26 |
| 30(b)(6) Versa Integrity Group and/or individuals affiliated with Versa Integrity Group to be determined | Tentatively May 22-26 |

  For scheduling purposes, please be advised that I am unavailable on the following dates identified in Attorney Rohn's letter dated January 25, 2023

| Proposed Dates | Notation |
|---|---|
| March 20-March 23, 2023 | Trial |
| April 6 | Reserved for meeting from noon to 2 p.m. |
| May 25, 2023 through 12 noon (available starting at/after 12 noon) | |
| May 30-31 | Final pre-trial meetings and conferences/hearings |
| June 1-2 | Final pre-trial meetings and conferences/hearings |
| June 5-9 | Trial |

All Counsel of Record
January 27, 2023
Page 3

| June 12-13 | Trial |

    I am available on February 1 and February 3 to meet and confer about a schedule for any depositions that have been identified by Plaintiff which are not also identified by IPOS or another defendant.

                            Sincerely,

                            *Simone R.D. Francis*

                            Simone R.D. Francis

SRDF:s