DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

**PETRO INDUSTRIAL SOLUTIONS, LLC,**

      **Plaintiff,**

      v.

**ISLAND PROJECT & OPERATING SERVICES, LLC, VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, and OPTIS EUROPE, LTD.,**

      **Defendants.**
_____

1:21-cv-00312-WAL-EAH

**TO:**     **Lee J. Rohn, Esq.**
             *On behalf of Plaintiff*
         **Simone D. Francis, Esq.**
             *On behalf of Island Project & Operating*
         **Andrew Kaplan, Esq.**
         **Gloria Park, Esq.**
         **Carl A. Beckstedt, III, Esq.**
             *On behalf of Vitol US Holding and Vitol VI*
         **Andrew C. Simpson, Esq.**
             *On behalf of Andrew Canning & OPTIS Europe*

## **ORDER**

      **THIS MATTER** comes before the Court on a Motion to Appear via Videoconference for the February 24, 2023 Discovery Hearing, filed by counsel for Plaintiff, Petro Industrial Solutions, Inc. Dkt. No. 151. In the motion, counsel Lee J. Rohn, Esq., states that she will be off island from February 19-25, 2023 for medical reasons and she is the only attorney with knowledge of the matter available to attend by videoconference. *Id.*

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Order
Page 2

Having considered the motion, this Court will grant it and allow counsel for Plaintiff to appear at the February 24, 2023 Discovery Conference by videoconference.

Accordingly, it is now hereby **ORDERED:**

1. The motion by counsel for Plaintiff to attend the February 24, 2023 Discovery Conference remotely, Dkt. No. 151, is **GRANTED**.

2. Attorney Rohn shall contact the Clerk of Court for videoconference dial-in information.

ENTER:

Dated: February 17, 2023                  /s/ Emile A. Henderson III
                                          EMILE A. HENDERSON III
                                          U.S. MAGISTRATE JUDGE