**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC,**<br><br>       **Plaintiff,**<br><br>    v.<br><br>**ISLAND PROJECT & OPERATING SERVICES, LLC, VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, and OPTIS EUROPE, LTD.,**<br><br>       **Defendants.**<br>_____ | 1:21-cv-00312-WAL-EAH |

**TO:**     Lee J. Rohn, Esq.
             *On behalf of Plaintiff*
         **Simone D. Francis, Esq.**
             *On behalf of Island Project & Operating*
         **Andrew Kaplan, Esq.**
         **Gloria Park, Esq.**
         **Carl A. Beckstedt, III, Esq.**
             *On behalf of Vitol US Holding and Vitol VI*
         **Andrew C. Simpson, Esq.**
             *On behalf of Andrew Canning & OPTIS Europe*

**ORDER**

   **THIS MATTER** comes before the Court following a discovery hearing on Friday, February 24, 2023 concerning the deposition schedule to be followed in this case. At the hearing, the Court and the attorneys engaged in a detailed and extensive discussion in an effort to resolve outstanding issues and set forth a deposition schedule that would be amenable to all parties. The Court and parties discussed, inter alia, Plaintiff's motion for a one-week extension of the discovery deadline—from June 16, 2023 to June 23, 2023—in

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Order
Page 2

order that the parties could complete the depositions they planned to take. Dkt. No. 147. In addition, the Court stated that it would continue the status conference that had been set for Tuesday, June 20, 2023 at 10:00 a.m. so that the parties could use that time to complete the depositions.

Accordingly, it is hereby **ORDERED:**

1. Plaintiff's motion to extend the fact deadline by one week, until **June 23, 2023**, Dkt. No. 147, is **GRANTED**.

2. The First Amended Scheduling Order, Dkt. No.136, is amended only in that regard; all other deadlines remain the same.

3. The status conference scheduled for June 20, 2023 is **CONTINUED** until **June 27, 2023 at 10:0 a.m. Off-island counsel may appear by videoconference; on-island counsel shall appear in person**.

ENTER:

Dated: February 27, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE