IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC, (PETRO),<br><br>Plaintiff,<br><br>VS.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, (IPOS), VITOL HOLDING CO., VITOL VI and ANDREW CANNING,<br><br>Defendants. | CASE NO. 1:21-cv-00312 |

**NOTICE OF SERVICE OF ISLAND PROJECT AND OPERATING SERVICES, LLC'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant Island Project and Operating Services, LLC ("IPOS"), through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, pursuant to Fed. R. Civ. P. 34, Fed. R. Civ. P. 26(e)(1)(A), and LRCi 26.1(a), hereby provides notice that it served counsel for Plaintiff and co-Defendants with the following:

1. Defendant Island Project and Operating Services, LLC's First Supplemental Response to Plaintiff's Second Request for Production of Documents;

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**

DATED: March 14, 2023     By:   /s/ Simone R.D. Francis
SIMONE R. D. FRANCIS
V.I. Bar Number 537
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Telephone: (340) 714-1235
Facsimile: (340) 714-1245
Email: simone.francis@ogletree.com

*Attorneys for Island Project and Operating Services, LLC*