IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC, (PETRO), <br><br> Plaintiff, <br><br> vs. <br><br> ISLAND PROJECT AND OPERATING SERVICES, LLC, (IPOS), VITOL HOLDING CO., VITOL VI and ANDREW CANNING, <br><br> Defendants. | ) ) ) ) ) ) ) CASE NO. 1:21-cv-00312 ) ) ) ) ) ) ) |

**NOTICE OF SERVICE OF DEFENDANT ISLAND PROJECT AND OPERATING SERVICES, LLC'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant Island Project and Operating Services, LLC ("IPOS"), through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, pursuant to Fed. R. Civ. P. 33, hereby provides notice that on March 20, 2023, counsel for Plaintiff was served with the following:

1. Defendant IPOS's First Supplemental Response to Plaintiff's Set of Interrogatories

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**

DATED: March 20, 2023

By: */s/ Simone R.D. Francis*
SIMONE R. D. FRANCIS
V.I. Bar Number 537
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Telephone: (340) 714-1235
Facsimile: (340) 714-1245
Email: simone.francis@ogletree.com

*Attorneys for Island Project and Operating Services, LLC*