**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES,<br>LLC; VITOL US HOLDING II CO.; VITOL VIRGIN<br>ISLANDS CORP.; ANDREW CANNING; and OPTIS<br>EUROPE, LTD.,<br><br>    Defendants. | CIVIL NO. 1:21-CV-00312 |

**VITOL VIRGIN ISLANDS CORP.'S**
**<u>NOTICE OF SERVICE</u>**

COMES NOW Defendant Vitol Virgin Islands Corp., by and through undersigned

counsel, and gives notice that on March 24, 2023, it served Defendant's Third Supplemental

Responses And Objections To Plaintiff's First Set Of Interrogatories on all counsel of record via

electronic mail.

Respectfully submitted,

**BECKSTEDT & KUCKZYNSKI LLP**
Attorneys for *Vitol Virgin Islands Corp.*
2162 Church Street
Christiansted, VI 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: March 27, 2023          By:     s/ Carl A. Beckstedt III
                                                    Carl A. Beckstedt III, Esq
                                                    VI Bar No. 684
                                                    carl@beckstedtlaw.com