# Lee J. Rohn and Associates, LLC

*Lee J. Rohn*
(Lic. Texas and U.S.V.I.)
lee@rohnlaw.com

*Mary Faith Carpenter*
(Lic. New Jersey and U.S.V.I.)
maryfaith@rohnlaw.com

*Rhea R. Lawrence*
(Lic. U.S.V.I.)
rhea@rohnlaw.com

Mailing: 1108 King Street, Suite 3
Physical: 56 King Street, Third Floor
Christiansted, St. Croix VI 00820
340.778.8855 · Fax 340.773.2954

Mailing: 1026 Norre Gade, K.Q.
Physical: 24B/24BA/24BB Norre Gade, K.Q.
Charlotte Amalie, St. Thomas VI 00802
340.774.8558

TOLL FREE
866.778.0044 · Fax 866.778.0055

*Jennifer S. Koockogey-LaJoie*
(Lic. Minnesota and U.S.V.I.)
jennifer@rohnlaw.com

*Blake M. Feamster*
(Lic. Oklahoma, Colorado* and U.S.V.I.)
blake@rohnlaw.com

*Natalie Nelson Tang How*
Of Counsel
(Lic. U.S.V.I.)
natalie@rohnlaw.com

September 29, 2022

**VIA HAND DELIVERY AND ELECTRONIC MAIL**
Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820

RE:   Petro Industrial Solutions, LLC v. IPOS, et. al., Case No. 1:21-CV-00312

Dear Attorney Simpson:

This confirms our meet and confer held on September 29, 2022.

We were unable to agree as to **Interrogatories Nos. 1, 10 and 18**.

Plaintiff agreed to waive his insufficiency claims as to **Interrogatories Nos. 2, and 3**.

We could not agree as to **Demand for Production for Documents Nos. 37 and 41**. Plaintiff waived as to **Demand No. 12**.

You agreed to supplement as to **Demand No. 37**.

Cordially,

Lee J. Rohn, Esq.

LJR/kj




Exhibit 3

