IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>　　　　　Plaintiff,<br>　v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>　　　　　Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

## ORDER

**THIS MATTER** having come before the Court on Plaintiff's Motion to Compel Defendant Andrew Canning to supplement his response to Plaintiff's Interrogatory No. 18, and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Motion is **GRANTED**, and further;

**ORDERED** that Defendant Canning supplement Interrogatory No. 18 by providing the factual basis for Defendant Canning's denial of paragraph 53 of Plaintiff's Complaint that, "On April 15, 2021, Andrew Canning, on behalf of VITOL Defendants, sent an email to IPOS acknowledging that he did not want to have any direct communications with Plaintiff." and further;

**ORDERED** that Defendant Andrew Canning supplement his to Plaintiff's Interrogatory No. 18, by identifying the name of the person making the statement, within ten (10) days of this order.

*Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al.,* Case No. 1:21-CV-00312
**ORDER**
Page 2

      **SO ORDERED** this _____ day of _____ 2023.

_____
**Hon. Emile A. Henderson, III**
**Magistrate Judge of the District Court**
**of the Virgin Islands**