**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

PETRO INDUSTRIAL SOLUTIONS, LLC
(PETRO),

                Plaintiff,

    vs.

ISLAND PROJECT AND OPERATING
SERVICES, LLC (IPOS), VITOL US
HOLDING II, CO., VITOL VIRGIN
ISLANDS CORPS, (VVIC), ANDREW
CANNING and OPTIS EUROPE, LTD.,
(OPTIS),

                Defendants.

CASE NO. 1:21-CV-00312

**BREACH OF CONTRACT**

<u>JURY TRIAL DEMANDED</u>

<u>**NOTICE OF SERVICE OF PLAINTIFF PETRO'S SEVENTH SUPPLEMENTAL**</u>
<u>**PRODUCTION PURSUANT TO RULE 26**</u>

**PLEASE TAKE NOTICE** that Plaintiff, PETRO, has filed its Seventh Supplemental

Production Pursuant to Rule 26 through undersigned counsel of record, and that said

Production were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: April 5, 2023

BY:   */s/ Lee J. Rohn*
     Lee J. Rohn, Esq.
     VI Bar No. 52
     1108 King Street, Suite 3 (mailing)
     56 King Street, Third Floor (physical)
     Christiansted, St. Croix
     U.S. Virgin Islands 00820
     Telephone: (340) 778-8855
     lee@rohnlaw.com

LEE J, ROHN AND
ASSOCIATES, LLC
1108 King St, Ste 3
Christiansted, VI
00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET. AL., CASE NO. 1:21-CV-00312,
NOTICE OF PLAINTIFF PETRO'S SEVENTH SUPPLEMENTAL PRODUCTION
Page 2**

## <u>CERTIFICATE OF SERVICE</u>

**THIS IS TO CERTIFY** that on April 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com
    Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew   C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
    Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building,Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
    Attorney For: Island Project and Operating Services, LLC

Y.  Gloria Park
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Email Address: GPark@susmangodfrey.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

BY:   /s/ *Lee J. Rohn*                    (raw)