# EXHIBIT C

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>Defendants. | CIVIL NO. 1:21-CV-00312 |

### DECLARATION OF SARAH HANNIGAN, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Sarah Hannigan, Esq., declare as follows:

1. I am an attorney with the law firm of Susman Godfrey LLP.

2. I am a member in good standing of the State Bar of New York, which licensed me to practice law in all courts in New York in September 2022. I have not been admitted as a member to the bar of any other state.

3. I am not, nor have I been, the subject of any disciplinary proceedings brought by any court or other judicial or administrative body.

4. I will be working directly with Carl A. Beckstedt III, Esq., a member of the Bar of this Court, to act as counsel for Defendants Vitol Virgin Islands Corp. and Vitol US Holding II Co. in the above-captioned matter.

5. I agree to abide by the Local Civil Rules of the United States District Court for the District of the Virgin Islands, Division of St. Croix and any Orders that may be issued by the Court concerning this instant litigation.

*Petro v. Island Project, et al.*, Civil No. 1:21-CV-00312
Declaration of Sarah Hannigan, Esq.
Page 2

6. I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Sarah Hannigan

Dated: April 6, 2023