## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>　　　　　　　　　　Defendants. | CIVIL NO. 1:21-CV-00312 |

TO:　　Lee J. Rohn, Esq.
　　　　Simone S. D. Francis, Esq.
　　　　Andrew C. Simpson, Esq.
　　　　Carl A. Beckstedt III, Esq.
　　　　Alex Kaplan, Esq.
　　　　Y. Gloria Park, Esq.

**ORDER FOR ADMISSION *PRO HAC VICE* OF SARAH HANNIGAN, ESQ.**

THIS MATTER is before the Court upon Defendants Vitol US Holding II Co. and Vitol Virgin Islands Corp.'s (collectively, the "Vitol Defendants") Motion for Admission *Pro Hac Vice* of Sarah Hannigan, Esq. (ECF No. ___). Vitol Defendants seek the admission of Sarah Hannigan, Esq., to appear and participate as co-counsel for the Vitol Defendants, in the above-captioned matter. Vitol Defendants and Attorney Hannigan have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

The record shows that Sarah Hannigan, Esq., currently is an attorney in good standing in the State of New York.

---

[1] Local Rules of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

1

Attorney Hannigan is bound by the grievance procedures established for the Virgin Islands bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed Pro Hac Vice Application, the Declaration of Carl A. Beckstedt III, Esq. in Support of Motion for Admission *Pro Hac Vice* of Sarah Hannigan, and the record herein, it is now hereby ORDERED:

1. Vitol Defendants' Motion for Admission *Pro Hac Vice* of Sarah Hannigan, Esq. (ECF No. ___) is GRANTED.
2. Sarah Hannigan, Esq., is ADMITTED *pro hac vice* to practice before this Court in the above-captioned matter.
3. Sarah Hannigan, Esq., shall file forthwith a notice of appearance into the record of the above-captioned matter.
4. Sarah Hannigan, Esq., shall appear in person, when she is physically in the jurisdiction, or via video conference before the Court to take the oath of admission.

**ENTER:**

Dated:_____, 2023

_____
**U.S. MAGISTRATE JUDGE**