IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>　　　　　　　　Defendants. | CIVIL NO. 1:21-CV-00312 |

## NOTICE OF DEPOSITION OF ELIAS RIVERA

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, at 9:30 a.m. AST on June 19, 2023, counsel for Defendants Vitol U.S. Holding II Co. and Vitol Virgin Islands Corp. will take the deposition of Elias Rivera at the offices of Beckstedt & Kuczynski LLP, 2162 Church Street, Christiansted, St. Croix, USVI 00820, or at another place and time mutually agreeable to counsel.

The deposition will be taken before a duly qualified notary public or other officer authorized by law to administer oaths. The deposition will be taken for the purpose of discovery, to perpetuate the testimony of the witness for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic means, audiotaped, and videotaped. The deposition will continue from day to day until completed.

Dated:  April 7, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*s/ Carl A. Beckstedt III*

　　　　　　　　　　　　　　　　　　　　　　**Beckstedt & Kuczynski LLP**
　　　　　　　　　　　　　　　　　　　　　　Carl A. Beckstedt III, Esq.
　　　　　　　　　　　　　　　　　　　　　　Virgin Islands Bar No. 684

1

2162 Church Street
Christiansted, VI 00820
Tel: (340) 719-8086
carl@beckstedtlaw.com

**SUSMAN GODFREY L.L.P.**
Alex Kaplan, *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
akaplan@susmangodfrey.com

*Attorneys for Vitol Defendants*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this April 7, 2023 the foregoing will be served upon all counsel of record pursuant to the Court's electronic filing system and a copy will be served upon the court reporter via email as follows:

Susan C. Nissman-Coursey, RMR
Caribbean Scribes, Inc.
1244 Queen Cross Street, Suite 1A
Christiansted, VI 00820
susan@caribbeanscribes.com

                 *s/ Carl A. Beckstedt III*