IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC, (PETRO), <br><br> Plaintiff, <br><br> VS. <br><br> ISLAND PROJECT AND OPERATING SERVICES, LLC, (IPOS), VITOL HOLDING CO., VITOL VI and ANDREW CANNING, <br><br> Defendants. | ) ) ) ) ) ) ) CASE NO. 1:21-cv-00312 ) ) ) ) ) ) |

## NOTICE OF PRODUCTION

Defendant Island Project and Operating Services, LLC ("IPOS"), through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, pursuant to Fed. R. Civ. P. 26(e)(1)(A) and LRCi 26.1, hereby gives notice of the production of the following:

1. Documents designated as IPOS 012201 through IPOS 013826.

                                                Respectfully submitted,

                                                **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**

DATED: April 12, 2023         By:     */s/ Simone R.D. Francis*
                                                  Simone R. D. Francis
                                                  V.I. Bar Number 537
                                                  The Tunick Building, Suite 201
                                                  1336 Beltjen Road
                                                  St. Thomas, VI 00802-4701
                                                  Telephone: (340) 714-1235
                                                  Facsimile: (340) 714-1245

                                                *Attorneys for Defendant, Island Project and Operating Services, LLC*