IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ISLAND PROJECT AND OPERATING )<br>SERVICES, LLC, VITOL US HOLDING II, )<br>CO., VITOL VIRGIN ISLANDS CORP., )<br>ANDREW CANNING and OPTIS EUROPE, )<br>LTD., )<br>)<br>Defendants. ) | CASE NO. 1:21-cv-00312 |

### NOTICE OF SERVICE OF ISLAND PROJECT AND OPERATING SERVICES, LLC'S SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Island Project and Operating Services, LLC ("IPOS"), through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, pursuant to Fed. R. Civ. P. 34, Fed. R. Civ. P. 26(e)(1)(A), and LRCi 26.1(a), hereby provides notice that it served counsel for Plaintiff and co-Defendants with the following:

1. Defendant Island Project and Operating Services, LLC's Second Supplemental Response to Plaintiff's Request for Production of Documents.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, LLC**

DATED: April 13, 2023   By:   */s/ Simone R.D. Francis*
SIMONE R. D. FRANCIS
V.I. Bar Number 537
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Telephone: (340) 714-1235
Facsimile: (340) 714-1245
Email: simone.francis@ogletree.com

*Attorneys for Island Project and Operating Services, LLC*