**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>vs.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

**<u>NOTICE OF DEPOSITION OF MERLIN FIGUERIA</u>**

TO:   District Court of the V.I.

   Alex Kaplan, Esq.
   Y. Gloria Park, Esq.
   Susman Godfrey
   1000 Louisiana St., Suite 5100
   Houston, TX 77002
   Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
   Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

   Andrew C. Simpson, Esq.
   Andrew C. Simpson, P.C.
   2191 Church Street, Suite 5
   Christiansted, VI 00820
   Email Address: asimpson@coralbrief.com
   Attorney For: Andrew Canning

   Carl A. Beckstedt, III, Esq.
   Beckstedt & Kuczynski LLP
   2162 Church Street
   Christiansted, USVI 00820
   Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com
   Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
**NOTICE OF DEPOSITION OF MERLIN FIGUERIA**
Page 2

    Simone Francis, Esquire
    Ogletree, Deakins, Nash, Smoak & Stewart, LLC
    The Tunick Building, Suite 201
    1336 Beltjen Road
    St. Thomas, VI 00802
    Email Address: simone.francis@ogletreedeakins.com
    Attorney For: Island Project and Operating Services, LLC

    Susan C. Nissman-Coursey
    Caribbean Scribes, Inc.,
    1244 Queen Cross Street, Suite 1A,
    Christiansted, VI 00820
    Email Address: scoursey27@gmail.com; susan@caribbeanscribes.com

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 32, Plaintiff **PETRO INDUSTRIAL SOLUTIONS, LLC**, by and through undersigned counsel, will take the oral examination of **MERLIN FIGUERIA,** on **June 22, 2023,** at **9:00 am at Lee J. Rohn and Associates, LLC at 56 King Street, Christiansted, VI 00820**

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

                        RESPECTFULLY SUBMITTED
                        LEE J. ROHN AND ASSOCIATES, LLC
                        Attorneys for Plaintiff

DATED: April 17, 2023        BY: _/s/ Lee J. Rohn_
                                       Lee J. Rohn, Esquire
                                       VI Bar No. 52
                                       1108 King Street, Suite 3 (mailing)
                                       56 King Street, Third Floor (physical)
                                       Christiansted, St. Croix
                                       U.S. Virgin Islands 00820
                                       Telephone: (340) 778-8855
                                       lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
**NOTICE OF DEPOSITION OF MERLIN FIGUERIA**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on April 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Y. Gloria Park, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
 Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew  C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email   Address:   carl@beckstedtlaw.com;   tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com
 Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building,  Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
 Attorney For: Island Project and Operating Services, LLC

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
**NOTICE OF DEPOSITION OF MERLIN FIGUERIA**
Page 4

     I also caused a true and correct copy of the foregoing to be served via electronic mail upon the following:

Susan C. Nissman-Coursey
Caribbean Scribes, Inc.,
1244 Queen Cross Street, Suite 1A,
Christiansted, VI  00820
Email Address: scoursey27@gmail.com; susan@caribbeanscribes.com


BY:   /s/ *Lee J. Rohn*        (kj)