**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC,** <br><br>　　　　**Plaintiff,** <br><br>　　v. <br><br> **ISLAND PROJECT & OPERATING SERVICES, LLC, VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, and OPTIS EUROPE, LTD.,** <br><br>　　　　**Defendants.** <br> _____ | 1:21-cv-00312-WAL-EAH |

**TO:**　　　Lee J. Rohn, Esq.
　　　　　　　　*On behalf of Plaintiff*
　　　　　Simone D. Francis, Esq.
　　　　　　　　*On behalf of Island Project & Operating*
　　　　　Alexander Kaplan, Esq.
　　　　　Gloria Park, Esq.
　　　　　Carl A. Beckstedt, III, Esq.
　　　　　　　　*On behalf of Vitol US Holding and Vitol VI*
　　　　　Andrew C. Simpson, Esq.
　　　　　　　　*On behalf of Andrew Canning & OPTIS Europe*

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

　　**THIS MATTER** comes before the Court upon the Motion for Admission Pro Hac Vice of Attorney Sarah Hannigan. Dkt. No. 166. Defendants Vitol Virgin Islands Corp. and Vitol US Holdings Co. seek the admission of Sarah Hannigan, Esq. to appear and participate as co-counsel for said Defendants in the above-captioned matter. Defendants and Attorney Hannigan have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Order Granting Motion for Admission Pro Hac Vice
Page 2

The record shows that Sarah Hannigan, Esq. currently is an attorney in good standing in the State of New York. Attorney Hannigan's New York bar number is 5961248.

Attorney Hannigan is bound by the grievance procedures established for the Virgin Islands Bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of her admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application, the Declaration of Carl A. Beckstedt, III, Esq., and the record herein, it is now hereby **ORDERED**:

1. The Motion for Admission *Pro Hac Vice* of Attorney Sarah Hannigan, Dkt. No. 166, is **GRANTED**;

2. Sarah Hannigan, Esq. is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Sarah Hannigan, Esq. shall appear before the Court to take the oath of admission via videoconference; and

4. Sarah Hannigan, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter.

ENTER:

Dated: April 17, 2023
/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE

---

Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.
LRCi 83.1(b)(2).