IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ISLAND PROJECT AND OPERATING | ) | CASE NO. 1:21-cv-00312 |
| SERVICES, LLC, VITOL US HOLDING II, | ) | |
| CO., VITOL VIRGIN ISLANDS CORP., | ) | |
| ANDREW CANNING and OPTIS EUROPE, | ) | |
| LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF ISLAND PROJECT AND OPERATING SERVICES, LLC'S THIRD SUPPLEMENTAL RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant Island Project and Operating Services, LLC ("IPOS"), through its attorneys,

Ogletree, Deakins, Nash, Smoak & Stewart, LLC, pursuant to Fed. R. Civ. P. 34, Fed. R. Civ. P.

26(e)(1)(A), and LRCi 26.1(a), hereby provides notice that it served counsel for Plaintiff and co-

Defendants with the following:

1. Defendant Island Project and Operating Services, LLC's Third Supplemental
   Response to Plaintiff's Request for Production of Documents.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, LLC**

DATED: April 24, 2023

By:  _/s/ Simone R.D. Francis_
SIMONE R. D. FRANCIS
V.I. Bar Number 537
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Telephone: (340) 714-1235
Facsimile:  (340) 714-1245
Email: simone.francis@ogletree.com

_Attorneys for Island Project and Operating
Services, LLC_