**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>vs.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

**<u>AMENDED NOTICE OF DEPOSITION OF SEBASTIAN MORETTI</u>**
*Amend the time*

TO:   Glenda L. Lake, Clerk of the Court
District Court of the V.I.

Alex Kaplan, Esq.
Y. Gloria Park, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX 77002
Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI 00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
**AMENDED NOTICE OF DEPOSITION OF SEBASTIAN MORETTI**
Page 2

    Simone Francis, Esquire
    Ogletree, Deakins, Nash, Smoak & Stewart, LLC
    The Tunick Building, Suite 201
    1336 Beltjen Road
    St. Thomas, VI  00802
    Email Address: simone.francis@ogletreedeakins.com
    Attorney For: Island Project and Operating Services, LLC
    Attorney For: Andrew Canning

    Yvonne Setorie
    Elite Reporting Services, Inc.
    P.O. Box 5619
    Christiansted, VI  00823
    Email Address: elitereportingsvcs@gmail.com

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 32, Plaintiff **Petro Industrial Solutions, LLC**, by and through undersigned counsel, will take the oral examination of **SEBASTIAN MORETTI,** on **May 25, 2023,** at **9:00 AM at Lee J. Rohn and Associates, LLC at 56 King Street, Christiansted, VI 00820.**

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

                                          RESPECTFULLY SUBMITTED
                                          LEE J. ROHN AND ASSOCIATES, LLC
                                          Attorneys for Plaintiff

DATED:  May 10, 2023            BY: ____/s/ *Lee J. Rohn*_____
                                          Lee J. Rohn, Esquire
                                          VI Bar No. 52
                                          1108 King Street, Suite 3 (mailing)
                                          56 King Street, Third Floor (physical)
                                          Christiansted, St. Croix
                                          U.S. Virgin Islands 00820
                                          Telephone: (340) 778-8855
                                          lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
**AMENDED NOTICE OF DEPOSITION OF SEBASTIAN MORETTI**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Y. Gloria Park, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX 77002
Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI 00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Email Address: simone.francis@ogletreedeakins.com
Attorney For: Island Project and Operating Services, LLC

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
**AMENDED NOTICE OF DEPOSITION OF SEBASTIAN MORETTI**
Page 4

      I also caused a true and correct copy of the foregoing to be served via electronic mail upon the following:

Yvonne Setorie
Elite Reporting Services, Inc.
P.O. Box 5619
Christiansted, VI  00823
Email Address: elitereportingsvcs@gmail.com

                                                    BY:   /s/ *Lee J. Rohn*               (kj)