**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>　　　　　　Defendants. | CASE NO. 1:21-CV-00312<br><br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

### PLAINTIFF MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER

**COMES NOW** Plaintiff, by and through undersigned counsel, and moves this Court to enter sanctions against Andrew Canning for failing to comply with the Court's order dated April 25, 2023. In support of this Motion, Plaintiff states as follows:

On March 31, 2023, Plaintiff filed a Motion to Compel Defendant Andrew Canning to supplement his response to Plaintiff's Interrogatory No. 18.

On March 25, 2023, this Court ordered Defendant Andrew Canning to supplement his response to Plaintiff's Interrogatory No. 18. This Court further ordered that Defendant Andrew Canning shall supplement his response to Interrogatory No. 18 on or before May 1, 2023. To date Defendant Andrew Canning has not supplemented his response to Interrogatory No. 18 as ordered by this Court.

The Court has set forth the sanctions available under Rule 37(c)(1) which include

LEE J. ROHN AND ASSOCIATES, LLC
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

*Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al.,* Case No. 1:21-CV-00312
**PLAINTIFF PETRO INDUSTRIAL SOLUTIONS' MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER**
Page 2

payment of reasonable expenses, including attorney's fees, and other appropriate sanctions. *Id*. The available sanctions also include:

> (A) An order that the matters regarding which the order was made or any other designated facts shall be taken to be established for the purposes of the action in accordance with the claim of the party obtaining the order;
>
> (B) An order refusing to allow the disobedient party to support or oppose designated claims or defenses, or prohibiting that party from introducing designated matters in evidence;
> (C) An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or dismissing the action or proceeding or any part thereof, or rendering a judgment by default against the disobedient party; ...
> Fed.R.Civ.P. 37(b)(2).

*Id. See also Roman v. City of Reading*, 121 Fed. Appx. 955, 958 (3d Cir. 2005).

**WHEREFORE**, Plaintiff requests this Court order Defendant Andrew Canning to supplement is response to Plaintiff's Interrogatory No. 18, within five (5) days, and sanction Defendant by ordering Defendant Andrew Canning to pay to Plaintiff the sum of $400.00, representing one (1) hour of an attorney's time for having to bring this motion. Plaintiff also requests this Court to caution Defendant that further failure to adhere to this Court's orders will result in further sanctions, including deeming Plaintiff's allegations as admitted and striking Defendant Andrew Canning's affirmative defenses.

*Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al.,* Case No. 1:21-CV-00312
**PLAINTIFF PETRO INDUSTRIAL SOLUTIONS' MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER**
Page 3

                                                         RESPECTFULLY SUBMITTED
                                                         LEE J. ROHN AND ASSOCIATES, LLC
                                                         Attorneys for Plaintiff

DATED:  May 10, 2023                     BY:   */s/ Lee J. Rohn*
                                                         Lee J. Rohn, Esq.
                                                         VI Bar No. 52
                                                         1108 King Street, Suite 3 (mailing)
                                                         56 King Street, Third Floor (physical)
                                                         Christiansted, St. Croix
                                                         U.S. Virgin Islands 00820
                                                         Telephone: (340) 778-8855
                                                         lee@rohnlaw.com

*Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al.,* Case No. 1:21-CV-00312
**PLAINTIFF PETRO INDUSTRIAL SOLUTIONS' MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER**
Page 4

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.
Vitol US Holding Co.

Andrew  C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
    Attorney For: Andrew Canning and OPTIS Europe, Ltd.

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Y.  Gloria Park, Esq.
Sarah Hanningan, Esq.
Susman Godfrey, LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
EmailAddress:GPark@susmangodfrey.com
shannigan@susmangodfrey.com
    Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp. and VITOL US Holding II Co.

*Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al.,* Case No. 1:21-CV-00312
**PLAINTIFF PETRO INDUSTRIAL SOLUTIONS' MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER**
Page 5

    Simone Francis, Esquire
    Ogletree, Deakins, Nash, Smoak & Stewart, LLC
    The Tunick Building, Suite 201
    1336 Beltjen Road
    St. Thomas, VI 00802
    Email Address: simone.francis@ogletreedeakins.com
        Attorney For: Island Project and Operating Services, LLC


                BY:   /s/ *Lee J. Rohn*      (rn)