**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

PETRO INDUSTRIAL SOLUTIONS, LLC
(PETRO),

        Plaintiff,

    v.

ISLAND PROJECT AND OPERATING
SERVICES, LLC, VITOL US HOLDING II
CO., VITOL VIRGIN ISLANDS CORP,
ANDREW CANNING and OPTIS
EUROPE, LTD.,

        Defendants.

CASE NO. 1:21-CV-00312

**BREACH OF CONTRACT**

<u>JURY TRIAL DEMANDED</u>

<u>**ORDER**</u>

     **THIS MATTER** having come before the Court on Plaintiff's **MOTION FOR SANCTION FOR FAILURE TO COMPLY WITH COURT ORDER** dated March 31, 2023, and the Court having been advised in its premises, it is;

     **ORDERED** that Plaintiff's Motion is **GRANTED**, and further;

     **ORDERED** that Defendant Andrew Canning supplement his response to Plaintiff's Interrogatory No. 18 within five (5) days, and further;

     **ORDERED** that Defendant Andrew Canning sanction Defendant by ordering Defendant Andrew Canning to pay to Plaintiff the sum of $400.00, representing one (1) hour of an attorney's time for having to bring this motion, and further;

     **ORDERED** that Defendant that further failure to adhere to this Court's orders will result in further sanctions, including deeming Plaintiff's allegations as admitted and striking Defendant Andrew Canning's affirmative defenses, and further;

***Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al.,*** **Case No. 1:21-CV-00312,**
**ORDER**
**Page 2**

      **SO ORDERED** this _____ day of _____ 2023.

 

_____
**Hon. Emile A. Henderson, III**
**Magistrate Judge of the District Court**
**of the Virgin Islands**