# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>    Defendants. | CIVIL NO. 1:21-CV-00312 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah Hannigan of the law firm of SUSMAN GODFREY LLP, hereby enters an appearance as counsel for Defendants Vitol Virgin Islands Corp. and Vitol US Holding II Co. (collectively, the "Vitol Defendants") and requests that copies of all pleadings, other papers and notices filed in this action be served on Sarah Hannigan as attorney for the Vitol Defendants.

Dated: May 11, 2023

Respectfully submitted,

**SUSMAN GODFREY L.L.P.**

*s/ Sarah Hannigan*
Sarah Hannigan
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330
shannigan@susmangodfrey.com

**Beckstedt & Kuczynski LLP**
Carl A. Beckstedt III, Esq.
Virgin Islands Bar No. 684

2162 Church Street
Christiansted, VI 00820
Tel: (340) 719-8086
carl@beckstedtlaw.com

**SUSMAN GODFREY L.L.P.**
Alex Kaplan, *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
akaplan@susmangodfrey.com

*Attorneys for Vitol Defendants*