# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>                 Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>                 Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>UNOPPOSED MOTION FOR CHANGE OF TIME OF STATUS CONFERENCE SCHEDULED FOR JUNE 27, 2023</u>

**COMES NOW** Plaintiff, by and through undersigned counsel, and requests this Court change the time of the Status Conference scheduled for June 27th, 2023, at 10:00 a.m. to June 27th, 2023, at 3:00 p.m.

As ground for this request, Plaintiff's counsel is scheduled to be in a reconvened mediation on June 27, 2023, at 10:00a.m. in *Grant, Shajuana (Estate of Anique Hodge) v. Veronica Celestine, et. al., Civil No. ST-2021-CV-00050 matter.* This is a Court ordered mediation that has been set since January, 2023, is taking place as a result of Plaintiff's Motion to Compel Mediation. Plaintiff's counsel could be available at 3:00 p.m. In addition, Plaintiff's counsel contacted Defendants' counsel and they have no objection to the time change, and are available as well.

As such, Plaintiff requests the Status Conference be changed to June 27, 2023, at 3:00 p.m.

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
*Unopposed Motion for Change of Time of Status Conference Scheduled for June 27, 2023*
Page 2

                                            RESPECTFULLY SUBMITTED
                                            LEE J. ROHN AND ASSOCIATES, LLC
                                            Attorneys for Plaintiff

DATED: May 12, 2023          BY:   /s/ *Lee J. Rohn*
                                                  Lee J. Rohn, Esq.
                                                  VI Bar No. 52
                                                  1108 King Street, Suite 3 (mailing)
                                                  56 King Street, Third Floor (physical)
                                                  Christiansted, St. Croix
                                                  U.S. Virgin Islands 00820
                                                  Telephone: (340) 778-8855
                                                  lee@rohnlaw.com

## CERTIFICATE OF WORD/PAGE COUNT

This document complies with the page or word limitation set forth in Rule 6-1 (e).

                                            BY:   /s/ *Lee J. Rohn*
                                                  Lee J. Rohn, Esq.

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
*Unopposed Motion for Change of Time of Status Conference Scheduled for June 27, 2023*
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on May 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Y. Gloria Park, Esq.
Sarah Hanningan, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX 77002
Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com; shannigan@susmangodfrey.com
 Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI 00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com shannigan@susmangodfrey.com
 Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Email Address: simone.francis@ogletreedeakins.com
Attorney For: Island Project and Operating Services, LLC

BY: ___/s/ *Lee J. Rohn*_____(kj)