IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br>JURY TRIAL DEMANDED |

## ORDER

**THIS MATTER** having come before the Court on Plaintiff's Unopposed Motion for Change of Time of Status Conference Scheduled for June 27, 2023, and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Unopposed Motion is **GRANTED,** and further;

**ORDERED** that the Status Conference time will be changed to _____p.m.;

**SO ORDERED** this _____ day of _____ 2023.

_____
**Magistrate Emile A. Henderson III**
District Court of the Virgin Islands