**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**PETRO INDUSTRIAL SOLUTIONS, LLC,**

    **Plaintiff,**

v.

**ISLAND PROJECT & OPERATING SERVICES, LLC, VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, and OPTIS EUROPE, LTD.,**

    **Defendants.**
_____

1:21-cv-00312-WAL-EAH

**TO:**    Lee J. Rohn, Esq.
          *On behalf of Plaintiff*
       Simone D. Francis, Esq.
          *On behalf of Island Project & Operating*
       Andrew Kaplan, Esq.
       Gloria Park, Esq.
       Sarah Hannigan, Esq.
       Carl A. Beckstedt, III, Esq.
          *On behalf of Vitol US Holding and Vitol VI*
       Andrew C. Simpson, Esq.
          *On behalf of Andrew Canning & OPTIS Europe*

**ORDER**

    **THIS MATTER** comes before the Court on an Unopposed Motion for Change of Time of Status Conference Scheduled for June 27, 2023. Dkt. No. 193. In the motion, Plaintiff Petro Industrial Solutions, LLC requests that the Court change the time of the status conference on June 27, 2023 from 10:00 a.m. to 3:00 p.m. because of a scheduling conflict. *Id.* Petro represents that Defendants' counsel have no objection to the time change and are available as well. *Id.*

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Order
Page 2

The premises considered, it is hereby **ORDERED:**

1. Petro's Unopposed Motion for Change of Time of Status Conference Scheduled for June 27, 2023, Dkt. No. 193, is **GRANTED**.

**2.** The Status Conference scheduled for 10:00 a.m. on June 27, 2023 is rescheduled for **3:00 p.m. on June 27, 2023**.

3. **Off-island counsel may appear by videoconference; on-island counsel shall appear in person**.

ENTER:

Dated: May 15, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE