**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

**PETRO INDUSTRIAL SOLUTIONS, LLC,**

    **Plaintiff,**

  v.

**ISLAND PROJECT & OPERATING SERVICES, LLC, VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, OPTIS EUROPE, LTD.,**

    **Defendants.**
_____

1:21-cv-00312-WAL-EAH

**TO:**     **Lee J. Rohn, Esq.**
            *On behalf of Plaintiff*
        **Simone D. Francis, Esq.**
            *On behalf of Island Project & Operating Servs.*
        **Andrew Kaplan, Esq.**
        **Gloria Park, Esq.**
        **Sarah Hannigan, Esq.**
        **Carl A. Beckstedt, III, Esq.**
            *On behalf of Vitol US Holding and Vitol VI*
        **Andrew C. Simpson, Esq.**
            *On behalf of Andrew Canning & OPTIS Europe*

**ORDER**

      **THIS MATTER** came before the Court on May 12, 2023 for an informal Microsoft Teams conference requested by Lee Rohn, Esq., counsel for Plaintiff Petro Industrial Solutions, LLC, given discovery issues with Defendant OPTIS Europe, LLC. Attorney Rohn appeared on behalf of Plaintiff, and Andrew C. Simpson, Esq., appeared on behalf of OPTIS Europe. Sarah Hannigan, Esq., who appeared on behalf of the Vitol Defendants, also attended.

      At the informal conference, the Court set deadlines for briefing on an anticipated motion to compel discovery that Plaintiff will be filing. This Order memorializes those briefing deadlines.

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Order
Page 2

As discussed at the informal conference, it is hereby **ORDERED**:

1. Plaintiff shall file its motion to compel by Wednesday, **May 17, 2023** concerning the following items (as set forth in its April 6, 2023 letter to the Court): Requests for Production 2, 6, 7, 29, 32, 34, 35, 36, 37; Interrogatories 2, 3, 18, 20. Plaintiff will also resubmit its Interrogatory 19 to OPTIS by **May 16, 2023.**

2. OPTIS shall file its opposition by Tuesday, **May 30, 2023**.

3. Following receipt of the opposition, Plaintiff shall immediately inform the Court whether it intends to file a reply and, if so, to which specific portions of the opposition. Such a reply will be due by **June 4, 2023**.

4. OPTIS shall supplement its responses to Requests for Production 4, 16, 23, and 33, and Interrogatories 21 and 22; and will respond to the revised Interrogatory 19, by **June 1, 2023**.

5. Plaintiff waived its objection to Request for Production 1. OPTIS withdrew its gist of the action affirmative defense (Dkt. No. 123, Aff. Defense H) in light of *Robertson v. Banco Popular de Puerto Rico*, No. 2022-0026, 2023 WL 2625874, 2023 VI 3, 33 (V.I. Mar. 24, 2023).

ENTER:

Dated: May 15, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE