# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>vs.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORPS, (VVIC), ANDREW CANNING and OPTIS EUROPE, LTD., (OPTIS),<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>NOTICE OF SERVICE OF PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S FIRST SET OF INTERROGATORIES TO DEFENDANT OPTIS EUROPE LIMITED</u>

**PLEASE TAKE NOTICE** that Plaintiff has propounded its First Set of Interrogatories to Defendant **OPTIS EUROPE LIMITED**, through its respective counsel of record, and that said Documents were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: January 25, 2023

BY: __/s/ *Lee J. Rohn*__
Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855

**EXHIBIT 1**

LEE J. ROHN AND ASSOCIATES, LLC
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET. AL., CASE NO. 1:21-CV-00312
*NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT OPTIS EUROPE LIMITED*
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on January 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX 77002
Email Address: akaplan@susmangodfrey.com
   Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com
   Attorney For: Andrew Canning, OPTIS Europe Limited

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI 00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; gpark@susmangodfrey.com; akaplan@susmangodfrey.com
   Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Email Address: simone.francis@ogletreedeakins.com
   Attorney For: Island Project and Operating Services, LLC

Y. Gloria Park
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Email Address: GPark@susmangodfrey.com
   Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

BY:   /s/ *Lee J. Rohn*  (slc)

# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORPS, (VVIC), ANDREW CANNING and OPTIS EUROPE, LTD., (OPTIS),<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

**NOTICE OF SERVICE OF PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S FIRST DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT OPTIS EUROPE LIMITED**

**PLEASE TAKE NOTICE** that Plaintiff **PETRO INDUSTRIAL SOLUTIONS, LLC** has propounded its First Demand for Production of Documents to Defendant **OPTIS EUROPE LIMITED** through its respective counsel of record, and that said documents were served upon the Defendant in the original.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: January 25, 2023

BY: /s/ *Lee J. Rohn*
Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855

LEE J. ROHN AND
ASSOCIATES, LLC
1108 King St, Ste 3
Christiansted, VI
00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET. AL., CASE NO. 1:21-CV-00312
*NOTICE OF SERVICE OF PLAINTIFF'S FIRST DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT OPTIS EUROPE LIMITED*
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on January 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX 77002
Email Address: akaplan@susmangodfrey.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com
    Attorney For: Andrew Canning, OPTIS Europe Limited

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI 00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; gpark@susmangodfrey.com; akaplan@susmangodfrey.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Email Address: simone.francis@ogletreedeakins.com
    Attorney For: Island Project and Operating Services, LLC

Y. Gloria Park
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Email Address: GPark@susmangodfrey.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

BY:   /s/ *Lee J. Rohn*  (slc)