## Recaldo Noel

| | |
|---|---|
| **From:** | Recaldo Noel |
| **Sent:** | March 24, 2023 1:23 PM |
| **To:** | Andy Simpson |
| **Subject:** | RE: Regarding: Petro Industrial Solutions, LLC v. IPOS, et. al. |

Good afternoon Attorney Simpson, I am following up your email to supplement your client's discovery responses by March 16, 2023. Our office still has not received those supplemental responses. Please provide same or dates to meet and confer.

Thank you,
Recaldo Noel

**From:** Andy Simpson <asimpson@coralbrief.com>
**Sent:** March 9, 2023 8:33 AM
**To:** Recaldo Noel <recaldo@rohnlaw.com>
**Cc:** Lee J. Rohn <lee@rohnlaw.com>
**Subject:** RE: Regarding: Petro Industrial Solutions, LLC v. IPOS, et. al.

In the light of Judge Lewis' ruling in *Livingston*, I will be reviewing and supplementing Optis' discovery responses. I anticipate being able to provide supplemental responses by March 16.

Andy Simpson
340.719.3900 ext. 1

> **From:** Recaldo Noel <recaldo@rohnlaw.com>
> **Sent:** Wednesday, March 1, 2023 11:39 AM
> **To:** Andy Simpson <asimpson@coralbrief.com>
> **Cc:** Lee J. Rohn <lee@rohnlaw.com>
> **Subject:** Regarding: Petro Industrial Solutions, LLC v. IPOS, et. al.
>
> Good morning Attorney Simpson, please find attached correspondence from Attorney Rohn.
>
> Thank you,
>
> ### Recaldo Noel
>
> **Legal Assistant**
>
> **Lee J. Rohn and Associates, LLC**
> **1108 King Street, Third Floor**
> **Christiansted, VI 00820**
> **Phone: (340) 778-8855**
> **Fax No: (340) 773-2954**
> **Email:** recaldo@rohnlaw.com


EXHIBIT 3