IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>      Defendants. | CIVIL NO. 1:21-CV-00312 |

### DEFENDANTS' NOTICE OF SERVICE

COME NOW Defendants Vitol Virgin Islands Corp. and Vitol US Holding Co. (collectively, the "Vitol Defendants"), by and through undersigned counsel, and hereby gives notice to the Court that on May 19, 2023, Vitol Defendants served all counsel of record with a share file link to Vitol Defendants' Production of Documents Volume 10.

                Respectfully submitted,

                **Beckstedt & Kuczynski LLP**
                Attorneys for Vitol Defendants
                2162 Church Street
                Christiansted, VI 00820
                Tel: (340) 719-8086 / Fax: (800) 886-6831

DATED: May 19, 2023   By:  /s/ Carl A. Beckstedt III
                Carl A. Beckstedt III, Esq.
                Virgin Islands Bar No. 684
                Carl@beckstedtLaw.com