IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>       Defendants. | CIVIL NO. 1:21-CV-00312 |

TO: Lee J. Rohn, Esq.
    Simone S. D. Francis, Esq.
    Andrew C. Simpson, Esq.
    Carl A. Beckstedt III, Esq.
    Alex Kaplan, Esq.
    Y. Gloria Park, Esq.
    Sarah Hannigan, Esq.

**ORDER FOR ADMISSION *PRO HAC VICE* OF MICHAEL CRAIG KELSO, ESQ.**

THIS MATTER is before the Court upon Defendants Vitol US Holding II Co. and Vitol Virgin Islands Corp.'s (collectively, the "Vitol Defendants") Motion for Admission *Pro Hac Vice* of Michael Craig Kelso, Esq. (ECF No. ___). Vitol Defendants seek the admission of Michael Craig Kelso, Esq., to appear and participate as co-counsel for the Vitol Defendants, in the above-captioned matter. Vitol Defendants and Attorney kelso have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rules of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

The record shows that Michael Craig Kelso, Esq., currently is an attorney in good standing in the State of Texas.

Attorney Kelso is bound by the grievance procedures established for the Virgin Islands bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed Pro Hac Vice Application, the Declaration of Carl A. Beckstedt III, Esq. in Support of Motion for Admission *Pro Hac Vice* of Michael Craig Kelso, and the record herein, it is now hereby ORDERED:

1. Vitol Defendants' Motion for Admission *Pro Hac Vice* of Michael Craig Kelso, Esq. (ECF No. ___) is GRANTED.

2. Michael Craig Kelso, Esq., is ADMITTED *pro hac vice* to practice before this Court in the above-captioned matter.

3. Michael Craig Kelso, Esq., shall file forthwith a notice of appearance into the record of the above-captioned matter.

4. Michael Craig Kelso, Esq., shall appear in person, when she is physically in the jurisdiction, or via video conference before the Court to take the oath of admission.

**ENTER:**

Dated:_____, 2023        _____
                                **U.S. MAGISTRATE JUDGE**