## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**ISLAND PROJECT & OPERATING SERVICES, LLC, VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, and OPTIS EUROPE, LTD.,**<br><br>        **Defendants.**<br>_____ | 1:21-cv-00312-WAL-EAH |

**TO:**     Lee J. Rohn, Esq.
            Simone D. Francis, Esq.
            Alexander Kaplan, Esq.
            Gloria Park, Esq.
            Sarah Hannigan, Esq.
            Carl A. Beckstedt, III, Esq.
            Andrew C. Simpson, Esq.

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

**THIS MATTER** comes before the Court upon the Motion for Admission Pro Hac Vice of Attorney Michael Craig Kelso. Dkt. No. 203. Defendants Vitol Virgin Islands Corp. and Vitol US Holdings Co. seek the admission of Michael Craig Kelso, Esq. to appear and participate as co-counsel for said Defendants in the above-captioned matter. Defendants and Attorney Kelso have satisfied all the requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

---

[1] Local Rule of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Order Granting Motion for Admission Pro Hac Vice
Page 2

The record shows that Michael Craig Kelso, Esq. currently is an attorney in good standing in the State of Texas. Attorney Kelso's Texas bar number is 24092617.

Attorney Kelso is bound by the grievance procedures established for the Virgin Islands Bar, and he shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Upon consideration of the said motion, the completed *Pro Hac Vice* Application, the Declaration of Carl A. Beckstedt, III, Esq., and the record herein, it is now hereby **ORDERED**:

1. The Motion for Admission *Pro Hac Vice* of Attorney Michael Craig Kelso, Dkt. No. 203, is **GRANTED**;

2. Michael Craig Kelso, Esq. is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3. Michael Craig Kelso, Esq. shall appear before the Court to take the oath of admission via videoconference; and

4. Michael Craig Kelso, Esq., after taking the oath of admission, shall file forthwith a notice of appearance into the record of the above-captioned matter.

ENTER:

Dated: May 30, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE

---

court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).