**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>     Plaintiff,<br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>     Defendants. | CASE NO. 1:21-CV-00312 |

## NOTICE OF INTENT TO SERVE SUBPOENA

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 45(a)(4), the undersigned will issue and serve the Subpoena attached hereto as "Exhibit A", upon **Limetree Bay Terminals, LLC d/b/a Ocean Point Terminals**, in the above captioned litigation.

                Respectfully submitted,

                **Beckstedt & Kuczynski LLP**
                Attorneys for Defendants Vitol US Holding II, Co.
                and Vitol Virgin Islands Corp.
                2162 Church Street
                Christiansted, VI 00820
                Tel: 340-719-8086

DATED: May 30, 2023   By: s/ Carl A. Beckstedt III
                Carl A. Beckstedt III, Esq.
                VI Bar No. 684
                carl@beckstedtlaw.com

                *and*

                **Susman Godfrey L.L.P.**
                Attorneys for Defendants Vitol US Holding II, Co.
                and Vitol Virgin Islands Corp.
                Alex Kaplan, Esq., *Admitted Pro Hac Vice*
                1000 Louisiana St., Suite 5100
                Houston, TX 77002
                Tel: (713) 651-9366
                akaplan@susmangodfrey.com

*Petro v. Island Project, et al.,* Case No. 1:21-cv-00312-WAL-GWC
Notice of Intent to Serve Subpoena
Page 2

*and*

**Susman Godfrey L.L.P.**
Attorneys for Defendants Vitol US Holding II, Co.
and Vitol Virgin Islands Corp.
Sarah Hannigan, Esq., *Admitted Pro Hac Vice*
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
shannigan@susmangodfrey.com