IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>　　　　　Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF INTENT TO SERVE SUBPOENA

**COMES NOW** Plaintiff, by and through the undersigned counsel, and hereby files its Notice of Intent to Serve a Subpoena *Duces Tecum* and Amended Notice of Subpoena *Duces Tecum* upon Saintnals, LLC c/o Rodney & Associates, LLC.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATED: June 6, 2023　　　　　BY:　/s/ *Lee J. Rohn*
　　　　　　　　　　　　　　　　　Lee J. Rohn, Esq.
　　　　　　　　　　　　　　　　　Bar No. 52
　　　　　　　　　　　　　　　　　1108 King Street, Suite 3 (mailing)
　　　　　　　　　　　　　　　　　56 King Street, Third Floor (physical)
　　　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　　　Telephone: (340) 778-8855
　　　　　　　　　　　　　　　　　lee@rohnlaw.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Petro Industrial Solutions, LLC v. IPOS, et. al., CASE NO. 1:21-CV-00312
**NOTICE OF INTENT TO SERVE SUBPOENA**
Page 2

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on June 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Y. Gloria Park, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX 77002
Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI 00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Email Address: simone.francis@ogletreedeakins.com
Attorney For: Island Project and Operating Services, LLC

BY: ___/s/ *Lee J. Rohn*_____(kj)