## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD., <br><br> Defendants. | CIVIL NO. 1:21-CV-00312 |

### NOTICE OF DEPOSITION: JOHNAS SEMIEN (Versa)

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, at 1:00 p.m. AST on June 23, 2023, counsel for Defendants Vitol U.S. Holding II Co. and Vitol Virgin Islands Corp. will take the deposition of Johnas Semien of Versa Integrity Group Inc. via Zoom (invite to be sent by the Court reporter) or at another place and time mutually agreeable to counsel and the witness.

The deposition will be taken before a duly qualified notary public or other officer authorized by law to administer oaths. The deposition will be taken for the purpose of discovery, to perpetuate the testimony of the witness for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic means, audiotaped, and videotaped. The deposition will continue from day to day until completed.

Dated: June 9, 2023                                                   Respectfully submitted,

                                                                      *s/ Sarah Hannigan*

                                                                      **SUSMAN GODFREY L.L.P.**
                                                                      Sarah Hannigan, *Admitted Pro Hac Vice*
                                                                      1301 Avenue of the Americas, 32nd Floor

1

New York, NY 10019
Tel:  (212) 336-8330
shannigan@susmangodfrey.com

*s/ Carl A. Beckstedt III*

**Beckstedt & Kuczynski LLP**
Carl A. Beckstedt III, Esq.
Virgin Islands Bar No. 684
2162 Church Street
Christiansted, VI 00820
Tel:  (340) 719-8086
carl@beckstedtlaw.com

**SUSMAN GODFREY L.L.P.**
Alex Kaplan, *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel:  (713) 651-9366
akaplan@susmangodfrey.com

*Attorneys for Vitol Defendants*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this June 9, 2023, the foregoing will be served upon all counsel of record pursuant to the Court's electronic filing system and a copy will be served upon the court reporter via email as follows:

**Court Reporter:**

Susan C. Nissman-Coursey, RMR
Caribbean Scribes, Inc.
1244 Queen Cross Street, Suite 1A
Christiansted, VI 00820
susan@caribbeanscribes.com

**Videographer:**

Scott Johnson
IMS
4400 Bayou Boulevard, Suite 4
Pensacola, FL 32503
(877) 838-8464
sjohnson@expertservices.com

                                                       *s/ Sarah Hannigan*