**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>      Plaintiff,<br> v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>      Defendants. | CASE NO. 1:21-CV-00312 |

## NOTICE OF INTENT TO SERVE SUBPOENA

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 45(a)(4), the undersigned will issue and serve the Subpoena attached hereto as "Exhibit A", upon **Versa Integrity Group Inc.**, in the above captioned litigation.

Dated: June 9, 2023          Respectfully submitted,

                 */s/ Sarah Hannigan*

                **SUSMAN GODFREY L.L.P.**

                Sarah Hannigan, *Admitted Pro Hac Vice*
                1301 Avenue of the Americas 32nd Floor
                New York, NY 10019
                Tel: (212) 336-8330
                shannigan@susmangodfrey.com

                 *s/ Carl A. Beckstedt III*

                **Beckstedt & Kuczynski LLP**
                Carl A. Beckstedt III,
                Esq. Virgin Islands Bar
                No. 684 2162 Church
                Street
                Christiansted, VI 00820

Tel: (340) 719-8086
carl@beckstedtlaw.com

**SUSMAN GODFREY L.L.P.**
Alex Kaplan, *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
akaplan@susmangodfrey.com

*Attorneys for Vitol Defendants*