### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>　　　　　　　　Defendants. | CASE NO. 1:21-CV-00312 |

### NOTICE OF INTENT TO SERVE SUBPOENA

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 45(a)(4), the undersigned will issue and serve the Subpoena attached hereto as "Exhibit A", upon **Johnas Semien**, in the above captioned litigation.

Dated: June 9, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */s/ Sarah Hannigan*

　　　　　　　　　　　　　　　　　　　　　**SUSMAN GODFREY L.L.P.**

　　　　　　　　　　　　　　　　　　　　　Sarah Hannigan, *Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　1301 Avenue of the Americas 32nd Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 336-8330
　　　　　　　　　　　　　　　　　　　　　shannigan@susmangodfrey.com

　　　　　　　　　　　　　　　　　　　　　*s/ Carl A. Beckstedt III*

　　　　　　　　　　　　　　　　　　　　　**Beckstedt & Kuczynski LLP**
　　　　　　　　　　　　　　　　　　　　　Carl A. Beckstedt III, Esq. Virgin Islands Bar No. 684
　　　　　　　　　　　　　　　　　　　　　2162 Church Street
　　　　　　　　　　　　　　　　　　　　　Christiansted, VI 00820

Tel: (340) 719-8086
carl@beckstedtlaw.com

**SUSMAN GODFREY L.L.P.**
Alex Kaplan, *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
akaplan@susmangodfrey.com

*Attorneys for Vitol Defendants*