# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>                  Defendants. | CIVIL NO. 1:21-CV-00312 |

## NOTICE OF CANCELLATION
## OF DEPOSITION OF ADRIAN MELENDEZ SR. (DOCKET NO. 170)

**PLEASE TAKE NOTICE** that the deposition of Adrian Melendez, Sr, see Docket No. 170, is hereby **CANCELLED**.

Dated: June 12, 2023

                                                          Respectfully Submitted,

                                                          *s/ Carl A. Beckstedt III*

                                                          **BECKSTEDT & KUCZYNSKI LLP**
                                                          *Attorneys for the Vitol Defendants*
                                                          Carl A. Beckstedt III, Esq.
                                                          Virgin Islands Bar No. 684
                                                         2162 Church Street
                                                         Christiansted, VI 00820
                                                         Tel:  (340) 719-8086
                                                         carl@beckstedtlaw.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this June 12, 2023, the foregoing will be served upon all counsel of record pursuant to the Court's electronic filing system and a copy will be served upon the court reporter and videographer via email as follows:

Susan C. Nissman-Coursey, RMR
Caribbean Scribes, Inc.
1244 Queen Cross Street, Suite 1A
Christiansted, VI 00820
susan@caribbeanscribes.com

  and

Sam Halvorson
MJS Visions
samhalvo@gmail.com

                 *s/ Carl A. Beckstedt III*