# Beckstedt & Kuczynski LLP

Attorneys at Law

2162 Church Street | Christiansted, VI 00820
340-719-8086 | www.beckstedtlaw.com

June 13, 2023

Glenda L. Lake, Esquire
Clerk of the Court
District Court of the Virgin Islands
Almeric L. Christian Federal Building
3013 Estate Golden Rock, Suite 219
Christiansted, VI 00820

RE: **Audio Recording Transcript Request**
*Petro v. IPOS et al*, Case #: 1:21-cv-00312

Dear Attorney Lake:

Regarding the above-captioned matter, please provide an audio recording copy of the following:

- *Discovery Hearing* held on February 24, 2023, Court Reporter FTR, before U.S. Magistrate Judge Emile A. Henderson, III

**Audio Request:** our office will pay for said file upon receipt of the same or in advance if required. Your anticipated cooperation is greatly appreciated.

Sincerely,

Carl A. Beckstedt III, Esq.

CAB:moh