# Affidavit of Process Server

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS DIVISION OF ST. CROIX
(NAME OF COURT)

Petro Industrial Solutions, LLC vs Island Project and Operating Services, LLC   Case# 1:21-CV-312
PLAINTIFF/PETITIONER   DEFENDANT/RESPONDENT   CASE NUMBER

I, **Deirdre Finch**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I ■served ☐was unable to serve : **Saintnals, LLC., c/o Rodney & Associates**
NAME OF PERSON TO BE SERVED

with (list documents)_____

by leaving with **Ronald Rodney**           **Owner of Rodney & Associates**   At
                NAME                          RELATIONSHIP / POSITION

☐ Residence _____
           ADDRESS                            CITY / STATE

■ Business  Penthany Bldg 1138 King Street, Suite 104    Christiansted, VI
           ADDRESS                            CITY / STATE

On  **June 14, 2023**  AT  **1213hrs**
       DATE                    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                              DATE

from_____
     CITY      STATE      ZIP

**Manner of Service:**
■ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                DATE   TIME      DATE   TIME
(3)_____ (4)_____ (5)_____
  DATE  TIME    DATE  TIME     DATE  TIME

Description: Age **45** Sex **M** Race **B** Height____ Weight____ Hair____ Beard **Yes** Glasses____

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **14th** day of **June**, 20**23**, by **DEIRDRE FINCH**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC  **KARIMA JENKINS-GUZMAN**
NOTARY PUBLIC for the state of - St. Croix, U.S. Virgin Islands
NP-585-22
My Commission Expires September 2, 2026



EXHIBIT 1

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS