UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

PETRO INDUSTRIAL SOLUTIONS, LLC
    Plaintiff
Vs.
ISLAND PROJECT AND OPERATING SERVICES, LLC, et al.
    Defendant

No. 1:21-cv-312

TO: Versa Integrity Group, Inc. c/o BoltNagi, PC, Resident Agent in USVI, Merchant Financial Center
    4068 Tutu Park Mall, Suite 202
    St. Thomas, VI 00802

## AFFIDAVIT

TERRITORY OF THE VIRGIN ISLANDS)
DIVISION OF ST. THOMAS – ST. JOHN)

I, Marlon A. Richardson being sworn, depose and states:

1. I am a citizen of the United States, resident of the U.S. Virgin Islands, over 18 years of age, am not a party in the above entitled action, nor related to any of the parties herein; was duly appointed as a Process Server for the Superior Court of the U.S. Virgin Islands, License No. 23/2009, which Order is still valid.

2. I received copies of Subpoena to Testify at a Deposition in a Civil Action, Notice of Rule 30(b)(6) Deposition of Versa Integrity Group Inc, and Exhibit 1 # 1:21-cv-312 dtd 9 Jun 23 in the above action and was able to serve as follows:

DATE RECEIVED: 13 Jun 23 DATE SERVED: 13 Jun 23 Time: 11:43 am.
PERSON SERVED: Jenny O.dell (in hand)..
PLACE SERVED: 4068 Tutu Park Mall, Suite 202, St. Thomas, VI 00802

3. Such service was personally made by delivering to and leaving with said person true copies of said Subpoena to Testify at a Deposition in a Civil Action, Notice of Rule 30(b)(6) Deposition of Versa Integrity Group Inc, and Exhibit 1 # 1:21-cv-312 dtd 9 Jun 23.

4. The person served was an adult and appeared mentally competent and was properly identified to be the person mentioned and described in said process or the person authorized according to law to receive such process.

5. I have made a diligent search and inquiry in N/A the person to be served but have been unable to find or learn of the whereabouts of the person and thus been unable to serve process on the said person.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 14 DAY OF _____ 2023.

NOTARY PUBLIC

NOTARY PUBLIC
Name: Laura Lye Berry
My Commission Exp: September 18, 2023
NP Commission #: NP-258-19
St. Thomas/St. John, USVI District

Marlon A. Richardson
11D Lindberg Bay, St. Thomas, USVI
(340) 998-8453

PROCESS SERVER