## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>      Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, (IPOS), VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORPS, (VVIC), ANDREW CANNING and OPTIS EUROPE, LTD., (OPTIS),<br><br>      Defendants. | CIVIL NO. 1:21-CV-00312<br><br>BREACH OF CONTRACT<br><br><u>JURY TRIAL DEMANDED</u> |

## **DEFENDANT'S NOTICE OF SERVICE**

COME NOW Defendants Vitol Virgin Islands Corp. and Vitol US Holding II Co. (collectively, the "Vitol Defendants"), by and through their undersigned counsel, and hereby gives notice to the Court that they served the following on Plaintiff's counsel on May 24, 2023:

1. Vitol Defendants' Fourth Set of Requests for Production of Documents to Plaintiff Petro Industrial Solutions, LLC; and

2. Vitol Virgin Island Corp.'s Fourth Set of Interrogatories to Plaintiff Petro Industrial Solutions, LLC.

Dated: June 15, 2023             Respectfully submitted,

                      */s/ Sarah Hannigan*

                      **SUSMAN GODFREY L.L.P.**

                      Sarah Hannigan, *Admitted Pro Hac Vice*
                      1301 Avenue of the Americas 32nd Floor
                      New York, NY 10019
                      Tel:  (212) 336-8330
                      shannigan@susmangodfrey.com

                      *s/ Carl A. Beckstedt III*

**Beckstedt & Kuczynski LLP**
Carl A. Beckstedt III, Esq.
Virgin Islands Bar No. 684
2162 Church Street
Chirstiansted, VI 00820
Tel: (340) 719-8086
carl@beckstedtlaw.com

**SUSMAN GODFREY L.L.P.**
Alex Kaplan, *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
akaplan@susmangodfrey.com

*Attorneys for Vitol Defendants*