**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>　　　　　　　Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

**<u>NOTICE OF CROSS 30(B)(6) DEPOSITION OF VERSA INTEGRITY GROUP, INC.</u>**

TO:　　Glenda L. Lake, Clerk of the Court
　　　　District Court of the V.I.

　　　　Alex Kaplan, Esq.
　　　　Y. Gloria Park, Esq.
　　　　Susman Godfrey, Esq.
　　　　1000 Louisiana St., Suite 5100
　　　　Houston, TX 77002
　　　　Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
　　　　Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

　　　　Andrew C. Simpson, Esq.
　　　　Andrew C. Simpson, P.C.
　　　　2191 Church Street, Suite 5
　　　　Christiansted, VI 00820
　　　　Email Address: asimpson@coralbrief.com
　　　　Attorney For: Andrew Canning

　　　　Carl A. Beckstedt, III, Esq.
　　　　Beckstedt & Kuczynski LLP
　　　　2162 Church Street
　　　　Christiansted, USVI 00820
　　　　Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com;
　　　　gpark@susmanodfrey.com; akaplan@susmangodrfey.com
　　　　Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
NOTICE OF CROSS 30 (B)(6) DEPOSITION OF VERSA INTEGRITY GROUP, INC.
Page 2

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
Attorney For: Island Project and Operating Services, LLC

Susan C. Nissman-Coursey
Caribbean Scribes, Inc.,
1244 Queen Cross Street, Suite 1A,
Christiansted, VI  00820
Email Address: scoursey27@gmail.com; susan@caribbeanscribes.com

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff **PETRO INDUSTRIAL SOLUTIONS, LLC**, by and through undersigned counsel, will take the oral examination of **VERSA INTEGRITY GROUP, INC.** Defendant shall designate one or more officers, directors or managing agents who are competent to testify on the company's behalf.

That person(s) who is designated to testify on Defendant's behalf should have knowledge of, but not be limited to, the following:

1. The contractual relationship between the Plaintiff and Versa Integrity Group, Inc.

2. Versa Integrity Group's knowledge as to how to certify welders.

3. Versa Integrity Group's knowledge as to how to recertify welders who have been previously certified and continued to work for a company.

4. ASME requirements as to listing welders.

5. The scope and results of Versa Integrity Group's listing of Petro's work on the 3" vent line at the Vitol Propane Terminal as hired by Petro.

6. The request by IPOS, VTTI, or Vitol to retest the Petro welds, the scope of that listing, the results, and whether the welds as a whole passed the ASME standards for

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
NOTICE OF CROSS 30 (B)(6) DEPOSITION OF VERSA INTEGRITY GROUP, INC.
Page 3

approval of the work.

7. Who hired Versa Integrity Group to test the WPA 3" Rent Line welds after Petro had Versa test them, the amount billed, who were the primary persons reported to, and the cost of the work?

8. Who actually was in charge of the work for Versa Integrity Group on the second contract to list the 3" vent line?

9. Versa Integrity Group's knowledge of Guillemo Castro.

Join Zoom Meeting
https://us02web.zoom.us/j/85485690947?pwd=RkFkb0VUWVVid00xeU9UWklabXpnUT09

Meeting ID: 854 8569 0947
Passcode: 245863

This deposition will take place on **June 22, 2023, at 2:00 PM,** at **via Zoom,** before any Notary Public commissioned by the Territory of the US Virgin Islands or other person qualified to administer the oath and take deposition.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
NOTICE OF CROSS 30 (B)(6) DEPOSITION OF VERSA INTEGRITY GROUP, INC.
Page 4

                                      RESPECTFULLY SUBMITTED
                                      LEE J. ROHN AND ASSOCIATES, LLC
                                      Attorneys for Plaintiff

DATED:  June 16, 2023              BY:   /s/ *Lee J. Rohn*
                                                   Lee J. Rohn, Esquire
                                                   VI Bar No. 52
                                                   1108 King Street, Suite 3 (mailing)
                                                   56 King Street, Third Floor (physical)
                                                   Christiansted, St. Croix
                                                   U.S. Virgin Islands 00820
                                                   Telephone: (340) 778-8855
                                                   lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
NOTICE OF CROSS 30 (B)(6) DEPOSITION OF VERSA INTEGRITY GROUP, INC.
Page 5

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Y. Gloria Park, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
 Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew  C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email    Address:    carl@beckstedtlaw.com;    tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com
 Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building,  Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
Attorney For: Island Project and Operating Services, LLC

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
NOTICE OF CROSS 30 (B)(6) DEPOSITION OF VERSA INTEGRITY GROUP, INC.
Page 6

   I also caused a true and correct copy of the foregoing to be served via electronic mail upon the following:

Susan C. Nissman-Coursey
Caribbean Scribes, Inc.,
1244 Queen Cross Street, Suite 1A,
Christiansted, VI  00820
Email Address: scoursey27@gmail.com; susan@caribbeanscribes.com


          BY:   /s/ *Lee J. Rohn*          (kj)