## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **ISLAND PROJECT AND OPERATING** | ) **CASE NO. 1:21-cv-00312** |
| **SERVICES, LLC, VITOL US HOLDING II,** | ) |
| **CO., VITOL VIRGIN ISLANDS CORP.,** | ) |
| **ANDREW CANNING and OPTIS EUROPE,** | ) |
| **LTD.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF PRODUCTION

Defendant Island Project and Operating Services, LLC ("IPOS"), through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, LLC, pursuant to Fed. R. Civ. P. 26(e)(1)(A) and LRCi 26.1, hereby gives notice of the production of the following:

1.      Documents designated as IPOS 000272 through IPOS 000342.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, LLC**

DATED: June 16, 2023          By: _____*/s/ Simone R.D. Francis*_____
Simone R. D. Francis
V.I. Bar Number 537
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802-4701
Telephone: (340) 714-1235
Facsimile:  (340) 714-1245

*Attorneys for Island Project and Operating Services,
LLC*