IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>  Defendants. | CIVIL NO. 1:21-CV-00312 |

## FIRST AMENDED NOTICE OF DEPOSITION OF ELIAS RIVERA

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and by mutual agreement of the parties, the deposition of Elias Rivera is rescheduled. Counsel for Defendants Vitol U.S. Holding II Co. and Vitol Virgin Islands Corp. will take the deposition of **Elias Rivera** on **Wednesday, June 21, 2023, at 2:00 p.m., Atlantic Standard Time**, at the offices of Beckstedt & Kuczynski LLP, 7 Church Street, Christiansted, St. Croix, USVI 00820.  In addition, a video conferencing link for remote attendance will be provided by the Court Reporter the day before the deposition is scheduled.

The deposition will be taken before a duly qualified notary public or other officer authorized by law to administer oaths. The deposition will be taken for the purpose of discovery, to perpetuate the testimony of the witness for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic means, audiotaped, and videotaped. The deposition will continue from day to day until completed.

  Respectfully submitted,

Dated:  June 17, 2023.

*s/ Carl A. Beckstedt III*
**Beckstedt & Kuczynski LLP**
Carl A. Beckstedt III, Esq.
Virgin Islands Bar No. 684
2162 Church Street
Christiansted, VI 00820
Tel:  (340) 719-8086
carl@beckstedtlaw.com

**SUSMAN GODFREY L.L.P.**
Alex Kaplan, *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel:  (713) 651-9366
akaplan@susmangodfrey.com

Sarah Hannigan, *Admitted Pro Hac Vice*
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel:  (212) 336-8330
shannigan@susmangodfrey.com

*Attorneys for Vitol Defendants*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this June 17, 2023, the foregoing was sent by the Court's electronic filing system to the following counsel of record:

Lee J. Rohn, Esq.,
Lee J. Rohn and Associates, LLC
*Attorneys for Plaintiff*
1108 King Street, Suite 3
Christiansted, St. Croix
U.S. Virgin Islands 00820
lee@rohnlaw.com
info@rohnlaw.com

Simone R. D. Francis, Esq.
Ogletree Deakins
*Attorneys for Island Project and Operating Services, LLC*
1336 Beltjen Road, Suite 201
St. Thomas, VI 00802
simone.francis@ogletreedeakins.com

Andy Simpson, Esq.
Andrew C. Simpson P.C.
*Attorneys for Andrew Canning and OPTIS Europe, Ltd.*
2191 Church St., Ste. 5
Christiansted, USVI 00820
asimpson@coralbrief.com

    *and by email to following:*

**Court Reporter:**

Susan C. Nissman-Coursey, RMR
Caribbean Scribes, Inc.
1244 Queen Cross Street, Suite 1A
Christiansted, VI 00820
susan@caribbeanscribes.com

**Videographer:**

Sam Halvorson
MJS Visions
samhalvo@gmail.com

**Interpreter:**

Gabriela Loncar
Federally Certified Court Interpreter-Spanish
2499 Green Way S
St. Petersburg, FL 33712
T. 727-542-3185
gkloncar@gmail.com

                                                 *s/ Carl A. Beckstedt III*
                                                 Carl A. Beckstedt III, Esq.