## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO), <br><br> Plaintiff, <br><br> v. <br><br> ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC., <br><br> Defendants. | CASE NO. 1:21-CV-00312 <br><br> **BREACH OF CONTRACT** <br><br> <u>JURY TRIAL DEMANDED</u> |

### NOTICE OF FILING

**COMES NOW** Plaintiff, by and through the undersigned counsel, and hereby files the attached Summonses for execution by the Clerk of Court.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  June 26, 2023            BY:   /s/ *Lee J. Rohn*
                                         Lee J. Rohn, Esq.
                                         VI Bar No. 52
                                         1108 King Street, Suite 3 (mailing)
                                         56 King Street, Third Floor (physical)
                                         Christiansted, St. Croix
                                         U.S. Virgin Islands 00820
                                         Telephone: (340) 778-8855
                                         **lee@rohnlaw.com**

LEE J. ROHN AND ASSOCIATES, LLC
1108 King St, Ste 3
Christiansted, VI 00820
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
**NOTICE OF FILING**
Page 2

# **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on June 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Y. Gloria Park, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX 77002
Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI 00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com; gpark@susmanodfrey.com; akaplan@susmangodrfey.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Email Address: simone.francis@ogletreedeakins.com
Attorney For: Island Project and Operating Services, LLC

BY: /s/ *Lee J. Rohn* (kj)