## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

## <u>NOTICE OF FILING</u>

**COMES NOW** Plaintiff, by and through the undersigned counsel, and hereby files the attached Summonses for execution by the Clerk of Court.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  June 27, 2023          BY:   /s/ *Lee J. Rohn*
                                                  Lee J. Rohn, Esq.
                                                  VI Bar No. 52
                                                  1108 King Street, Suite 3 (mailing)
                                                  56 King Street, Third Floor (physical)
                                                  Christiansted, St. Croix
                                                  U.S. Virgin Islands 00820
                                                  Telephone: (340) 778-8855
                                                  **lee@rohnlaw.com**

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al., Case No. 1:21-CV-00312
**NOTICE OF FILING**
Page 2

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Y.  Gloria Park, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com; GPark@susmangodfrey.com
 Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew   C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email   Address:   carl@beckstedtlaw.com;   tarsha@beckstedtlaw.com;
gpark@susmanodfrey.com; akaplan@susmangodrfey.com
 Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building,  Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
 Attorney For: Island Project and Operating Services, LLC


BY:   /s/ *Lee J. Rohn*             (kj)