| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS**<br><br>**DIVISION OF ST. CROIX** | |
| **PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),**<br><br>Plaintiff,<br><br>v.<br><br>**ISLAND PROJECT & OPERATING SERVICES, LLC, VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC.,**<br><br>Defendants.<br>_____ | 1:21-cv-00312-WAL-EAH |

**TO:**   Lee J. Rohn, Esq.
        *On behalf of Plaintiff*
        Simone D. Francis, Esq.
        *On behalf of Island Project & Operating Servs.*
        Andrew Kaplan, Esq.
        Y. Gloria Park, Esq.
        Sarah Hannigan, Esq.
        Carl A. Beckstedt, III, Esq.
        *On behalf of Vitol US Holding II and Vitol VI*
        Andrew C. Simpson, Esq.
        *On behalf of Andrew Canning & OPTIS Europe*

## SECOND AMENDED SCHEDULING ORDER

**THIS MATTER** came before the Court for a status conference on June 27, 2023, 2023. Lee J. Rohn, Esq. appeared on behalf of Plaintiff; Simone D. Francis, Esq. appeared on behalf of Island Project & Operating Services ("IPOS"); Carl A. Beckstedt, III, Esq. and Sarah Hannigan, Esq. appeared on behalf of Vitol US Holding II, Co. and Vitol Virgin Islands Corp., and Andrew C. Simpson, Esq., appeared on behalf of Andrew Canning and OPTIS Europe, Ltd.

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Second Amended Scheduling Order
Page 2

The Court discussed with the attorneys how to proceed in this case, given that Petro had recently been given leave to file a second amended complaint, and how that fact would impact the current Scheduling Order that had been entered in January 2023, Dkt. No. 136, with a minor modification, Dkt. No. 156. The Court also discussed with the parties any remaining discovery issues. The parties having reached an agreement concerning the following schedule, the Court will amend the current scheduling order and set the following deadlines to govern this case.

WHEREFORE, it is now hereby **ORDERED**:

1. Mediation shall be completed by **August 24, 2023**, a date agreed to by the parties, and shall be conducted pursuant to Local Rules of Civil Procedure Rule 3.2;

2. Plaintiffs' experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served no later than **September 30, 2023**;

3. Defendant's experts shall be named and copies of their opinions, as provided in Fed. R. Civ. P. 26(a)(2), shall be served no later than **November 10, 2023**;

4. All expert depositions, as provided in Fed. R. Civ. P. 26(a)(2), shall be completed no later than **December 11, 2023**. No rebuttal reports are allowed without leave of Court;

5. Any *Daubert* motions shall be filed on or before **January 15, 2024**;

6. All dispositive motions shall be filed on or before **February 15, 2024**. No extensions for filing opposition or reply briefs are allowed without leave of

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Second Amended Scheduling Order
Page 3

Court. If no dispositive motions will be filed in the case, the parties shall file, no later than **February 8, 2024**, a joint notice stating that the parties have not filed and do not intend to file any dispositive motions.

7. A status conference is scheduled for **Friday, February 23, 2024**, at **11:00 a.m.** before the undersigned U.S. Magistrate Judge. **All off-island counsel may appear via videoconference. All on-island counsel shall appear in person.** Off-island counsel shall contact the Clerk's Office for videoconference information.

8. Pretrial filing deadlines and the trial date will be set by further order of the Court.

9. Any extensions, changes, and/or modification of any dates or deadlines contained herein shall be made only for good cause and only with the Court's consent pursuant to Fed. R. Civ. P. 16(b)(4).

It is further **ORDERED** that Plaintiff shall supplement its responses to the Vitol Defendants' Interrogatories and Requests for Production by **July 11, 2023**.

ENTER:

Dated: June 28, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE