IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING and OPTIS EUROPE, LTD.,<br><br>　　　　Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

**NOTICE OF SERVICE OF PLAINTIFF PETRO'S THIRTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26**

**PLEASE TAKE NOTICE** that Plaintiff, PETRO, has filed its Thirteenth Supplemental Disclosures Pursuant to Rule 26 through undersigned counsel of record, and that said Disclosures were served upon the Defendant in the original.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED
　　　　　　　　　　　　　　　　　　LEE J. ROHN AND ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

DATED:  June 29, 2023　　　　　　BY:　/s/ *Lee J. Rohn*
　　　　　　　　　　　　　　　　　　Lee J. Rohn, Esq.
　　　　　　　　　　　　　　　　　　VI Bar No. 52
　　　　　　　　　　　　　　　　　　1108 King Street, Suite 3 (mailing)
　　　　　　　　　　　　　　　　　　56 King Street, Third Floor (physical)
　　　　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　　　　Telephone: (340) 778-8855
　　　　　　　　　　　　　　　　　　lee@rohnlaw.com

**LEE J, ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, LLC, ET. AL., CASE NO. 1:21-CV-00312,
NOTICE OF SERVICE OF PLAINTIFF PETRO'S THIRTEENTH SUPPLEMENTAL DISCLOSURES
PURSUANT TO RULE 26
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX 77002
Email Address: akaplan@susmangodfrey.com
   Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Email Address: asimpson@coralbrief.com; coralbrief@gmail.com; jaycie.jorgensen@gmail.com
   Attorney For: Andrew Canning and OPTIS Europe, Ltd.

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI 00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com
   Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Y. Gloria Park, Esq.
Sarah Hanningan, Esq.
Susman Godfrey, LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Email Address: shannigan@susmangodfrey.com; GPark@susmangodfrey.com
   Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esq
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI 00802
Email Address: simone.francis@ogletreedeakins.com
   Attorney For: Island Project and Operating Services, LLC

                                                          BY:   /s/ *Lee J. Rohn*          (raw)