## AFFIDAVIT OF SERVICE

| Case: 1:21-CV-00312 | Court: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VIRGIN ISLANDS | County: SAINT THOMAS, VI | Job: 9103112 |
|---|---|---|---|
| **Plaintiff / Petitioner:** PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO) | | **Defendant / Respondent:** ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, AND VITOL, INC. | |
| **Received by:** Alkem Solutions | | **For:** LEE J. ROHN AND ASSOCIATES | |
| **To be served upon:** VITOL, INC. | | | |

I, Ewanshia Graham, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Ernie Kohnke, General Counsel, C/O Vitol Inc., COMPANY: 2925 RICHMOND AVE 11TH FLOOR, HOUSTON, TX 77098

**Manner of Service:** Business, Jun 29, 2023, 12:21 pm CDT

**Documents:** SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT (Received Jun 27, 2023 at 3:27pm CDT)

**Additional Comments:**
1) Successful Attempt: Jun 29, 2023, 12:21 pm CDT at COMPANY: 2925 RICHMOND AVE 11TH FLOOR, HOUSTON, TX 77098 received by Ernie Kohnke, General Counsel, C/O Vitol Inc.. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'9"; Relationship: General counsel; Other: The documents were served to general counsel Ernie Kohnke. See photo of his business card. ;

_Ewanshia_ 06/29/2023
Ewanshia Graham       Date
PSC-08625, EXP 06/30/2024

Alkem Solutions
1500 S DAIRY ASHFORD ST STE 369
HOUSTON, TX 77077
2813101052

Subscribed and sworn to before me by the affiant who is personally known to me.

_Shandiwe A. Washington_
Notary Public
6/29/2023          12/19/2024
Date               Commission Expires

THANDIWE A. WASHINGTON
Notary Public, State of Texas
Comm. Expires 12-19-2024
Notary ID 125888967