AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

| | | |
|---|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO) | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-cv-00312 |
| ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vitol, Inc.
2925 Richmond Ave., 11th Fl.
Houston, Texas, 77098

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lee J. Rohn, Esquire,
Lee J. Rohn and Associates, LLC
1108 King Street, Suite 3
Christiansted, VI 00820

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Glenda L. Lake. Esquire*
CLERK OF COURT

Date: 06/27/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00312

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **Vitol, Inc.**
was received by me on *(date)*  **June 27, 2023**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  **Ernie Kohnke, General Counsel** , who is designated by law to accept service of process on behalf of *(name of organization)*  **Vitol, Inc.**
on *(date)*  **June 29, 2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date:  **07/05/2023**

*Server's signature*

**Ewanshia J. Graham. PSC-08625, Exp 06/30/2024**
*Printed name and title*

**1500 S. Dairy Ashford Rd Suite 369**
**Houston, TX 77077**
*Server's address*

Additional information regarding attempted service, etc: