IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, (IPOS), VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP., (VVIC), ANDREW CANNING and OPTIS EUROPE, LTD., (OPTIS),<br><br>Defendants. | CIVIL NO. 1:21-CV-00312<br><br>BREACH OF CONTRACT<br><br><u>JURY TRIAL DEMANDED</u> |

**<u>STIPULATION REGARDING VITOL DEFENDANTS' ANSWER</u>**

The date for Vitol Inc., a newly-added defendant, to file its responsive pleading to Plaintiff's Second Amended Complaint (Dkt. 239) is July 20, 2023. To align the response date for Vitol Inc. with the response date for Vitol Virgin Islands Corp, and Vitol U.S. Holding II Co., Plaintiff Petro Industrial Solutions, LLC, on the one hand, and Vitol Inc., Vitol Virgin Islands Corp, and Vitol U.S. Holding II Co. (collectively, the "Vitol Defendants"), on the other, stipulate as follows:

1. The Vitol Defendants shall file their responsive pleading to Plaintiff's Second Amended Complaint on or before July 20, 2023.

2. In entering this stipulation, the Vitol Defendants expressly reserve and do not waive any defenses or rights in respect of Plaintiff's Second Amended Complaint.

Dated: July 6, 2023                                         Respectfully submitted,

                                                                             */s/ Sarah Hannigan*

                                                                             **SUSMAN GODFREY L.L.P.**

Sarah Hannigan, *Admitted Pro Hac Vice*
1301 Avenue of the Americas 32nd Floor
New York, NY 10019
Tel: (212) 336-8330
shannigan@susmangodfrey.com

**SUSMAN GODFREY L.L.P.**
Alex Kaplan, *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
akaplan@susmangodfrey.com

*/s/ Carl A. Beckstedt III*
**BECKSTEDT & KUCZYNSKI LLP**
Carl A. Beckstedt III, Esq.
Virgin Islands Bar No. 684
2162 Church Street
Chirstiansted, VI 00820
Tel: (340) 719-8086
carl@beckstedtlaw.com

*Attorneys for Vitol Defendants*

*/s/Lee J. Rohn*
**LEE J. ROHN AND ASSOCIATES LLC**
Lee J. Rohn, Esq.
VI Bar No. 52
1108 King Street, Suite 3 (mailing)
56 King Street, Third Floor (physical)
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 778-8855
lee@rohnlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this July 6, 2023 the foregoing will be served upon all counsel of record pursuant to the Court's electronic filing system:

*/s/ Sarah Hannigan*