AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO)

*Plaintiff(s)*

v.

ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC.

*Defendant(s)*

Civil Action No. 1:21-cv-00312

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VTTI B.V
K.P. van der Mandelelaan 130
Rotterdam, South Holland 3062 NL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lee J. Rohn, Esquire
Lee J. Rohn and Associates, LLC
1108 King Street, Suite 3
Christiansted, VI 00820
Telephone: (340) 778-8855

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Glenda L. Lake, Esquire
CLERK OF COURT

Date: 06/27/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. **1:21-CV-00312**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for VITTI B.V. was received by me on June 30, 2023.

Documents: **Summons in a civil Action & Second Amended Complaint**

Service Address: **K.P. van der Mandelelaan 130
Rotterdam, South Holland 3062 NL,**

☐ I personally served the above documents on the individual at (address) on (date/time)

☐ I left the summons at the individual's residence or usual place of abode with Jane Doe - Authorized to accept, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☑ I served the summons to **Jane Doe - Receptionist Authorized to Accept - the receptionist refused her name to the process server** , who is designated by law to accept service of process on behalf of **VITTI B.V.** on **July 7, 2023 4:55 PM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify)*:

My fees are $ .00 for travel and $ .00 for services, for a total of $ .00

*I declare under penalty of perjury under the laws of the The State of California that this information is true.*

Date: **July 7, 2023**

*Mohamed Idris Laloe*
*Server's signature*

Additional information regarding attempted service, etc:

**Mohamed Idris Laloe**
*Printed name and title*
REG # , County of

**13395 Voyage Parkway Suite 130, Colorado Springs, CO 80921**
*Server's Address*

25956