### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, OPTIS EUROPE, LTD., VTTI and VITOL, INC.<br><br>　　　　　　Defendants. | CASE NO. 1:21-CV-00312 |

### NOTICE OF FILING PROPOSED ORDER

**COME NOW** Defendants Vitol US Holding II, Co. and Vitol Virgin Islands Corp., by and through their undersigned counsel, pursuant to Local Rule of Civil Procedure 7.1(e), and file a proposed Order setting forth the relief requested in the Stipulation Regarding Vitol Defendants' Answer (Docket No. 254).

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**BECKSTEDT & KUCZYNSKI LLP**
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Vitol US Holding II, Co.
　　　　　　　　　　　　　　　　　　　　　and Vitol Virgin Islands Corp.

Dated: July 7, 2023　　　　By:　　/s/ *Carl A. Beckstedt III*
　　　　　　　　　　　　　　　　　Carl A. Beckstedt III, Esq.
　　　　　　　　　　　　　　　　　2162 Church Street
　　　　　　　　　　　　　　　　　Christiansted, VI 00820
　　　　　　　　　　　　　　　　　Tel: (340) 719-8086 / Fax: (800) 886-6831
　　　　　　　　　　　　　　　　　Virgin Islands Bar No. 684
　　　　　　　　　　　　　　　　　Carl@beckstedtLaw.com

　　　　　　　　　　　　　　　　　　　　　　　*and*

SUSMAN GODFREY L.L.P.
Attorneys for Defendants Vitol US Holding II, Co.
and Vitol Virgin Islands Corp.
Alex Kaplan, Esq., *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
akaplan@susmangodfrey.com

Y. Gloria Park, Esq., *Admitted Pro Hac Vice*
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
gpark@susmangodfrey.com

Sarah Hannigan, *Admitted Pro Hac Vice*
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel:  (212) 336-8330
shannigan@susmangodfrey.com