## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, OPTIS EUROPE, LTD., VTTI and VITOL, INC.<br><br>Defendants. | CASE NO. 1:21-CV-00312 |

**TO:** **Lee J. Rohn, Esq.**
*On behalf of Plaintiff*
**Simone D. Francis, Esq.**
*On behalf of Island Project & Operating Servs.*
**Andrew Kaplan, Esq.**
**Y. Gloria Park, Esq.**
**Sarah Hannigan, Esq.**
**Carl A. Beckstedt, III, Esq.**
*On behalf of Vitol US Holding II and Vitol VI*
**Andrew C. Simpson, Esq.**
*On behalf of Andrew Canning & OPTIS Europe*

### [PROPOSED] ORDER

**THIS MATTER** came before the Court on the Stipulation Regarding Vitol Defendants' Answer (Dkt. No. 254) to extend the deadline for the Defendants Vitol Virgin Islands Corp. and Vitol US Holding II Co. to file their responsive pleadings to the Plaintiff's Second Amended Complaint (Dkt. No. 239), and the Court being satisfied in the premises.

WHEREFORE, it is now hereby **ORDERED**:

1. The Stipulation Regarding Vitol Defendants' Answer is hereby **ACCEPTED;**

2. The deadline for Vitol Virgin Islands Corp. and Vitol U.S. Holding II, Co. to each file their responsive pleading to Plaintiff's Second Amended Complaint is hereby extended to **July 20, 2023**.

                ENTER:

Dated:_____

                EMILE A. HENDERSON III
                U.S. MAGISTRATE JUDGE