**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ISLAND PROJECT & OPERATING SERVICES, LLC, VITOL US HOLDING II, CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, OPTIS EUROPE, LTD., VITOL, INC., VTTI,**<br><br>**Defendants.** | 1:21-cv-00312-WAL-EAH |

**TO:**    Lee J. Rohn, Esq.
             *On behalf of Plaintiff*
         **Simone D. Francis, Esq.**
             *On behalf of Island Project & Operating*
         **Andrew Kaplan, Esq.**
         **Sarah Hannigan, Esq.**
         **Carl A. Beckstedt, III, Esq.**
             *On behalf of Vitol US Holding and Vitol VI*
         **Andrew C. Simpson, Esq.**
             *On behalf of Andrew Canning & OPTIS Europe; non-party Saintnals*

**BENCH MEMORANDUM**

**THIS MATTER** comes before the Court on the Stipulation Regarding Vitol Defendants' Answer, filed on July 6, 2023. Dkt. No. 254; *see also* Dkt. No. 256 (Proposed Order). In the Stipulation, Plaintiff Petro Industrial Solutions, LLC has stipulated with Vitol, Inc., Vitol Virgin Islands Corp., and Vitol U.S. Holding II Co. (the "Vitol Defendants") that, in order to align the response date for Vitol Inc. with the two other Vitol entities to respond to Plaintiff's Second Amended Complaint, (1) all of the Vitol Defendants shall file their responsive pleadings to

*Petro Indus. Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Bench Memo – Status Conference
Page 2

Plaintiff's Second Amended Complaint on or before July 20, 2023, and (2) the Vitol Defendants expressly reserve and do not waive any defenses or rights in respect to the Second Amended Complaint. *Id.*

Upon consideration of the Stipulation, and the premises considered, it is now hereby **ORDERED**:

1. The Stipulation Regarding Vitol Defendants' Answer, Dkt. No. 254, is **ACCEPTED**;

2. The deadline for Vitol Virgin Islands Corp. and Vitol U.S. Holding II Co. to each file their responsive pleading to Plaintiff's Second Amended Complaint is extended to **July 20, 2023**.

ENTER:

Dated: July 10, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE