**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br><br>**BREACH OF CONTRACT**<br><br>JURY TRIAL DEMANDED |

## ORDER

**THIS MATTER** having come before the Court on **Defendants' OPTIS EUROPE, LTD. AND ANDREW CANNING'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER** dated June 21, 2023, and the Court having been advised in its premises, it is;

**ORDERED** that Defendants' Objection is **OVERRULED**.

**SO ORDERED** this _____ day of _____ 2023.

_____
**Wilma A. Lewis, USDJ**