# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC; VITOL US HOLDING II CO.; VITOL VIRGIN ISLANDS CORP.; VITOL INC.; ANDREW CANNING; and OPTIS EUROPE, LTD.,<br><br>Defendants. | CIVIL NO. 1:21-CV-00312 |

## AMENDED NOTICE OF DEPOSITION: JOHNAS SEMIEN (Versa)

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, at **2:30 p.m. AST on July 28, 2023**, counsel for Defendants Vitol Inc., Vitol U.S. Holding II Co. and Vitol Virgin Islands Corp. will take the deposition of **Johnas Semien** of Versa Integrity Group Inc. via Zoom (invite to be sent by the Court reporter) or at another place and time mutually agreeable to counsel and the witness.

The deposition will be taken before a duly qualified notary public or other officer authorized by law to administer oaths. The deposition will be taken for the purpose of discovery, to perpetuate the testimony of the witness for use at trial, and for all other purposes permitted under the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic means, audiotaped, and videotaped. The deposition will continue from day to day until completed.

Dated:  July 21, 2023                              Respectfully submitted,

<u>*s/ Sarah Hannigan*</u>

**SUSMAN GODFREY L.L.P.**
Sarah Hannigan, *Admitted Pro Hac Vice*
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel:  (212) 336-8330
shannigan@susmangodfrey.com

<u>*s/ Carl A. Beckstedt III*</u>

**Beckstedt & Kuczynski LLP**
Carl A. Beckstedt III, Esq.
Virgin Islands Bar No. 684
2162 Church Street
Christiansted, VI 00820
Tel:  (340) 719-8086
carl@beckstedtlaw.com

**SUSMAN GODFREY L.L.P.**
Alex Kaplan, *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel:  (713) 651-9366
akaplan@susmangodfrey.com

*Attorneys for Vitol Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this July 21, 2023, the foregoing will be served upon all counsel of record pursuant to the Court's electronic filing system and a copy will be served upon the following via email only:

**Court Reporter:**
Susan C. Nissman-Coursey, RMR
Caribbean Scribes, Inc.
1244 Queen Cross Street, Suite 1A
Christiansted, VI  00820
susan@caribbeanscribes.com

**Videographer:**
Scott Johnson
IMS
4400 Bayou Boulevard, Suite 4
Pensacola, FL 32503
(877) 838-8464
sjohnson@expertservices.com

Adam N. Marinelli
Bolt Nagi
*Counsel for Deponent*
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
Tel: 340.774.2944 Ext. 234
Fax: 340.776.1639
amarinelli@vilaw.com

                              *s/ Sarah Hannigan*