# Affidavit of Process Server

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS DIVISION OF ST. CROIX
(NAME OF COURT)

| Petro Industrial Solutions, LLC | vs | Island Project and Operating Services, LLC | Case# 1:21-CV-312 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **Deirdre Finch**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I ■served ☐was unable to serve: **Saintnals, LLC., c/o Rodney & Associates**
NAME OF PERSON TO BE SERVED

with (list documents) _____

by leaving with **Ronald Rodney** / **Owner of Rodney & Associates** At
NAME / RELATIONSHIP / POSITION

☐ Residence _____
ADDRESS / CITY / STATE

■ Business **Penthany Bldg 1138 King Street, Suite 104** / **Christiansted, VI**
ADDRESS / CITY / STATE

On **June 14, 2023** AT **1213hrs**
DATE / TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
■ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ DATE _____ TIME   (2) _____ DATE _____ TIME
(3) _____ DATE _____ TIME   (4) _____ DATE _____ TIME   (5) _____ DATE _____ TIME

**Description:** Age **45** Sex **M** Race **B** Height ____ Weight ____ Hair ____ Beard **Yes** Glasses ____

_[signed]_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **14th** day of **June**, 20**23**, by **DEIRDRE FINCH**
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_[signed]_
SIGNATURE OF NOTARY PUBLIC
**KARIMA JENKINS-GUZMAN**
Notary Public - St. Croix, U.S. Virgin Islands
NP-585-22
My Commission Expires September 2, 2026

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

**EXHIBIT 1**