IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC.,<br><br>Defendant. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

## **ORDER**

    **THIS MATTER** having come before the Court on Plaintiff Petro Industrial Solutions, LLC  Motion to Show Cause against Saintnals, LLC and the Court having been advised in its premises, it is;

    **ORDERED** that Plaintiff's Motion is **GRANTED**, and further;

    **ORDERED** that Saintnals, LLC shall appear on _____ day of _____. 2023 at _____ a.m./p.m. to show cause why it should not be held in contempt of Court; and further;

    **SO ORDERED** this _____ day of _____ 2023.

 

_____
**Hon. Emile A. Henderson**
**Magistrate Judge of the District Court**
**of the Virgin Islands**