IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

PETRO INDUSTRIAL SOLUTIONS, LLC (Petro) )
                                                        ) CASE NO. 1:21-cv-00312
         Plaintiff, )
                                                        )
v. )
                                                        )
ISLAND PROJECT AND OPERATING SERVICES, LLC, )
VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS )
CORP., ANDREW CANNING and OPTIS EUROPE LTD., )
                                                        )
        Defendants. )
                                                        )

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a Zoom mediation conference was held on the 24th day of August 2023.

The following were present:

| | | |
|---|---|---|
| _____ | 1. | All Plaintiffs. |
| ✓ | 2. | Plaintiff's trial counsel. |
| ✓ | 3. | If Plaintiff is not an individual, the representative who appeared had total authority. |
| ✓ | 4. | All Defendants. |
| ✓ | 5. | Defendant's trial counsel. |
| ✓ | 6. | If Defendant is not an individual, the representative who appeared had total authority. |

The result of the mediation conference is as follows:

_____ The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

✓ The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution: *The matter has been resolved between Plaintiff and all Defendants, with the exception of Andrew Canning and OPTIS Europe Ltd. Plaintiff's claims against the latter two Defendants shall remain pending.*

**Mediation Report**
**Page Two**
Petro Industrial Solutions, LLC (Petro) v. Island Project and Operating Services, LLC, Vitol, US Holding II Co., Vitol Virgin Islands Corp., Andrew Canning and Optis Europe, Ltd
Case No. 1:21-cv-00312

_____   The parties have reached a total impasse, all issues require Court action.

_____   The matter has been recessed for further mediation.

_____   Other:

DATE: 9/3/2023
AMERICAN MEDIATION INSTITUTE

David E. Nichols, Esq.
Mediator
1000 Blackbeard's Hill
St. Thomas, VI  00802
340-777-8109
davidnicholsvi@gmail.com

Distribution:
Lee J. Rohn, Esq.
Simone R.D. Francis, Esq.
Andrew C. Simpson, Esq.
Carl Beckstedt, Esq.
Alexander Kaplan, Esq.