DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

**PETRO INDUSTRIAL
SOLUTIONS, LLC (PETRO),**

    **Plaintiff,**

    v.

**ISLAND PROJECT & OPERATING
SERVICES, LLC, VITOL US HOLDING
II, CO., VITOL VIRGIN ISLANDS CORP.,
ANDREW CANNING, OPTIS EUROPE,
LTD., VTTI, and VITOL, INC.,**

    **Defendants.**
_____

1:21-cv-00312-WAL-EAH

**TO:**     **Lee J. Rohn, Esq.**
           *On behalf of Plaintiff*
       **Simone D. Francis, Esq.**
           *On behalf of Island Project & Operating Servs.*
       **Andrew Kaplan, Esq.**
       **Y. Gloria Park, Esq.**
       **Sarah Hannigan, Esq.**
       **Carl A. Beckstedt, III, Esq.**
           *On behalf of Vitol US Holding II, Vitol VI, Vitol Inc.*
       **Andrew C. Simpson, Esq.**
           *On behalf of Andrew Canning & OPTIS Europe*

**ORDER**

THIS MATTER comes before the Court on a Report of Mediation in this matter, filed by David E. Nichols, Esq. on September 3, 2023. Dkt. No. 281. In his Report, Attorney Nichols states that "[t]he matter has been resolved between Plaintiff and all Defendants, with the exception of Andrew Canning and OPTIS Europe Ltd. Plaintiff's claims against the latter two Defendants shall remain pending." *Id.*

*Petro Industrial Solutions v. IPOS*
1:21-cv-00312-WAL-EAH
Order
Page 2

Given that the Plaintiff's claims against most of the Defendants have been resolved, the Court will order those settling parties to file a Stipulation of Dismissal on or before November 3, 2023. The deadlines in the Second Amended Scheduling Order, Dkt. No. 250, will continue to govern this case with regard to the remaining parties.

Accordingly, it is hereby **ORDERED:**

1. The settling parties shall file a stipulation of dismissal on or before **November 3, 2023**.

2. If the settling parties do not file a stipulation of dismissal by November 3, 2023, the Court will hold a status conference on **Monday, November 6, 2023 at 11:00 a.m.** with the settling parties. Off-island counsel may appear by videoconference; on-island counsel shall appear in person in STX Courtroom 3.

3. The remaining parties in this matter shall continue to be governed by the deadlines set forth in the Second Amended Scheduling Order, Dkt. No. 250.

ENTER:

Dated: September 7, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE