**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, OPTIS EUROPE, LTD., VTTI and VITOL, INC.<br><br>Defendants. | CASE NO. 1:21-CV-00312 |

**MOTION TO DIMISS WITH PREJUDICE AS TO CLAIMS**
**BY AND BETWEEN CERTAIN PARTIES**

WHEREAS Plaintiff Petro Industrial Solutions, LLC and Defendants Island Project and Operating Services, LLC, Vitol US Holding II Co., Vitol Virgin Islands Corp. and Vitol, Inc. (collectively, "Moving Defendants") have fully and finally resolved the claims and disputes among them.

NOW THEREFORE, Plaintiff Petro Industrial Solutions, LLC and Defendants Island Project and Operating Services, LLC, Vitol US Holding II Co., Vitol Virgin Islands Corp. and Vitol, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate, agree and move the Court to dismiss all Plaintiff's claims as against Moving Defendants and against VTTI in their entirety and with prejudice, with each party to bear their own costs and fees.  Plaintiff's claims against Defendants Andrew Canning and OPTIS Europe, Ltd. shall remain pending and are not affected by this motion. Defendant Island Project and Operating Services, LLC hereby stipulates and moves the Court to dismiss its counterclaim(s) against Counter Defendant Petro Industrial

Solutions, LLC in their entirety and with prejudice, with each party to bear their own costs and fees.  A proposed order is attached for the Court's convenience.

                                        Respectfully submitted,

                                        **LEE J. ROHN AND ASSOCIATES, LLC**

DATED:  September 14, 2023         By:    s/ Lee J. Rohn
                                        Lee J. Rohn, Esq.
                                          VI Bar No. 52
                                          1108 King Street, Suite 3 (mailing)
                                          56 King Street, Third Floor (physical)
                                          Christiansted, St. Croix
                                          U.S. Virgin Islands 00820
                                          Telephone: (340) 778-8855
                                          lee@rohnlaw.com

                                          *Attorneys for Plaintiff*

                                        **BECKSTEDT & KUCZYNSKI LLP**

Dated: September 14, 2023          By:    s/ *Carl A. Beckstedt III*
                                          Carl A. Beckstedt III, Esq.
                                          2162 Church Street
                                          Christiansted, VI 00820
                                          Tel: (340) 719-8086 / Fax: (800) 886-6831
                                          Virgin Islands Bar No. 684
                                          Carl@beckstedtLaw.com

                                            *and*

                                          SUSMAN GODFREY L.L.P.
                                          Alex Kaplan, Esq., *Admitted Pro Hac Vice*
                                          1000 Louisiana St., Suite 5100
                                          Houston, TX 77002
                                          Tel: (713) 651-9366
                                          akaplan@susmangodfrey.com

                                          Y. Gloria Park, Esq., *Admitted Pro Hac Vice*
                                          1301 Avenue of the Americas, 32nd Fl.
                                          New York, NY 10019
                                          Tel: (212) 336-8330
                                          gpark@susmangodfrey.com

        Sarah Hannigan, *Admitted Pro Hac Vice*
        1301 Avenue of the Americas, 32nd Floor
        New York, NY 10019
        Tel:  (212) 336-8330
        shannigan@susmangodfrey.com

*Attorneys for Defendants Vitol US Holding II, Co., Vitol Virgin Islands Corp. and Vitol, Inc.*


**OGLETREE, DEAKINS, NASH, SMOAK & STEWART LLC**

Dated: September 14, 2023    By:    s/ *Simone R. D. Francis*
        Simone R. D. Francis, Esq.
        1336 Beltjen Road, Suite 201
        St. Thomas, Virgin Islands 00802
        Tel: (340) 714-5510
        Virgin Islands Bar No. 537
        simone.francs@ogletree.com

*Attorneys for Defendant Island Project and Operating Services LLC*