## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC, <br>                                    Plaintiff, <br> v. <br><br> ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, OPTIS EUROPE, LTD., VTTI and VITOL, INC. <br>                                    Defendants. | CASE NO. 1:21-CV-00312 |

### ORDER GRANTING DISMISSAL WITH PREJUDICE
### AS TO CLAIMS AGAINST CERTAIN DEFENDANTS

**THIS MATTER** came before the Court on the Motion To Dismiss With Prejudice As To Claims By and Between Certain Parties (ECF No. _____) and the Court having considered the matter, it is hereby;

**ORDERED** that the motion (ECF No. _____) is hereby **GRANTED**; and it is further

**ORDERED** that all claims by the Plaintiff in this matter as against Defendants Island Project and Operating Services, LLC, Vitol US Holding II Co., Vitol Virgin Islands Corp., Vitol, Inc. and VTTI are hereby **DISMISSED IN THEIR ENTIRETY AND WITH PREJUDICE**, with each party to bear their own costs and fees, and it is further

**ORDERED** that all counterclaims by the Defendant Island Project and Operating Services, LLC against Counter Defendant Petro Industrial Solutions, LLC are hereby **DISMISSED IN THEIR ENTIRETY AND WITH PREJUDICE**, with each party to bear their own costs and fees.

**SO ORDERED** this _____ day of _____, 2023.

_____
**Wilma A. Lewis**
**District Court Judge**