### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP., ANDREW CANNING, OPTIS EUROPE, LTD., VTTI and VITOL, INC.<br><br>Defendants. | CASE NO. 1:21-CV-00312 |

### NOTICE OF NO OBJECTION TO MOTION TO DISMISS [DOCKET NO. 283]

**COME NOW** Defendants Vitol US Holding II, Co. and Vitol Virgin Islands Corp., and Vitol, Inc. ("Vitol Defendants"), by and through their undersigned counsel, and advise the Court that no response has been filed in opposition to the Motion to Dismiss With Prejudice as to Claims By and Between Certain Parties (Docket No. 283) ("Motion"). In addition, the Vitol Defendants have not been otherwise served with any response/opposition to the Motion. As such, the Motion is ripe for decision.

Respectfully submitted,

**BECKSTEDT & KUCZYNSKI LLP**
Attorneys for Defendants Vitol US Holding II, Co., Vitol Virgin Islands Corp. and Vitol, Inc.

Dated: October 2, 2023

By:  /s/ *Carl A. Beckstedt III*
Carl A. Beckstedt III, Esq.
2162 Church Street
Christiansted, VI 00820
Tel: (340) 719-8086 / Fax: (800) 886-6831
Virgin Islands Bar No. 684
Carl@beckstedtLaw.com

*and*

SUSMAN GODFREY L.L.P.
Attorneys for Defendants Vitol US Holding II, Co.,
Vitol Virgin Islands Corp. and Vitol, Inc.
Alex Kaplan, Esq., *Admitted Pro Hac Vice*
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
akaplan@susmangodfrey.com

Y. Gloria Park, Esq., *Admitted Pro Hac Vice*
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
gpark@susmangodfrey.com

Sarah Hannigan, *Admitted Pro Hac Vice*
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel:  (212) 336-8330
shannigan@susmangodfrey.com