# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO), | CASE NO. 1:21-CV-00312 |
| Plaintiff, | |
| v. | |
| ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## RESPONSE TO COURT'S ORDER DATED OCTOBER 12, 2023 AND FURTHER NOTICE OF NO OBJECTION

**COMES NOW** Plaintiff, by and through the undersigned counsel, and responds to the Court's Order of October 12, 2023, wherein it asked whether Plaintiff objected to the Vitol Defendants' Motion to Dismiss. The Plaintiff responds as follows:

The Motion to Dismiss was brought by both Plaintiff, Petro Industrial, IPOS, and the Vitol Defendants, in which Plaintiff stipulated and agreed that Plaintiff's claims against IPOS, the Vitol Defendants, including VITTI, be dismissed with prejudice. Plaintiff signed the motion. Plaintiff also agreed that the Counterclaims against Petro be dismissed.

As such, there is no need for Plaintiff to further respond to the Joint Stipulation. To the extent there is any confusion, Plaintiff does not oppose the dismissals.

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

*Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al.,* Case No. 1:21-CV-00312
**Response to Court's Order dated October 12, 2023 and Further Notice of No Objection**
Page 2

                                             RESPECTFULLY SUBMITTED
                                             LEE J. ROHN AND ASSOCIATES, LLC
                                             Attorneys for Plaintiff

DATED: October 13, 2023           BY:   /s/ *Lee J. Rohn*
                                                   Lee J. Rohn, Esq.
                                                   VI Bar No. 52
                                                   1108 King Street, Suite 3 (mailing)
                                                   56 King Street, Third Floor (physical)
                                                   Christiansted, St. Croix
                                                   U.S. Virgin Islands 00820
                                                   Telephone: (340) 778-8855
                                                   Lee@rohnlaw.com

Petro Industrial Solutions, LLC v. IPOS, et. al., Civil No. 1:21-CV-00312
**Notice of No Objection**
P a g e | 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Alex Kaplan, Esq.
Sarah Hanningan, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com;
shannigan@susmangodfrey.com; GPark@susmangodfrey.com
Attorney For: Vitol Virgin Islands Corp.  Vitol US Holding Co. and VITOL US Holding II Co.

Andrew   C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
Attorney For: Andrew Canning and OPTIS Europe, Ltd.

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email Address: carl@beckstedtlaw.com; maureen@beckstedtlaw.com
Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building,  Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
Attorney For: Island Project and Operating Services, LLC

BY:   /s/ *Lee J. Rohn*        (kjg)