# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 2021-00312** |
| ) | |
| **ISLAND PROJECT AND OPERATING** ) | |
| **SERVICES, LLC, VITOL US HOLDING II** ) | |
| **CO., VITOL VIRGIN ISLANDS CORP.,** ) | |
| **ANDREW CANNING, OPTIS EUROPE, LTD.,** ) | |
| **VITOL, INC, and VTTI.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **ISLAND PROJECT AND OPERATING** ) | |
| **SERVICES, LLC,** ) | |
| ) | |
| **Counter-Claimant,** ) | |
| ) | |
| v. ) | |
| ) | |
| **PETRO INDUSTRIAL SOLUTIONS, LLC.** ) | |
| ) | |
| **Counter-Defendant.** ) | |

**Attorneys:**
**Lee J. Rohn, Esq.**
St. Croix, U.S.V.I.
    *For Plaintiff/Counter-Defendant*

**Simone D. Francis, Esq.**
St. Thomas, U.S.V.I.
    *For Defendant/Counter-Claimant Island Project and Operating Services, LLC*

**Alexander Kaplan, Esq.**
Houston, TX
**Y. Gloria Park, Esq.**
New York, NY
**Sarah Hannigan, Esq.**
New York, NY
**Carl A. Beckstedt, III, Esq.**
St. Croix U.S.V.I.
    For Defendants VITOL US Holding II Co., VITOL Virgin Islands Corp., and Vitol, Inc

**Andrew C. Simpson, Esq.**
    For Defendants Andrew Canning and OPTIS Europe, Ltd.

## ORDER

THIS MATTER comes before the Court on Plaintiff Petro Industrial Solutions, LLC ("Plaintiff") and Defendants Island Project and Operating Services, LLC, Vitol US Holding II Co., Vitol Virgin Islands Corp., and Vitol, Inc's (collectively, "Moving Defendants") "Motion to Dismiss with Prejudice as to Claims By and Between Certain Parties." (Dkt. No. 283). Plaintiff and the Moving Defendants state that they have "fully and finally resolved the claims and disputes among them." *Id.* at 1. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff and Moving Defendants "stipulate, agree and move the Court to dismiss all Plaintiff's claims as against Moving Defendants and against [Defendant] VTTI[1] in their entirety and with prejudice, with each party to bear their own costs and fees." *Id.* at 1. Further, Defendant Island Project and Operating Services, LLC "stipulates and moves the Court to dismiss its counterclaim(s) against Counter Defendant Petro Industrial Solutions, LLC in their entirety and with prejudice, with each party to bear their own costs and fees." *Id.* at 1-2.

**UPON CONSIDERATION** of the foregoing, and in accordance with Fed. R. Civ. P. 41(a)(2), it is hereby

---

[1] VTTI did not enter an appearance in this matter.

**ORDERED** that Plaintiff Petro Industrial Solutions, LLC and Defendants Island Project and Operating Services, LLC, Vitol US Holding II Co., Vitol Virgin Islands Corp., and Vitol, Inc's "Motion to Dismiss with Prejudice as to Claims By and Between Certain Parties" (Dkt. No. 283) is **GRANTED**; and it is further

**ORDERED** that Plaintiff Petro Industrial Solutions, LLC's claims against Defendants Island Project and Operating Services, LLC, Vitol US Holding II Co., Vitol Virgin Islands Corp., Vitol, Inc., and VTTI are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees; and it is further

**ORDERED** that Counter-Claimant Island Project and Operating Services, LLC's claims against Counter-Defendant Petro Industrial Solutions, LLC are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees; and it is further

**ORDERED** that Plaintiff's claims against Defendants Andrew Canning and OPTIS Europe, Ltd. shall remain pending.

**SO ORDERED**.

Date: November 2, 2023            _____/s/_____
                                  WILMA A. LEWIS
                                  District Judge