**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

PETRO INDUSTRIAL SOLUTIONS, LLC
(PETRO),

          Plaintiff,

   vs.

ANDREW CANNING and OPTIS
EUROPE, LTD.,

          Defendants.

CASE NO. 1:21-CV-00312

**BREACH OF CONTRACT**

<u>JURY TRIAL DEMANDED</u>

<u>**NOTICE OF SERVICE OF PLAINTIFF PETRO'S SEVENTEENTH SUPPLEMENTAL
DISCLOSURES PURSUANT TO RULE 26**</u>

     **PLEASE TAKE NOTICE** that Plaintiff, PETRO, has filed its Seventeenth

Supplemental Disclosures Pursuant to Rule 26 through undersigned counsel of record,

and that said Disclosures were served upon the Defendant in the original.

                           RESPECTFULLY SUBMITTED
                           LEE J. ROHN AND ASSOCIATES, LLC
                           Attorneys for Plaintiff

DATED:  November 3, 2023       BY:   /s/ *Lee J. Rohn*
                           Lee J. Rohn, Esq.
                           VI Bar No. 52
                           1108 King Street, Suite 3 (mailing)
                           56 King Street, Third Floor (physical)
                           Christiansted, St. Croix
                           U.S. Virgin Islands 00820
                           Telephone: (340) 778-8855
                           lee@rohnlaw.com

**LEE J, ROHN AND
ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI
00820
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, LLC, ET. AL., CASE NO. 1:21-CV-00312,**
**NOTICE OF SERVICE OF PLAINTIFF PETRO'S SEVENTEENTH SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO RULE 26**
**Page 2**

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on November 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Andrew   C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com; coralbrief@gmail.com; jaycie.jorgensen@gmail.com
     Attorney For: Andrew Canning and OPTIS Europe, Ltd.


BY:   /s/ *Lee J. Rohn*            (raw)