IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),**<br><br>            **PLAINTIFF,**<br><br>     **V.**<br><br>**ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), ET AL.,**<br><br>            **DEFENDANTS.** | **CASE NO. 1:21-CV-00312** |

**CONSENT MOTION FOR EXTENSION OF DEADLINE FOR FILING DAUBERT MOTIONS**

Andrew Canning and OPTIS Europe, Ltd., move for a four-day extension of the deadline for filing Daubert Motions from January 15, 2024 until January 19, 2024 because undersigned counsel's father passed away this morning and as a result he will not be able to complete the Daubert motion he has been preparing to file. Undersigned counsel has conferred with plaintiff's counsel who has graciously agreed to this extension.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Andrew Canning

Dated: January 15, 2024

  /s/ Andrew C. Simpson  
By:  Andrew C. Simpson, Esq.
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5

Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com