IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>        PLAINTIFF,<br><br>V.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), ET AL.,<br><br>        DEFENDANTS. | CASE NO. 1:21-CV-00312 |

[Proposed] **ORDER ON MOTION FOR EXTENSION OF DEADLINE**

This matter is before the Court on the motion of Andrew Canning and OPTIS Europe, Ltd. to extend the deadline for filing Daubert Motions from January 15, 2024 until January 19, 2024. The premises considered, the motion is **GRANTED**.

_____
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE