IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),**<br><br>    **PLAINTIFF,**<br><br>  V.<br><br>**ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), ET AL.,**<br><br>    **DEFENDANTS.** | CASE NO. 1:21-CV-00312 |

**MOTION TO EXCLUDE**
**OPINIONS AND TESTIMONY OF DON S. LAW BASED UPON**
**FED. R. CIV. P. 37(1)(C) AND FED. R. EVID. 702**

Andrew Canning and OPTIS Europe, Ltd., move to exclude the opinions and testimony of plaintiff's designated expert, Don S. Law, because he has failed to provide a report as required by Fed. R. Civ. P. 26(a)(2)(B) and because his opinion fails to meet the requirements of Fed. R. Evid. 702.

                  Respectfully submitted,

                  **ANDREW C. SIMPSON, P.C.,**
                  Counsel for Andrew Canning

Dated: January 19, 2024

                   /s/ Andrew C. Simpson
                 By:  Andrew C. Simpson, Esq.
                 VI Bar No. 451
                 ANDREW C. SIMPSON, P.C.
                 2191 Church Street, Suite 5
                 Christiansted, VI 00820
                 Tel: 340.719.3900
                 asimpson@coralbrief.com