IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br>    PLAINTIFF,<br><br>V.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), ET AL.,<br><br>    DEFENDANTS. | CASE NO. 1:21-CV-00312 |

[Proposed] **ORDER ON MOTION TO EXCLUDE OPINION TESTIMONY OF DON S. LAW**

This matter is before the Court on the motion of Andrew Canning and OPTIS Europe, Ltd. to exclude the expert opinion of Don S. Law on the independent grounds that his expert report fails to comply with Fed. R. Civ. P. 26(a)(2)(B) and his opinion is inadmissible under Fed. R. Evid. 702. The premises considered, the motion is **GRANTED**.

                     _____
                     WILMA A. LEWIS
                     U.S. DISTRICT JUDGE