IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

**THIS MATTER** having come before the Court on **DEFENDANTS' ANDREW CANNING AND OPTIS EUROPE, LTD'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DON S. LAW BASED UPON FED. R. CIV. P. 37(1)(C) AMD FED/ R/ EVOD/ 702** dated January 19, 2024, and the Court having been advised in its premises, it is;

**ORDERED** that Defendants Motion is **DENIED as moot**.

**SO ORDERED** this _____ day of _____ 2024.

_____
**Wilma A. Lewis, USDJ**