IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>PLAINTIFF,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), ET AL.,<br><br>DEFENDANTS. | CASE NO. 1:21-CV-00312 |

## DEFENDANTS OPTIS EUROPE, LTD., AND ANDREW CANNING MOTION FOR SUMMARY JUDGMENT

**NOW COMES** Defendants OPTIS Europe, LTD. ("OPTIS") and Andrew Canning ("Canning") (collectively, the "Defendants"), pursuant to Rules 56 of the Federal Rules of Civil Procedure, move the Court for a summary judgment on the grounds that there is no genuine issue as to any material fact as shown by the pleadings, depositions, and answers to interrogatories and admissions of fact, together with the declarations and exhibits attached to the Defendants' Statement of Undisputed Material Facts, and the Defendants are entitled to judgment as a matter of law.

Respectfully submitted,

Dated: February 15, 2024,    /s/ Andrew C. Simpson
Andrew C. Simpson, Esq. (VI Bar # 451)
2191 Church Street, Ste. 5,
Christiansted, VI 00820
Telephone: (340) 719-3900
asimpson@coralbrief.com

1