IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>          PLAINTIFF,<br><br>   v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), ET AL.,<br><br>          DEFENDANTS. | CASE NO. 1:21-CV-00312 |

## ORDER [proposed]

This cause was heard by the undersigned judge on motion of Defendants OPTIS Europe, LTD. and Andrew Canning (collectively, the "Defendants") for summary judgment. It appears to the court that there is no genuine issue as to any material fact and that the Defendants are entitled to a judgment as a matter of law.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that summary judgment is granted in favor of the Defendants against the Plaintiff and that the Plaintiff's claims against the Defendants are hereby dismissed with prejudice with the costs to be taxed against the Plaintiff.

This the ___ day of March, 2024.

                                                          _____

                                                          _____Judge