| Message | |
|---|---|
| **From:** | David Smith [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ef6309961ef046d59170073707aa32af-David Smith] |
| **Sent:** | 7/28/2021 5:33:25 AM |
| **To:** | Andreas Constantinou [aco@vtti.com]; Merlin Figueira [mef@vtti.com] |
| **CC:** | Terence Keogh [tek@vtti.com] |
| **Subject:** | Re: Testing requirements |

Thank you Andreas,

Clear.

==We had reached consensus agreement already yesterday.== We have a call already scheduled with Garry today so thought better to talk through it then.

Regards

Get Outlook for iOS

**From:** Andreas Constantinou <aco@vtti.com>
**Sent:** Wednesday, July 28, 2021 4:02:40 AM
**To:** Merlin Figueira <mef@vtti.com>; David Smith <dsm@vtti.com>
**Cc:** Terence Keogh <tek@vtti.com>
**Subject:** RE: Testing requirements

Merlin, I agree, these documents are not confidential. They should have been shared.

My opinion:

- ==We gave opportunities for PIS to come forward with the required documentation. They have not done so.== Believe we should exclude them from future pipe modification and repair works.
- This is not the preferred option, can work in the short term, but we can continue using them on the basis of them providing manpower under the direct control of our people for electromechanical works (not welding). But, we should be very careful here. In EU the employer is responsible for the health and safety of his employees, therefore all required legislative documentation (risk assessments, employer's liability insurance) in this aspect is prepared and provided by the employer. If we are directly controlling their peoples actions at our facilities then it means that we are also directly responsible for their wellbeing (at least under EU law).
- The preferred short term option would be for them to assign supervisors at each of our sites and have their people working under their supervisors, considering they will also supply us with the relevant legislative documents (risk assessments, method statements, ...) and insurances. We will be supplying them with a daily plan, the materials and tools required and they will be responsible for the execution of the works based on their own method statements and risk assessments.
- ==We need to start working immediately in securing a competent electromechanical contractor for IPOS.== Good to do it the first time right, this contractor needs to meet a number of minimum requirements, some of these are derived from legislations and others from VTTI experience. Can you please share with me these minimum requirements that have been established in the past by IPOS for such contractors? I can then benchmark them with EU requirements and tell you what is missing. We can also do it the other way around, I can share with you minimum requirements we apply in EU and benchmark them yourselves, whatever suits you best.

Thank you,

Andreas

**Exhibit F**

**From:** Merlin Figueira <mef@vtti.com>
**Sent:** Wednesday, 28 July 2021 09:42
**To:** David Smith <dsm@vtti.com>
**Cc:** Chad Persaud <chad@petroindustrial.us>; Terence Keogh <tek@vtti.com>; Andreas Constantinou <aco@vtti.com>
**Subject:** Re: Testing requirements

Gents,

Interestingly the Letter is not signed, even so the test records weren't saved. In my view the Letter does not support WPQ provided.

On the Welding Procedures I am not sure why those weren't attached if they had them.

Regards,
Merlin

Sent via the Samsung Galaxy S20+ 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Adrian Melendez <adrian@petroindustrial.us>
**Sent:** Tuesday, July 27, 2021, 10:18 PM
**To:** David Smith
**Cc:** Chad Persaud; Merlin Figueira; Terence Keogh; Andreas Constantinou
**Subject:** RE: Testing requirements

Good evening Gent,

Please find our response to your comments below:

• In the place of the ITP and daily records, can you please share the internal welding procedures you applied for GT 17 and GT 20? I assume these procedures are approved by an ASME Authorized Inspection Agency? Petro's welding procedures were created and approved in 2018 by INI Corp out of Puerto Rico under Section IX of the ASME code. INI Corp is an approved ASME/ASNT approved company for WPS and Inspections. Petro has use and have continued to test (through numerous PAUT & X-ray) these same procedures at Limetree Bay, IPOS, Diageo, and Cruzan Rum since 2018.

• Related to the PAUT report, you signed the qualification certificate on behalf of Acuren/Costas. We believe that there must be a report/certificate/document from Acuren/Costas in order for you sign the WPQ. Can you please provide? Please see Mr. Castro's attached letter regarding this question.

