# Welder Performance Qualification Record (WPQ)

| Field | Value |
|---|---|
| Welder's Name | Edgardo Batista |
| ID. # | 9325 |
| Stamp # | EB (74) |
| WPS No. | PISL-GTAW-SS |
| Welding Process(es) | Gas Tungsten Arc Welding (GTAW) |
| Type | Manual |
| Base Material(s) | SA-106 Gr. B To SA-106 Gr. B |
| Thickness | 0.147" |

## Manual or Semi-Automatic Variables for Each Process

| Variable | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| Plate [ ]  Pipe [X] (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 / - | 5.18 / - |
| Filler Metal Group No. — Root/Fill | 6 / - | 6 / - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness  F 6 | 0.147" / - | 0.294" Maximum / - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks: * Total weld length: 7.93"

## Guide Bend Test Results

| Side [-] | Trans. Root (R) & Face (F) [X] | Long. Root & Face [ ] | Results |
|---|---|---|---|
| - | T-011419-74-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-74-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-74-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-74-F2-Figure QW-462.3 (a) | | Acceptable |

Radiographic Test Results: None
Visual Examination Results: Face: Acceptable  Root: Acceptable
Welding Test Conducted By: Guillermo Castro, LIII
Mechanical Tests Conducted By: Acuren Inspection Services
Laboratory Test No. PAUT021621-EB

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

Organization: Petro Industrial Solutions, LLC
By: Adrian Melendez Jr., PM
Date: 02/19/2021

**Exhibit H**

PIS000186

# Welder Performance Qualification Record (WPQ)

| Field | Value |
|---|---|
| Welder's Name | Bernardo Cruz |
| ID. # | 9788 |
| Stamp # | BC (45) |
| WPS No. | PISL-GTAW-SS |
| Welding Process(es) | Gas Tungsten Arc Welding (GTAW) |
| Type | Manual |
| Base Material(s) | SA-106 Gr. B   To   SA-106 Gr. B |
| Thickness | 0.147" |

## Manual or Semi-Automatic Variables for Each Process

| Variable | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| [ ] Plate  [X] Pipe (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 | 5.18 |
|  | - | - |
| Filler Metal Group No. — Root/Fill | 6 | 6 |
|  | - | - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness    F  6 | 0.147" | 0.294" Maximum |
|  | - | - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A |  |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks:* * Total weld length: 7.99"

Bernardo Cruz

## Guide Bend Test Results

| Side | Trans. Root (R) & Face (F) | Long. Root & Face | Results |
|---|---|---|---|
| - | [X] T-011419-45-R1-Figure QW-462.3 (a) | [ ] | Acceptable |
| - | T-011419-45-R2-Figure QW-462.3 (a) |  | Acceptable |
| - | T-011419-45-F1-Figure QW-462.3 (a) |  | Acceptable |
| - | T-011419-45-F2-Figure QW-462.3 (a) |  | Acceptable |

Radiographic Test Results: None
Visual Examination Results:  Face: Acceptable   Root: Acceptable
Welding Test Conducted By: Guillermo Castro, LIII
Mechanical Tests Conducted By: Acuren Inspection Services
Laboratory Test No. PAUT021621-BC

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

Organization: Petro Industrial Solutions, LLC

By: _Adrian Melendez Jr., PM_    Date: 02/19/2021

**Exhibit H**

PIS000187

# Welder Performance Qualification Record (WPQ)

| Field | Value |
|---|---|
| Welder's Name | George Rodriguez |
| ID. # | 6471 |
| Stamp # | JR (10) |
| WPS No. | PISL-GTAW-SS |
| Welding Process(es) | Gas Tungsten Arc Welding (GTAW) |
| Type | Manual |
| Base Material(s) | SA-106 Gr. B   To   SA-106 Gr. B |
| Thickness | 0.147" |

## Manual or Semi-Automatic Variables for Each Process

| Variable | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| Plate [ ]  Pipe [X] (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 / - | 5.18 / - |
| Filler Metal Group No. — Root/Fill | 6 / - | 6 / - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness — F 6 | 0.147" / - | 0.294" Maximum / - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks: * Total weld length: 7.98"

## Guide Bend Test Results

| [-] Side | [X] Trans. Root (R) & Face (F) | [ ] Long. Root & Face | Results |
|---|---|---|---|
| - | T-011419-10-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-10-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-10-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-10-F2-Figure QW-462.3 (a) | | Acceptable |

Radiographic Test Results: None
Visual Examination Results: Face: Acceptable   Root: Acceptable
Welding Test Conducted By: Guillermo Castro, LIII
Mechanical Tests Conducted By: Acuren Inspection Services
Laboratory Test No. PAUT021621-JR

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013.

Organization: Petro Industrial Solutions, LLC
By: Adrian Melendez Jr., PM
Date: 02/19/2021

**Exhibit H**

**PIS000188**

# Welder Performance Qualification Record (WPQ)

| Field | Value |
|---|---|
| Welder's Name | Fernando Lebron |
| ID. # | 2151 |
| Stamp # | FL (52) |
| WPS No. | PISL-GTAW-SS |
| Welding Process(es) | Gas Tungsten Arc Welding (GTAW) |
| Type | Manual |
| Base Material(s) | SA-106 Gr. B  To  SA-106 Gr. B |
| Thickness | 0.147" |

### Manual or Semi-Automatic Variables for Each Process

| Variable | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| [ ] Plate  [X] Pipe (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 / - | 5.18 / - |
| Filler Metal Group No. — Root/Fill | 6 / - | 6 / - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness (F 6) | 0.147" / - | 0.294" Maximum / - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks: * Total weld length: 7.95"