Thank you,

Adrian Melendez
Project Manager
(956) 605-4142

**From:** David Smith <dsm@vtti.com>
**Sent:** Tuesday, July 27, 2021 8:46 AM
**To:** Adrian Melendez <adrian@petroindustrial.us>
**Cc:** Chad Persaud <chad@petroindustrial.us>; Merlin Figueira <mef@vtti.com>; Terence Keogh <tek@vtti.com>; Andreas Constantinou <aco@vtti.com>
**Subject:** RE: Testing requirements

Good morning Adrian,

Two comments from us.

**Exhibit F**

CONFIDENTIAL

- In the place of the ITP and daily records, can you please share the internal welding procedures you applied for GT 17 and GT 20? I assume these procedures are approved by an ASME Authorized Inspection Agency?
- Related to the PAUT report, you signed the qualification certificate on behalf of Acuren/Costas. We believe that there must be a report/certificate/document from Acuren/Costas in order for you sign the WPQ.  Can you please provide?

We are trying to work through this and I believe we all recognize that time is off the essence.

Regards,

David

**From:** Adrian Melendez <adrian@petroindustrial.us>
**Sent:** Monday, July 26, 2021 11:30 PM
**To:** David Smith <dsm@vtti.com>
**Cc:** Chad Persaud <chad@petroindustrial.us>; Merlin Figueira <mef@vtti.com>; Terence Keogh <tek@vtti.com>; Andreas Constantinou <aco@vtti.com>
**Subject:** Re: Testing requirements

Good evening, please find our response below along side your questions:

- Full inspection and test plan - no I&TP reports were required from IPOS/Vitol and and therefore none can be provided.
- Daily records (for welding, fitting, visual inspection) - we do not have daily reports but have included weld logs with all NDT which includes VT on all welds from a third party inspection company.
- Welding and mechanical tests of WPQs - The actual welders' qualification certificate ware given to Petro in lieu of a PAUT report.  Each Welder was tested on four different positioned coupons which were phase array inspected and passed. Certification were then approved, accepted and signed by Petro.
-

All welders could be re-qualified under IPOS/VTTI supervision via X-ray or PAUT if need be.

Thank you

Adrian Melendez
Project Manager

956-605-4142

On Jul 26, 2021, at 7:23 AM, David Smith <dsm@vtti.com> wrote:

Good morning Adrian,

Here is what Andreas is looking for.

Hello David, in regards to the list of documents missing:

- Full inspection and test plan
- Daily records (for welding, fitting, visual inspection)
- Welding and mechanical tests of WPQs

**Exhibit F**

Please let us know if you have any questions.

Regards,

David

**From:** David Smith
**Sent:** Friday, July 23, 2021 10:19 AM
**To:** Adrian Melendez <adrian@petroindustrial.us>
**Cc:** Chad Persaud <chad@petroindustrial.us>; Merlin Figueira <mef@vtti.com>; Terence Keogh <tek@vtti.com>; Andreas Constantinou <aco@vtti.com>
**Subject:** RE: Testing requirements

Good morning Adrian,
<mark>Andreas has been reviewing the documentation and is looking for some more specific information.</mark>

He will be sending me a list and we will make sure you have it.

Regards,

David

**From:** Adrian Melendez <adrian@petroindustrial.us>
**Sent:** Thursday, July 22, 2021 4:25 PM
**To:** David Smith <dsm@vtti.com>
**Cc:** Chad Persaud <chad@petroindustrial.us>; Merlin Figueira <mef@vtti.com>; Terence Keogh <tek@vtti.com>; Andreas Constantinou <aco@vtti.com>
**Subject:** Re: Testing requirements

Done. Thanks David

Adrian Melendez
Project Manager

956-605-4142


On Jul 22, 2021, at 4:23 PM, David Smith <dsm@vtti.com> wrote:


Hi Adrian,
Can you add me? I never got it either.

Regards,

**From:** Adrian Melendez <adrian@petroindustrial.us>
**Sent:** Thursday, July 22, 2021 4:23 PM
**To:** David Smith <dsm@vtti.com>
**Cc:** Chad Persaud <chad@petroindustrial.us>; Merlin Figueira <mef@vtti.com>; Terence Keogh <tek@vtti.com>; Andreas Constantinou <aco@vtti.com>
**Subject:** Re: Testing requirements

Hi David,

**Exhibit F**

IPOS 006024

I just shared the 3" vent folder on Dropbox with Andreas. Andreas, most of what your asking for is in the folder. Please let me know if anything else is needed.