### Guide Bend Test Results

| | Side | X | Trans. Root (R) & Face (F) | | Long. Root & Face | Results |
|---|---|---|---|---|---|---|
| - | | | T-112118-52-R1-Figure QW-462.3 (a) | | | Acceptable |
| - | | | T-112118-52-R2-Figure QW-462.3 (a) | | | Acceptable |
| - | | | T-112118-52-F1-Figure QW-462.3 (a) | | | Acceptable |
| - | | | T-112118-52-F2-Figure QW-462.3 (a) | | | Acceptable |

Radiographic Test Results: None
Visual Examination Results: Face: Acceptable   Root: Acceptable
Welding Test Conducted By: Guillermo Castro, LIII
Mechanical Tests Conducted By: Acuren Inspection Services   Laboratory Test No. PAUT033021-FL

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

Organization: Petro Industrial Solutions, LLC
By: _Adrian Melendez Jr., PM_   Date: 04/01/2021

Exhibit H

PIS000189

# Welder Performance Qualification Record (WPQ)

**Welder's Name:** Jonathan Rodriguez    **ID. #:** 7145    **Stamp #:** JR2 (49)
**WPS No.:** PISL-GTAW-SS
**Welding Process(es):** Gas Tungsten Arc Welding (GTAW)    **Type:** Manual
**Base Material(s):** SA-106 Gr. B    **To:** SA-106 Gr. B    **Thickness:** 0.147"

## Manual or Semi-Automatic Variables for Each Process

| Variable | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| ☐ Plate  ☒ Pipe (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 / - | 5.18 / - |
| Filler Metal Group No. — Root/Fill | 6 / - | 6 / - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness (F 6) | 0.147" / - | 0.294" Maximum / - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks:* * Total weld length: 7.91"

## Guide Bend Test Results

| ☐ Side | ☒ Trans. Root (R) & Face (F) | ☐ Long. Root & Face | Results |
|---|---|---|---|
| - | T-052918-49-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-052918-49-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-052918-49-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-052918-49-F2-Figure QW-462.3 (a) | | Acceptable |

**Radiographic Test Results:** None
**Visual Examination Results:** Face: Acceptable    Root: Acceptable
**Welding Test Conducted By:** Guillermo Castro, LIII
**Mechanical Tests Conducted By:** Acuren Inspection Services    **Laboratory Test No.** PAUT033021-JR2

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

**Organization:** Petro Industrial Solutions, LLC
**By:** Adrian Melendez Jr., PM    **Date:** 04/01/2021

**Exhibit H**

PIS000190

# Welder Performance Qualification Record (WPQ)

| Field | Value |
|---|---|
| Welder's Name | Richael Philips |
| ID. # | 4799 |
| Stamp # | RP (51) |
| WPS No. | PISL-GTAW-SS |
| Welding Process(es) | Gas Tungsten Arc Welding (GTAW) |
| Type | Manual |
| Base Material(s) | SA-106 Gr. B  To  SA-106 Gr. B |
| Thickness | 0.147" |

| Manual or Semi-Automatic Variables for Each Process | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| Plate [ ]  Pipe [X] (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 / - | 5.18 / - |
| Filler Metal Group No. — Root/Fill | 6 / - | 6 / - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness — F 6 | 0.147" / - | 0.294" Maximum / - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks: * Total weld length: 7.91"

## Guide Bend Test Results

| Side | Trans. Root (R) & Face (F) | Long. Root & Face | Results |
|---|---|---|---|
| [-] | [X] | [ ] | |
| - | T-082118-51-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-082118-51-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-082118-51-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-082118-51-F2-Figure QW-462.3 (a) | | Acceptable |

Radiographic Test Results: None
Visual Examination Results: Face: Acceptable  Root: Acceptable
Welding Test Conducted By: Guillermo Castro, LIII
Mechanical Tests Conducted By: Acuren Inspection Services    Laboratory Test No. PAUT031721-RP

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

Organization: Petro Industrial Solutions, LLC
By: Adrian Melendez Jr., PM
Date: 3/22/2021

**Exhibit H**

PIS000191

# Welder Performance Qualification Record (WPQ)

| Field | Value |
|---|---|
| Welder's Name | Daniel Martinez |
| ID. # | 6941 |
| Stamp # | P22 |
| WPS No. | PISL-GTAW-SS |
| Welding Process(es) | Gas Tungsten Arc Welding (GTAW) |
| Type | Manual |
| Base Material(s) | SA-106 Gr. B  To  SA-106 Gr. B |
| Thickness | 0.147" |

| Manual or Semi-Automatic Variables for Each Process | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| Plate [ ]  Pipe [X] (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 / - | 5.18 / - |
| Filler Metal Group No. — Root/Fill | 6 / - | 6 / - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW  F 6 | None | None |
| Weld Deposit Thickness | 0.147" / - | 0.294" Maximum / - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks: * Total weld length: 7.91"

## Guide Bend Test Results

| Side [-] | Trans. Root (R) & Face (F) [X] | Long. Root & Face [ ] | Results |
|---|---|---|---|
| - | T-052918-06-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-052918-06-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-052918-06-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-052918-06-F2-Figure QW-462.3 (a) | | Acceptable |

Radiographic Test Results: None
Visual Examination Results: Face: Acceptable   Root: Acceptable
Welding Test Conducted By: Guillermo Castro, LIII
Mechanical Tests Conducted By: Acuren Inspection Services
Laboratory Test No. PAUT052918-P22

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

Organization: Petro Industrial Solutions, LLC
By: Adrian Melendez Jr., PM
Date: 5/29/2018

Exhibit H

PIS000192