Thank you,

Adrian Melendez
Project Manager

956-605-4142

On Jul 22, 2021, at 4:13 PM, David Smith <dsm@vtti.com> wrote:

Adrian,

Sorry. I should have been clearer.

Andreas is our Global Technical Director.  He had helped with this.  If some of it is in the dropbox you provided to Vitol last week, can you please add Andreas and I?  This is what he is looking for.  I added him, so you can ask any questions.

Regards,
David

- Approved Welding Procedures (stamped by third party would be my recommendation – Notified Body in Europe – where ASME is followed the equivalent is Authorised Inspection Agency I think)
  - Welding procedures to be representative of the work that would be carried out
- Submit Quality control documentation that they plan to follow during the project
  - Inspection and Test Plan (ITP)
  - Material certificates and traceability records
  - Daily records (for welding, fitting, visual inspection, pressure test etc)
  - Welding maps and welding monitoring and finished welding records
  - Any internal inspections carried out (separate to the third party ones) – see previous to last bullet point below
  - Record and Certificates for consumables (gases, electrodes etc)
  - Documentation of Welding procedures utilised in the project and valid welder certificates for anyone on the site
  - NDT reports received from third party
  - Pressure testing report

With regards to the completed project, I would expect to see the items listed in the above second bullet point. Basically, you should be able to trace all the details of a particular weld

1. What parent material was used
2. Which procedure was followed for the welding and what consumables were used
3. Who welded it and when
4. Who checked the fitting and who checked the weld visually
5. If it was NDT, by which method, when and what was the result (records)
6. If it was pressure tested and when (records)

**From:** Adrian Melendez <adrian@petroindustrial.us>
**Sent:** Thursday, July 22, 2021 2:43 PM
**To:** David Smith <dsm@vtti.com>; Chad Persaud <chad@petroindustrial.us>
**Cc:** Merlin Figueira <mef@vtti.com>; Terence Keogh <tek@vtti.com>
**Subject:** RE: Testing requirements

Hi David,

**Exhibit F**

CONFIDENTIAL

I have attached the welders' quals for your review. Let me know what else I can provide and when we can meet with the inspector Guillermo for clarification.

Thank you,

Adrian Melendez
Project Manager
(956) 605-4142

**From:** David Smith <dsm@vtti.com>
**Sent:** Thursday, July 22, 2021 12:17 PM
**To:** Chad Persaud <chad@petroindustrial.us>; Adrian Melendez <adrian@petroindustrial.us>
**Cc:** Merlin Figueira <mef@vtti.com>; Terence Keogh <tek@vtti.com>
**Subject:** Testing requirements

Chad and Adrian,

Before we speak to Guillermo, we would like to have all of the testing records.
If you can please provide them, we will review and then be prepared to speak to Guillermo.

If you have any questions please let us know.

Regards,

David

IMPORTANT: This e-mail (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our explicit consent. If you have received it in error, please contact us immediately by return e-mail. Please then delete it and do not disclose its contents to any other person. VTTI B.V. is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. Emails addressed to anyone of VTTI B.V. are communications to the firm and are not private or confidential to any named individual.

IMPORTANT: This e-mail (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our explicit consent. If you have received it in error, please contact us immediately by return e-mail. Please then delete it and do not disclose its contents to any other person. VTTI B.V. is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. Emails addressed to anyone of VTTI B.V. are communications to the firm and are not private or confidential to any named individual.

IMPORTANT: This e-mail (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our explicit consent. If you have received it in error, please contact us immediately by return e-mail. Please then delete it and do not disclose its contents to any other person. VTTI B.V. is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. Emails addressed to anyone of VTTI B.V. are communications to the firm and are not private or confidential to any named individual.

IMPORTANT: This e-mail (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our explicit consent. If you have received it in error, please contact us immediately by return e-mail. Please then delete it and do not disclose its contents to any other person. VTTI B.V. is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. Emails addressed to anyone of VTTI B.V. are communications to the firm and are not private or confidential to any named individual.

**Exhibit F**