**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

PETRO INDUSTRIAL SOLUTIONS, LLC
(PETRO),

               Plaintiff,

    vs.

ISLAND PROJECT AND OPERATING
SERVICES, LLC, VITOL US HOLDING II
CO., VITOL VIRGIN ISLANDS CORP,
ANDREW CANNING and OPTIS
EUROPE, LTD.,

               Defendants.

CASE NO. 1:21-CV-00312

**BREACH OF CONTRACT**

<u>JURY TRIAL DEMANDED</u>

**<u>PLAINTIFF PETRO'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT
VITOL'S THIRD SET OF INTERROGATORIES</u>**

    **COMES NOW** Plaintiff, PETRO, and provides his Second Supplemental

Response to Defendant VITOL's Third Set of Interrogatories as follows:

10.    Identify, on a project-by-project or job-by-job basis, all work for which You are

    claiming lost profits damages in this case. For every job or project identified,

    identify the following:

        i.    the approximate date on which you contend each such job or project

            would have been awarded to Petro;

        ii.    the approximate date range on which you contend you would have

            started, completed, and worked on each such job or project;

        iii.    the amount of money you contend IPOS would have paid you for each

            such job or project;

        iv.    the amount of profit you contend you would have earned on each such job

            or project; and

EXHIBIT
#16
Melendez / PIS
4-28-23

PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET AL., CASE NO. 1:21-CV-00312
PLAINTIFF PETRO'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT VITOL'S THIRD SET
OF INTERROGATORIES
Page 2

v.   all costs and expenses you would have incurred to perform each such job

or project, broken down by discrete categories including but not limited to

labor, materials, equipment, overhead, and any other costs and expenses.

### First Supplemental Response to Interrogatory No. 10:

| PROJECT NUMBER | TITLE | UNIT COST | ESTIMATED COST | Projected Award Date | Projected Time frame | Projected Total Amount | Projected Total Cost | Projected Profit |
|---|---|---|---|---|---|---|---|---|
| 1 | MLA Removal in STX | $55,000 | $55,000 | 8/1/2021 | 1 week | $55,000 | $38,500 | $16,500 |
| 2 | Replacement of rotating Dolphins at STX | Total is $97,900 (and includes turning bouys @ $72,000) | $97,900 | 8/1/2021 | 1 week | $97,900 | $68,530 | $29,370 |
| 3 | Replacement Transfer Pumps for STX and STT | 1 ea for STT and STX = $65,000 | $130,000 | 8/1/2021 | 2 weeks | $130,000 | $110,500 | $19,500 |
| 4 | Replacement 2-way Radios for STX and STT | $35,000 | $35,000 | 8/1/2021 | 3 weeks | $35,000 | $29,750 | $5,250 |
| 5 | Replacement Portable Gas Testers for STX and STT | $10,000 | $10,000 | 9/1/2021 | 3 weeks | $10,000 | $8,500 | $1,500 |
| 6 | Painting of Control Room at STX and STT | $40,000 | $40,000 | 10/1/2021 | 3 weeks | $40,000 | $28,000 | $12,000 |
| 7 | Painting of Pipe at STX and STT | $360,000 | $360,000 | 11/1/2021 | 4 weeks | $360,000 | $252,000 | $108,000 |
| 8 | Replacement block valves for Pumps and Tanks at STX and STT | STX & STT Export and Transfer Pumps = $23,900.  Tank Valves = $617,600 | $641,500 | 12/1/2021 | 5 weeks | $641,500 | $545,275 | $96,225 |
| 9 | Additional Stainless Steel Gearboxes and Brackets for Manual Valves | $35,000 | $35,000 | 12/1/2021 | 2 weeks | $35,000 | $29,750 | $5,250 |
| 10 | Repair of CCTV systems at both STX and STT | $25,000 | $25,000 | 9/1/2021 | 3 weeks | $25,000 | $17,500 | $7,500 |
| 11 | Annual Outages at both STX and STT | $260,000 | $260,000 | 6/1/2022 | 2 weeks | $260,000 | $182,000 | $78,000 |
| 12 | Annual Boiler Maintenance at both STX and STT | $110,000 | $110,000 | 12/1/2021 | 2 weeks | $110,000 | $77,000 | $33,000 |
| 13 | Annual Tank Level Gages Maintenance and Repair | $70,000 | $70,000 | 1/1/2022 | 2 weeks | $70,000 | $49,000 | $21,000 |
| 14 | API Tank Inspections for STX and STT | $190,000 | $190,000 | 1/1/2022 | 2 weeks | $190,000 | $133,000 | $57,000 |
| 15 | Boiler Feed Pump Replacements for STT and STX | $20,000 | $20,000 | 2/1/2022 | 1 weeks | $20,000 | $14,000 | $6,000 |
| 16 | Maintenance of new Security System at STT and STX | $50,000 | $50,000 | 1/1/2022 | 2 weeks | $50,000 | $35,000 | $15,000 |
| 17 | Mound settlement repairs at both STT and STX | STX = $479,100 and STT = $324,400 | $803,500 | 11/1/2021 | 8 weeks | $803,500 | $562,450 | $241,050 |
| 18 | Valves and control revision for 'on the fly' switching of Vaporizers | STX = $130,000 and STT = $130,000 | $260,000 | 1/1/2022 | 9 weeks | $260,000 | $221,000 | $39,000 |
| 19 | Dock Hose Emergency Disconnects | STX = $130,000 and STT = $295,000 | $295,000 | 8/1/2021 | 6 weeks | $295,000 | $250,750 | $44,250 |
| 20 | Portable Nitrogen Generator for STX | $250,000 | $250,000 | 9/1/2021 | 8 weeks | $250,000 | $212,500 | $37,500 |
| 21 | Stainless Steel Bolts for replacement of rusted bolts in STT and STX | $100,000 | $100,000 | 9/1/2021 | 9 weeks | $100,000 | $70,000 | $30,000 |
| 22 | Replacement Grating on Fire Pump platform at STX | $5,000 | $5,000 | 3/1/2022 | 1 week | $5,000 | $3,500 | $1,500 |
| 23 | Tank PRV double block and bleed Valves | STX and STT $20,000 | $40,000 | 2/1/2022 | 2 week | $40,000 | $28,000 | $12,000 |
| 24 | Maintenance on Export Pump Motors | $100,000 | $100,000 | 3/1/2022 | 3 week | $100,000 | $70,000 | $30,000 |
| 25 | Replacement wet end of Fire Pumps at both STT and STX | $330,000 | $330,000 | 3/1/2022 | 4 week | $330,000 | $231,000 | $99,000 |
| 26 | Design and installation of Fire Pump test loop at both STT and STX | STX = $35,000 and STT = $70,000 | $70,000 | 4/1/2022 | 5 week | $70,000 | $49,000 | $21,000 |
| 27 | Electrical test equipment | $9,000 | $9,000 | 5/1/2022 | 1 week | $9,000 | $6,300 | $2,700 |
| 28 | Purchase of VINCO valves | $9,000 | $9,000 | 9/1/2021 | 8 week | $9,000 | $7,650 | $1,350 |
| 29 | Rotork Actuators Annual Service/Repair | $50,000 | $50,000 | 1/1/2022 | 4 week | $50,000 | $35,000 | $15,000 |
| 30 | Semi-annual checks on the Nitrogen Generator and Air | $32,000 | $32,000 | 5/1/2022 | 3 week | $32,000 | $22,400 | $9,600 |
| | | | $4,482,900 | | | $4,482,900 | $3,387,855 | $1,095,045 |

PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET AL., CASE NO. 1:21-CV-00312
PLAINTIFF PETRO'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT VITOL'S THIRD SET
OF INTERROGATORIES
Page 3

### Second Supplemental Response to Interrogatory No. 10:

Budget Breakdowns produced and attached hereto as **Bates Nos. PIS006765 –**

**PIS006813.**

RESPECTFULLY SUBMITTED

LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED:  February 2, 2023          BY:   /s/ *Lee J. Rohn*
                                        Lee J. Rohn, Esq.
                                        VI Bar No. 52
                                        1108 King Street, Suite 3 (mailing)
                                        56 King Street, Third Floor (physical)
                                        Christiansted, St. Croix
                                        U.S. Virgin Islands 00820
                                        Telephone: (340) 778-8855
                                        lee@rohnlaw.com

PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET AL., CASE NO. 1:21-CV-00312
PLAINTIFF PETRO'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT VITOL'S THIRD SET
OF INTERROGATORIES
Page 4

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on  February 2, 2023, I caused a true and correct copy of
**PLAINTIFF PETRO'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT
VITOL'S THIRD SET OF INTERROGATORIES** to be served via electronic mail upon:

Alex Kaplan, Esq.
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com
    Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp. and VITOL US Holding II
Co.

Andrew   C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
    Attorney For: Andrew Canning

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email        Address:        carl@beckstedtlaw.com;        tarsha@beckstedtlaw.com;
gpark@susmanodfrey.com; akaplan@susmangodrfey.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
    Attorney For: Island Project and Operating Services, LLC

Y.  Gloria Park, Esq.
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Email Address: gpark@susmangodfrey.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

BY:  _/s/ Lee J. Rohn_____(raw)



**PETRO** INDUSTRIAL

5/4/2021

# Cost Breakdown - STT Vessel Inspection Budget

## List of Materials and Costs - Tie-In Scope

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment / Accommodations | **$27,800.00** | $27,800.00 |
| 1 | Material | $675.00 | $675.00 |
| 1 | Laborer charges | $54,741.00 | $54,741.00 |
| | | Subtotal | $83,216.00 |
| | | Profit & Tax rate | . 15.00% |
| | | Profit & Tax Total | **$12,482.40** |
| | | **Total Amount** | **$95,698.40** |



**PETRO INDUSTRIAL**

# Bid Cost Detail - V105 Inspection

## Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $4,000.00 |
| Safety & Rescue Consulting - 2 | $6,450.00 |
| Rescue Crew - 3 | $9,010.00 |
| Boilermaker - Scaffolding - 8 | $22,578.00 |
| API Inspection - 2 | $4,452.00 |
| Air Quality - 1 | $2,400.00 |
| Radiation Testing - 1 | $901.00 |
| Per Diem | $4,950.00 |
| Total | $54,741.00 |

## Breakdown of Equipment & Materials

| Petro - Equipment Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Flights | 13 | $300.00 | Each | $3,900.00 |
| Telehandler | 1 | $4,400.00 | Job | $4,400.00 |
| Car Rentals | 4 | $625.00 | Weekly | $2,500.00 |
| Hotels - 13 people | 13 | $1,000.00 | Weekly | $13,000.00 |
| Scaffolding | 1 | $2,500.00 | Job | $2,500.00 |
| Compressor & Fan | 1 | $1,500.00 | Job | $1,500.00 |
| Total | | | | $27,800.00 |

| Petro - Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - (Electrical Scope Only) | 0 | | | $0.00 |
| Material - Consumables | 1 | $675.00 | | $675.00 |
| Material - (Instrumentation Only) | 0 | | | $0.00 |
| Material - Structure | 0 | | | $0.00 |
| Material - Nitrogen Bottles | 0 | | | $0.00 |
| Total | | | | $675.00 |



**PETRO INDUSTRIAL**

5/4/2021

# Cost Breakdown - STX Vessel Inspection Budget

## List of Materials and Costs - Vessel

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment / Accommodations | $14,850.00 | $14,850.00 |
| 1 | Material | $675.00 | $675.00 |
| 1 | Laborer charges | $51,291.00 | $51,291.00 |
| | | Subtotal | $66,816.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$10,022.40** |
| | | **Total Amount** | **$76,838.40** |

## List of Materials and Costs - Training for Rescue and Confined Space

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment / Accommodations | $ 1,300.00 | $ 1,300.00 |
| 1 | Material | $150.00 | $ 150.00 |
| 1 | Laborer charges | $ 9,128.00 | $ 9,128.00 |
| | | Subtotal | $ 10,578.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$1,586.70** |
| | | **Total Amount** | **$ 12,164.70** |
| | | **Grand Total** | **$89,003.10** |

PIS006767



**PETRO INDUSTRIAL**

## Bid Cost Detail - Vessel Inspection STX

### Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $4,000.00 |
| Safety & Rescue Consulting - 2 | $6,450.00 |
| Rescue Crew - 3 | $9,010.00 |
| Boilermaker - Scaffolding - 8 | $22,578.00 |
| API Inspection - 2 | $4,452.00 |
| Air Quality - 1 | $2,400.00 |
| Radiation Testing - 1 | $901.00 |
| Per Diem | $1,500.00 |
| Total | $51,291.00 |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost - | Item's | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Flights | 4 | $300.00 | Each | $1,200.00 |
| Telehandler | 1 | $4,400.00 | Job | $4,400.00 |
| Car Rentals | 2 | $625.00 | Weekly | $1,250.00 |
| Hotels - 4 people | 4 | $1,000.00 | Weekly | $4,000.00 |
| Scaffolding | 1 | $2,500.00 | Job | $2,500.00 |
| Compressor & Fan | 1 | $1,500.00 | Job | $1,500.00 |
| Total | | | | $14,850.00 |

| Petro - Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - (Electrical Scope Only) | 0 | | | $0.00 |
| Material - Consumables | 1 | $675.00 | | $675.00 |
| Material - (Instrumentation Only) | 0 | | | $0.00 |
| Material - Structure | 0 | | | $0.00 |
| Material - Nitrogen Bottles | 0 | | | $0.00 |
| Total | | | | $675.00 |



6/10/2021

**PETRO INDUSTRIAL**

# Cost Breakdown - Budgetary Estimate - STX Painting 2021 - Jetty to North Mound

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment | $0.00 | $0.00 |
| 1 | Material | $4,240.00 | $4,240.00 |
| 1 | Laborer charges | $42,400.00 | $42,400.00 |
| | | Subtotal | $46,640.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$6,996.00** |
| | | **Total Amount** | **$53,636.00** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of 6"-PLG1, 1"-RE1and 4"-LPG8 from Temporary Hose Connection to Storage Vessel Valve northside of North Mound.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

PIS006769



**PETRO INDUSTRIAL**

# Bid Cost Detail

## Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $42,400.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $0.00 |
| Total | $42,400.00 |

## Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 0 | $250.00 | Flight | $0.00 |
| Hotels | 0 | $600.00 | Crew | $0.00 |
| Vehicle Rental | 0 | $125.00 | Daily | $0.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $0.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $3,533.33 | | $3,533.33 |
| Material - Consumables | 1 | $706.67 | | $706.67 |
| Total | | | | $4,240.00 |



6/10/2021

**PETRO INDUSTRIAL**

# Cost Breakdown - Budgetary Estimate - STT Painting 2021 - North Mound

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|------|-------------|------|-------|
| 1 | Equipment | $5,800.00 | $5,800.00 |
| 1 | Material | $3,710.00 | $3,710.00 |
| 1 | Laborer charges | $42,350.00 | $42,350.00 |
| | | Subtotal | $51,860.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$7,779.00** |
| | | **Total Amount** | **$59,639.00** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of all piping on the North Mound.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

**PIS006771**



**PETRO INDUSTRIAL**

# Bid Cost Detail

## Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $37,100.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $5,250.00 |
| Total | $42,350.00 |

## Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 2 | $250.00 | Flight | $500.00 |
| Hotels | 1 | $3,500.00 | Crew | $3,500.00 |
| Vehicle Rental | 1 | $1,800.00 | Daily | $1,800.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $5,800.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $3,091.67 | | $3,091.67 |
| Material - Consumables | 1 | $618.33 | | $618.33 |
| Total | | | | $3,710.00 |



6/10/2021

**PETRO INDUSTRIAL**

# Cost Breakdown - Budgetary Estimate - STX Painting 2021 - North Mound

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment | $0.00 | $0.00 |
| 1 | Material | $5,300.00 | $5,300.00 |
| 1 | Laborer charges | $53,000.00 | $53,000.00 |
| | | Subtotal | $58,300.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$8,745.00** |
| | | **Total Amount** | **$67,045.00** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of all piping on the North Mound.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

**PIS006773**



**PETRO INDUSTRIAL**

# Bid Cost Detail

## Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $53,000.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $0.00 |
| Total | $53,000.00 |

## Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 0 | $250.00 | Flight | $0.00 |
| Hotels | 0 | $600.00 | Crew | $0.00 |
| Vehicle Rental | 0 | $125.00 | Daily | $0.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $0.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $4,416.67 | | $4,416.67 |
| Material - Consumables | 1 | $883.33 | | $883.33 |
| Total | | | | $5,300.00 |



6/10/2021

**PETRO INDUSTRIAL**

# Cost Breakdown - Budgetary Estimate - STT Painting 2021 - Pump Ally

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|------|-------------|------|-------|
| 1 | Equipment | $4,100.00 | $4,100.00 |
| 1 | Material | $1,590.00 | $1,590.00 |
| 1 | Laborer charges | $18,150.00 | $18,150.00 |
| | | Subtotal | $23,840.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$3,576.00** |
| | | **Total Amount** | **$27,416.00** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of all piping in the Pump Alley.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

**PIS006775**



**PETRO INDUSTRIAL**

# Bid Cost Detail

## Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $15,900.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $2,250.00 |
| Total | $18,150.00 |

## Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 2 | $250.00 | Flight | $500.00 |
| Hotels | 6 | $600.00 | Crew | $3,600.00 |
| Vehicle Rental | 0 | $125.00 | Daily | $0.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $4,100.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $1,325.00 | | $1,325.00 |
| Material - Consumables | 1 | $265.00 | | $265.00 |
| Total | | | | $1,590.00 |

PIS006776



**PETRO INDUSTRIAL**

6/10/2021

# Cost Breakdown - Budgetary Estimate - STX Painting 2021 - Pump Ally

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|------|-------------|------|-------|
| 1 | Equipment | $0.00 | $0.00 |
| 1 | Material | $4,770.00 | $4,770.00 |
| 1 | Laborer charges | $47,700.00 | $47,700.00 |
| | | Subtotal | $52,470.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$7,870.50** |
| | | **Total Amount** | **$60,340.50** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of all piping in the Pump Alley.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

**PIS006777**



**PETRO INDUSTRIAL**

# Bid Cost Detail

## Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $47,700.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $0.00 |
| Total | $47,700.00 |

## Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 0 | $250.00 | Flight | $0.00 |
| Hotels | 0 | $600.00 | Crew | $0.00 |
| Vehicle Rental | 0 | $125.00 | Daily | $0.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $0.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $3,975.00 | | $3,975.00 |
| Material - Consumables | 1 | $795.00 | | $795.00 |
| Total | | | | $4,770.00 |



6/10/2021

**PETRO INDUSTRIAL**

# Cost Breakdown - Budgetary Estimate - STT Painting 2021 - South Mound

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment | $5,800.00 | $5,800.00 |
| 1 | Material | $3,710.00 | $3,710.00 |
| 1 | Laborer charges | $42,350.00 | $42,350.00 |
| | | Subtotal | $51,860.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$7,779.00** |
| | | **Total Amount** | **$59,639.00** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of all piping on the South Mound.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

PIS006779



**PETRO INDUSTRIAL**

## Bid Cost Detail

### Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $37,100.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $5,250.00 |
| Total | $42,350.00 |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 2 | $250.00 | Flight | $500.00 |
| Hotels | 1 | $3,500.00 | Crew | $3,500.00 |
| Vehicle Rental | 1 | $1,800.00 | Monthly | $1,800.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $5,800.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $3,091.67 | | $3,091.67 |
| Material - Consumables | 1 | $618.33 | | $618.33 |
| Total | | | | $3,710.00 |



6/10/2021

**PETRO INDUSTRIAL**

# Cost Breakdown - Budgetary Estimate - STX Painting 2021 - South Mound

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment | $0.00 | $0.00 |
| 1 | Material | $5,300.00 | $5,300.00 |
| 1 | Laborer charges | $53,000.00 | $53,000.00 |
| | | Subtotal | $58,300.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$8,745.00** |
| | | **Total Amount** | **$67,045.00** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of all piping on the South Mound.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

**PIS006781**



**PETRO INDUSTRIAL**

## Bid Cost Detail

### Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $53,000.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $0.00 |
| Total | $53,000.00 |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 0 | $250.00 | Flight | $0.00 |
| Hotels | 0 | $600.00 | Crew | $0.00 |
| Vehicle Rental | 0 | $125.00 | Daily | $0.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $0.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $4,416.67 | | $4,416.67 |
| Material - Consumables | 1 | $883.33 | | $883.33 |
| Total | | | | $5,300.00 |



**PETRO INDUSTRIAL**

6/10/2021

# Cost Breakdown - Budgetary Estimate - STT Painting 2021 - Vaporizer Area to Propane Day Tanks to WAPA Units

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment | $11,100.00 | $11,100.00 |
| 1 | Material | $5,830.00 | $5,830.00 |
| 1 | Laborer charges | $66,550.00 | $66,550.00 |
| | | Subtotal | $83,480.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$12,522.00** |
| | | **Total Amount** | **$96,002.00** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of all piping in the Vaporizer Area to Propane Day Tanks and to the Units.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

**PIS006783**



**PETRO INDUSTRIAL**

## Bid Cost Detail

### Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $58,300.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $8,250.00 |
| Total | $66,550.00 |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 2 | $250.00 | Flight | $500.00 |
| Hotels | 2 | $3,500.00 | Crew | $7,000.00 |
| Vehicle Rental | 2 | $1,800.00 | Monthly | $3,600.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $11,100.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $4,858.33 | | $4,858.33 |
| Material - Consumables | 1 | $971.67 | | $971.67 |
| Total | | | | $5,830.00 |

PIS006784



6/10/2021

**PETRO INDUSTRIAL**

# Cost Breakdown - Budgetary Estimate - STX Painting 2021 - Vaporizer Area to Propane Day Tanks

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment | $0.00 | $0.00 |
| 1 | Material | $5,830.00 | $5,830.00 |
| 1 | Laborer charges | $58,300.00 | $58,300.00 |
| | | Subtotal | $64,130.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$9,619.50** |
| | | **Total Amount** | **$73,749.50** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of all piping in the Pump Alley.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

PIS006785



**PETRO INDUSTRIAL**

# Bid Cost Detail

## Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $58,300.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $0.00 |
| Total | $58,300.00 |

## Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 0 | $250.00 | Flight | $0.00 |
| Hotels | 0 | $600.00 | Crew | $0.00 |
| Vehicle Rental | 0 | $125.00 | Daily | $0.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $0.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $4,858.33 | | $4,858.33 |
| Material - Consumables | 1 | $971.67 | | $971.67 |
| Total | | | | $5,830.00 |

# INVOICE



**PETRO INDUSTRIAL**

**9109 Castle Coakley, Suite 5**

**Christiansted, VI 00820**

**(340) 626-7171**

| INVOICE# | DATE |
|---|---|
| 3529 | 6/30/2021 |

| BILL TO |
|---|
| Calvin Schmidt |
| IPOS - STX |
| csc@vtti.com |
| St Croix |
| USVI |

| CUSTOMER ID | TERMS |
|---|---|
| IPOS STX | NET30 |

| CUSTOMER PO # | DATE |
|---|---|
| N/A | 6/30/2021 |

| DATE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FIRE WATER PUMP - DIESEL ENGINE MECHANIC | | | |
| 6/16/2021 | Troubleshooting of Clarke Fire pumpset at WAPA terminal. Pump was found with remote annunciator with an active Alarm. The alarm found was "Engine Overspeed ". After going over Wiring Diagram and performing a various checks and tests, the signal from the Clark Control box was found missing. I continued to perform various tests and found a faulty connection at the Clark controller box. The Deutsch connector where this signal goes through is also damaged. I was able to make a good connection and tested the pumpset with load. Test result: passed. However, there are a few things that need further attention. The engine has a "miss". When I connected to the Engine ECM with the scan tool using a J1939 Protocol, I was able to find a few active codes. After performing a complete fault code reset, the injector 5 failure (FMI open circuit) code came back as active. For this to be resolved we need to worst-case scenario replace that injector and best case repair corroded connection to injector coil. For this reason, the unit when under load will load to 109% of load rating. | 8 | 145.00 | 1,160.00 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 1,160.00 |
| GRT, EXCISE, & PFT | 15.000% |
| SUBTOTAL | 174.00 |
| **TOTAL** | $ **1,334.00** |

If you have any questions about this PO, please contact
**Adrian Melendez at adrian@petroindustrial.us**

PIS006787

Recommended actions and Parts:

Fuel injector replacement

Control box replacement (very corroded) if possible, stainless steel.

Valve cover and gasket (very corroded)

After cooler Pipes and hoses (very corroded )

Conduit Pipes from annunciator box to Clarke Box

PM Service

corrosion protection spray every six months.

Battery conduction test

looking into why one of two chargers was not on

clean and replenish electrical connectors with dielectric grease

coolant leak repair

Replace temporary style Battery terminals to a crimped type end

which makes it less susceptible to sulfation.

Please not that although the remote annunciator display is an OLED display the sun has damaged the protective

outer layer.

I will attach a few pictures taken

PIS006788



PIS006789



PIS006790



PIS006791



PIS006792



PIS006793

# QUOTE



**PETROINDUSTRIAL**

9109 Castle Coakley, Suite 5
Christiansted, VI 00820
(340) 626-7171

| QUOTE# | DATE |
|---|---|
| 1186507 | 5/4/2021 |

| BILL TO |
|---|
| Calvin & Merlin |
| IPOS STX |
| |
| Christiansted |
| USVI |

| CUSTOMER ID | TERMS |
|---|---|
| IPOS STX | |

| CUSTOMER PO # | DATE |
|---|---|
| N/A | 5/4/2021 |

| DATE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 5/4/2021 | GRATING GALVANIZED W/B SERR 1'X 3/16" X 3' X 10' 19W4 | 3 | 414.00 | 1,242.00 |
| | Shipping | 1 | 112.00 | 112.00 |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 1,354.00 |
| | GRT | 15.000% |
| | SUBTOTAL | 203.10 |
| | **TOTAL** $ | **1,557.10** |

If you have any questions about this PO, please contact
Adrian Melendez at adrian@petroindustrial.us



**PETRO INDUSTRIAL**

5/4/2021

# Cost Breakdown - MLA Removal & Cribbing on Trailer

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment | $34,500.00 | **$34,500.00** |
| 1 | Material | $4,450.00 | $4,450.00 |
| 1 | Laborer charges | $8,692.00 | $8,692.00 |
| | | Subtotal | $47,642.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$7,146.30** |
| | | **Not to Exceed** | **$54,788.30** |

## Work Scope - Three day work scope

1) Mobilization of equipment and material.
2) Request and obtain hot work permit from IPOS.
3) Prep area by barricading work areas.
4) Lift plan approved by IPOS
5) Unbolt and Remove MLA for the jetty on to flatbed with cribbing.
6) Remove anchor bolts and re-grout concrete base.
7) Move flatbed with MLA to approved location within IPOS STX.
8) Good housekeeping and return to operations.

**PIS006795**



**PETRO INDUSTRIAL**

## Bid Cost Detail - 2" Nitrogen Line - 225-LPG10

### Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision - Site & Field | $0.00 |
| Safety | $530.00 |
| Boilermaker - Rigging & Cribbing | $5,300.00 |
| Weld & Fit - 2 welders / 1 fitters | $0.00 |
| Civil - Removal & Grouting | $2,862.00 |
| PT & PAUT Inspection | $0.00 |
| Per Diem | $0.00 |
| Total | $8,692.00 |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Manlift | 0 | $4,500.00 | Monthly | $0.00 |
| Cranes & Operators | 1 | $25,000.00 | Job | $25,000.00 |
| Trailer - Flatbed | 1 | $9,500.00 | Purchase | $9,500.00 |
| Welding Machine | 0 | $1,100.00 | weekly | $0.00 |
| Total | | | | $34,500.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Pipe Materials - Cold Steel | 0 | $7,126.40 | | $0.00 |
| Material - Cribbing | 1 | $4,200.00 | | $4,200.00 |
| Material - Sole Plates | 0 | $45.00 | | $0.00 |
| Material - Consumables | 1 | $250.00 | | $250.00 |
| Total | | | | $4,450.00 |

PIS006796



**PETRO INDUSTRIAL**

5/4/2021

# Cost Breakdown - Painting of Control Room - STT

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|------|-------------|------|-------|
| 1 | Equipment | $0.00 | $0.00 |
| 1 | Material | $3,822.00 | $3,822.00 |
| 1 | Laborer charges | $13,600.00 | $13,600.00 |
| | | Subtotal | $17,422.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$2,613.30** |
| | | **Not to Exceed** | **$20,035.30** |

## Work Scope - Two week work scope

1) Mobilization of equipment and material.
2) Request and obtain hot work permit from IPOS.
3) Prep area by barricading work areas.
4) Clean & Paint exterior walls of Control Room with approved coating not to include roof.
5) Clean & Paint interior walls of Control Room with approved coating not to include major repairs on walls.
6) Good housekeeping and return to operations.

PIS006797



**PETRO INDUSTRIAL**

## Bid Cost Detail

### Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision - Site & Field | $0.00 |
| Safety | $0.00 |
| Boilermaker - Rigging & Cribbing | $13,600.00 |
| Weld & Fit - 2 welders / 1 fitters | $0.00 |
| Civil - Removal & Grouting | $0.00 |
| PT & PAUT Inspection | $0.00 |
| Per Diem | $0.00 |
| Total | $13,600.00 |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Manlift | 0 | $4,500.00 | Monthly | $0.00 |
| Cranes & Operators | 0 | $25,000.00 | Job | $0.00 |
| Trailer - Flatbed | 0 | $9,500.00 | Purchase | $0.00 |
| Welding Machine | 0 | $1,100.00 | weekly | $0.00 |
| Total | | | | $0.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Pipe Materials - Cold Steel | 0 | $7,126.40 | | $0.00 |
| Material - Paint & Consumables | 1 | $3,822.00 | | $3,822.00 |
| Material - Sole Plates | 0 | $45.00 | | $0.00 |
| Material - Consumables | 0 | $250.00 | | $0.00 |
| Total | | | | $3,822.00 |



**PETRO INDUSTRIAL**

5/4/2021

# Cost Breakdown - Painting of Control Room - STX

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|------|-------------|------|-------|
| 1 | Equipment | $0.00 | $0.00 |
| 1 | Material | $3,822.00 | $3,822.00 |
| 1 | Laborer charges | $13,600.00 | $13,600.00 |
| | | Subtotal | $17,422.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$2,613.30** |
| | | **Not to Exceed** | **$20,035.30** |

## Work Scope - Two week work scope

1) Mobilization of equipment and material.
2) Request and obtain hot work permit from IPOS.
3) Prep area by barricading work areas.
4) Clean & Paint exterior walls of Control Room with approved coating not to include roof.
5) Clean & Paint interior walls of Control Room with approved coating not to include major repairs on walls.
6) Good housekeeping and return to operations.

PIS006799



**PETRO INDUSTRIAL**

## Bid Cost Detail

### Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision - Site & Field | $0.00 |
| Safety | $0.00 |
| Boilermaker - Rigging & Cribbing | $13,600.00 |
| Weld & Fit - 2 welders / 1 fitters | $0.00 |
| Civil - Removal & Grouting | $0.00 |
| PT & PAUT Inspection | $0.00 |
| Per Diem | $0.00 |
| Total | $13,600.00 |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Manlift | 0 | $4,500.00 | Monthly | $0.00 |
| Cranes & Operators | 0 | $25,000.00 | Job | $0.00 |
| Trailer - Flatbed | 0 | $9,500.00 | Purchase | $0.00 |
| Welding Machine | 0 | $1,100.00 | weekly | $0.00 |
| Total | | | | $0.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Pipe Materials - Cold Steel | 0 | $7,126.40 | | $0.00 |
| Material - Paint & Consumables | 1 | $3,822.00 | | $3,822.00 |
| Material - Sole Plates | 0 | $45.00 | | $0.00 |
| Material - Consumables | 0 | $250.00 | | $0.00 |
| Total | | | | $3,822.00 |

PIS006800



1/13/2021

**PETRO INDUSTRIAL**

# Cost Breakdown - Replacement of Propane Day Tank Piping

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|------|-------------|------|-------|
| 1 | Equipment | $466.50 | $466.50 |
| 1 | Material | $2,428.96 | $2,428.96 |
| 1 | Laborer charges | $10,402.50 | $10,402.50 |
| | | Subtotal | $13,297.96 |
| | | Profit & Tax rate | 0.00% |
| | | Profit & Tax Total | **$0.00** |
| | | **Not to Exceed** | **$13,297.96** |

## Work Scope

1) Mobilization of equipment and material.
2) Request and obtain hot work permit from IPOS.
3) Prep area by barricading work areas.
4) Demo existing piping systems from IPOS propane day tanks.
5) Construct 1'' piping system from IPOS propane day tanks to agreed Valve. (approximately 45 welds)
6) NDE (PT) on all root welds by third party.
7) Sand blast and install a two-part apoxy coating for piping systems.
8) Hydro Test piping system and commissioning.
9) Petro's Q/C to verify Torquing
10) Good housekeeping and return to operations.

PIS006801



**PETRO INDUSTRIAL**

## Bid Cost Detail - 1" Piping - Propane Day Tanks

### Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision - Site & Field | $1,378.00 |
| QC | $869.20 |
| Boilermaker - Demo, Hydro, U-bolt, Torque - 2crew | $1,060.00 |
| Weld & Fit - 2 welders / 1 fitters | $4,505.00 |
| Blast & Paint - 2crew | $932.80 |
| PT  Inspection | $795.00 |
| Per Diem | $862.50 |
| Total | $10,402.50 |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Manlift | 0 | $4,500.00 | Monthly | $0.00 |
| Boom Truck | 0 | $5,500.00 | Hourly | $0.00 |
| Compressor & Sand Pot | 0.5 | $933.00 | weekly | $466.50 |
| Welding Machine | 0 | $1,100.00 | weekly | $0.00 |
| Total | | | | $466.50 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Pipe Materials - Cold Steel | 1 | $1,885.66 | | $1,885.66 |
| Material - Sand & Paint | 1 | $450.00 | | $450.00 |
| Material - Sole Plates | 0 | $45.00 | | $0.00 |
| Material - Consumables | 1 | $93.30 | | $93.30 |
| Total | | | | $2,428.96 |

# QUOTE



**PETROINDUSTRIAL**

9109 Castle Coakley, Suite 5

Christiansted, VI 00820

(340) 626-7171

| QUOTE# | DATE |
|---|---|
| SQ00122376-2 | 4/19/2021 |

| BILL TO |
|---|
| Andrew Canning |
| Vivot/IPOS STT |
| |
| St Thomas |
| USVI |

| CUSTOMER ID | TERMS |
|---|---|
| IPOSSTT | |

| CUSTOMER PO # | DATE |
|---|---|
| N/A | 4/19/2021 |

| DATE | DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 4/19/2021 | STUD BOLT A193B8 0.75X4.50 W/2 HEAVY HEX NUTS | 260 | 6.50 | 1,690.00 |
| | STUD BOLT A193B8 0.75X4.75 W/2 HEAVY HEX NUTS | 200 | 10.06 | 2,012.00 |
| | STUD BOLT A193B8 0.625X3.75 W/2 HEAVY HEX NUTS | 120 | 6.64 | 796.80 |
| | GASKET SPIRAL WOUND 03 3/600# FLEX GRAPHITE 316 OUTER 316 INNER | 40 | 23.11 | 924.40 |
| | GASKET SPIRAL WOUND 04 3/600# FLEX GRAPHITE 316 OUTER 316 INNER | 30 | 28.80 | 864.00 |
| | GASKET SPIRAL WOUND 02 3/600# FLEX GRAPHITE 316 OUTER 316 INNER | 20 | 16.16 | 323.20 |
| | | | | · |
| | | | | · |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 6,610.40 |
| GRT | 15.000% |
| SUBTOTAL | 991.56 |
| **TOTAL** | $ **7,601.96** |

If you have any questions about this PO, please contact
Adrian Melendez at adrian@petroindustrial.us

PIS006803



**PETRO INDUSTRIAL**

12/3/2020

# Cost Breakdown - Reverse Ship Loading Work Scope

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|------|-------------|------|-------|
| 1 | Equipment | $34,490.00 | $34,490.00 |
| 1 | Material | $1,500.00 | $1,500.00 |
| 1 | Laborer charges | $114,247.20 | $114,247.20 |
| | | Subtotal | $150,237.20 |

| | |
|---|---|
| Profit & Tax rate | 0.00% |
| Profit & Tax Total | **$0.00** |
| **Total Amount** | **$150,237.20** |

## Work Scope

This budget includes 10 weekdays and 4 weekend days working 70hours/week.

**PIS006804**



**PETRO INDUSTRIAL**

# Bid Cost Detail

## Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision - 1 | $13,808.80 |
| QC - 1 | $1,738.40 |
| Safety - 2 | $8,420.00 |
| Weld & Fit - 5 people | $36,008.00 |
| Speciality Welder | $1,272.00 |
| Boilermaker - STX - 2 people | $15,800.00 |
| Helpers - 4 people - STT | $0.00 |
| Boilermaker - Maintenance - 3 people - STT | $15,900.00 |
| Per Diem | $21,300.00 |
| Total | $114,247.20 |

## Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Forklift - Telehandler | 2 | $2,150.00 | Weekly | $4,300.00 |
| Manlift | 2 | $2,800.00 | Weekly | $5,600.00 |
| Rebar Bender | 0 | $3,600.00 | Monthly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 7 | $250.00 | Per | $1,750.00 |
| Hotels - $150/Night for 2 people (QC & Spec Welder) | 4 | $250.00 | Daily | $1,000.00 |
| Hotels - $150/Night for 8 people | 14 | $1,200.00 | Daily | $16,800.00 |
| Vehicle Rental - $120/day for 3 cars | 14 | $360.00 | Daily | $5,040.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $34,490.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Bolts, Nuts, & Gaskets | 0 | $4,857.12 | | $0.00 |
| Material - Seal | 0 | $90.00 | | $0.00 |
| Material - Civil Material | 0 | $613.68 | | $0.00 |
| Material - Consumables | 1 | $1,500.00 | | $1,500.00 |
| Total | | | | $1,500.00 |

PIS006805



**PETRO INDUSTRIAL**

6/10/2021

# Cost Breakdown - Budgetary Estimate - STT Painting 2021 - Jetty to South Mound and North Mound to Boiler Room

## List of Materials and Costs

| Qty. | Description | Cost | Total |
|------|-------------|------|-------|
| 1 | Equipment | $17,900.00 | $17,900.00 |
| 1 | Material | $8,480.00 | $8,480.00 |
| 1 | Laborer charges | $96,800.00 | $96,800.00 |
| | | Subtotal | $123,180.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | $18,477.00 |
| | | **Total Amount** | **$141,657.00** |

## Work Scope

1) Mobilization of equipment and material.
2) IPOS to provide required work permits.
3) Manually sanding piping while-in-service to create an anchor profile of approximately 1.5 to 2.0MIL.
4) Piping consist of Temporary Hose Connection on the Jetty to Storage Vessel Valve southside of South Mound and North Mound down to the back of the Boiler Room.
5) Apply a bottom coat primer followed by a two part epoxy coating system.
6) QC all work and return to client.

PIS006806



**PETRO INDUSTRIAL**

## Bid Cost Detail

### Breakdown of Labor

| Petro Labor - | Items |
|---|---|
| Supervision | $0.00 |
| QC & Safety | $0.00 |
| Firewatch | $0.00 |
| Painters | $84,800.00 |
| Plumber | $0.00 |
| Electrical | $0.00 |
| Per Diem | $12,000.00 |
| Total | $96,800.00 |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Backhoe | 0 | $95.00 | Hourly | $0.00 |
| Backhoe w/hammer | 0 | $185.00 | Hourly | $0.00 |
| Rebar Bender | 0 | $450.00 | Weekly | $0.00 |
| Compactor | 0 | $650.00 | Weekly | $0.00 |
| Flights | 2 | $250.00 | Flight | $500.00 |
| Hotels | 1 | $12,000.00 | Crew | $12,000.00 |
| Vehicle Rental | 3 | $1,800.00 | Montly | $5,400.00 |
| Misc Equipment/Tools | 0 | $250.00 | Weekly | $0.00 |
| Total | | | | $17,900.00 |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Concrete | 0 | $1,816.00 | | $0.00 |
| Material - Plumbing | 0 | $3,426.00 | | $0.00 |
| Material - Electrical | 0 | $1,124.88 | | $0.00 |
| Material - Paint | 1 | $7,066.67 | | $7,066.67 |
| Material - Consumables | 1 | $1,413.33 | | $1,413.33 |
| Total | | | | $8,480.00 |



5/5/2021

**PETRO INDUSTRIAL**

# Cost Breakdown - STT Shutdown/Outage Budget

## List of Materials and Costs - Maintenance Scope

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment / Accommodations | **$0.00** | $29,850.00 |
| 1 | Material | $0.00 | $551.00 |
| 1 | Laborer charges | $0.00 | $84,441.00 |
| | | Subtotal | $114,842.00 |
| | | Profit & Tax rate | **15.00%** |
| | | Profit & Tax Total | **$17,226.30** |
| | | **Total Amount** | **$132,068.30** |

## Work Scope - 7 day Shutdown/Outage Budget

PIS006808



**PETRO INDUSTRIAL**

## Bid Cost Detail - WAPA Shutdown - STT

### Breakdown of Labor

| Petro Labor - Maintenance Scope | Items |
|---|---|
| Site Supervision - 1 | $6,478.00 |
| QC & Safety - 1 | $5,135.00 |
| Boilermaker - PSV - 7 | $31,600.00 |
| Maintenance Crew - 3 | $10,428.00 |
| Electrical - 3 | $25,175.00 |
| Per Diem | $5,625.00 |
| **Total** | **$84,441.00** |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost - Maintenance | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| PSV Testing Equipment | 0 | $52,533.00 | Daily | $0.00 |
| Hotels | 7 | $2,600.00 | Daily | $18,200.00 |
| Car Rentals | 7 | $625.00 | Daily | $4,375.00 |
| Flights | 13 | $300.00 | Round Trip | $3,900.00 |
| Scaffold | 1 | $1,125.00 | Weekly | $1,125.00 |
| 40ft Manlift | 1 | $2,250.00 | Weekly | $2,250.00 |
| Boom Truck | 0 | $4,800.00 | Weekly | $0.00 |
| **Total** | | | | **$29,850.00** |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Industrial Fittings - Misc. Material | 0 | $0.00 | | $0.00 |
| Material - Transportation | 0 | $500.00 | | $0.00 |
| Material - Consumables | 1 | $551.00 | | $551.00 |
| **Total** | | | | **$551.00** |

# STX Outage Budgetary Estimate

**STX Vent & Drain system replacement and PSV work scopes**

For the tie-in and work isolation and maintenance activities
Suggested work shifts:

| | | |
|---|---|---|
| - 1 off Project Superintendent | $19,305.60 | |
| - 4 x 2 man teams comprising: | | |
|   - 1 off foreman | $14,352.00 | |
|   - 7 off pipe fitter | $77,280.00 | |
|   - 1 off electrician | $13,248.00 | |
|   - per diem | $0.00 | |
| | | **$104,880.00** |

| | | |
|---|---|---|
| - PSV Recertification ( 6 days) | | |
|   - 2 man scaffold team | $7,920.00 | |
|   - Surface preparation (wet blast) and paint | $6,969.00 | |
|     paint | $0.00 | |
| | | **$14,889.00** |

| | | |
|---|---|---|
| - Construction/Demo Labour for Drain System Weld Crew - 11 days | | |
|   - 1 off Superintendent | $13,125.00 | |
|   - 2 off Welders | $18,000.00 | |
|   - 3 off Fitters | $22,500.00 | |
|   - per diem | $4,950.00 | |
|   - Hotels ($200/night @ 66nights) | $13,200.00 | |
|   - Vehicles ($125/day @ 1 vehicles) | $1,375.00 | |
|   - Flights ($300 round /6 people) | $1,800.00 | |
| | | **$74,950.00** |

| | | |
|---|---|---|
| - Equipment & Consumables | | |
|   - Welding Machine (week) | $1,400.00 | |
|   - Telehandler | $0.00 | |
|   - Scaffold | $650.00 | |
|   - Manlift | $5,550.00 | |
|   - Consumables | $3,855.00 | |
| | | **$11,455.00** |

| | |
|---|---|
| | **$206,174.00** |



5/5/2021

# Cost Breakdown - STX Shutdown/Outage Budget

## List of Materials and Costs - Maintenance Scope

| Qty. | Description | Cost | Total |
|---|---|---|---|
| 1 | Equipment / Accommodations | $0.00 | $3,375.00 |
| 1 | **Material** | **$0.00** | $551.00 |
| 1 | Laborer charges | $0.00 | $78,816.00 |
| | | Subtotal | $82,742.00 |
| | | Profit & Tax rate | 15.00% |
| | | Profit & Tax Total | **$12,411.30** |
| | | **Total Amount** | **$95,153.30** |

## Work Scope - 7 day Shutdown/Outage Budget

PIS006811



**PETRO INDUSTRIAL**

## Bid Cost Detail - WAPA Shutdown - STX

### Breakdown of Labor

| Petro Labor - Maintenance Scope | Items |
|---|---|
| Site Supervision - 1 | $6,478.00 |
| QC & Safety - 1 | $5,135.00 |
| Boilermaker - PSV - 7 | $31,600.00 |
| Maintenance Crew - 3 | $10,428.00 |
| Electrical - 3 | $25,175.00 |
| Per Diem | $0.00 |
| **Total** | **$78,816.00** |

### Breakdown of Equipment & Materials

| Petro - Equipment Cost - Maintenance | | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| PSV Testing Equipment | 0 | $52,533.00 | Daily | $0.00 |
| Hotels | 0 | $200.00 | Daily | $0.00 |
| Car Rentals | 0 | $125.00 | Daily | $0.00 |
| Flights | 0 | $250.00 | Round Trip | $0.00 |
| Scaffold | 1 | $1,125.00 | Weekly | $1,125.00 |
| 40ft Manlift | 1 | $2,250.00 | Weekly | $2,250.00 |
| Boom Truck | 0 | $4,800.00 | Weekly | $0.00 |
| **Total** | | | | **$3,375.00** |

| Petro- Materials Cost - | Items | Unit Price | Unit | Total Price |
|---|---|---|---|---|
| Material - Industrial Fittings - Misc. Material | 0 | $0.00 | | $0.00 |
| Material - Transportation | 0 | $500.00 | | $0.00 |
| Material - Consumables | 1 | $551.00 | | $551.00 |
| **Total** | | | | **$551.00** |

1. **Flare system.**
- Flare flame arrestors 270-F-004 and associated temperature transmitter 270-TT-004 & 270-F-005 & 270-TT-005 inspection, clean, TT instrument calibration and high alarm function verification.
- Flare staging valve pressure transmitter calibration. Function verification and calibration of safety critical flare control pressure transmitters 270-PT-001, 270-PT-001A & 270-PT-001B.
- Flare flow transmitter inspection, function test and calibration of 270-FIT-011.
- Flare knock out drum D-271-KOD level transmitter 271-LT-01 and level switch 271-LSH-001 function test, level verification and calibration.

2. **Transformer & Electrical distribution system**
- Inspection of Services Transformer T-202 jetty area.
- Inspection of Services Transformer T-203 vaporiser area
- Inspection of Fire Pump 13.8 /0.48 kV Transformer T-110 jetty area
- Inspection of WAPA Feeder Supply Transformer T-200
- Inspection of Services Transformer T-201 control room
- Inspection of control room Main Distribution Panel MDP-201 in control room
- Checks on PLC in Control Cabinets at the Mound (these has partial damage during the last hurricane).

3. **Pressure and Temperature Relief Valves Calibration & Recertification. (23 off)**
- 245-PSV-01 Condensate Accumulator V-245 PSV.
- 240-PSV-01 Steam supply header PSV.
- 241-PSV-01 Vaporiser V-241 PSV.
- 241-PSV-02 Vaporiser V-242 PSV.
- 225-TRV-01 & 07 Propane storage import line temperature relief valve (TRV)
- 231-PSV-01 Propane compressor PSV.
- 221A-PRV-01 & 221B-PRV-01 Export pump PRV.
- 222A-PRV-01 & 222B-PRV-01 Transfer pump PRV.
- 220-PRV-01 Export discharge header PRV.
- 220-PRV-02 Export minimum flow header PRV.
- 220-PRV-03 Export suction header PRV.
- 222-PRV-01 Transfer discharge header PRV.
- 222-PRV-02 Transfer suction header PRV.
- 225-TRV-03 & 225-TRV-09 Transfer pump suction TRV.
- 200-TRV-01 MLA TRV.
- 246-PSV-01 Steam header PSV.
- 244-PSV-01 Fuel gas stage 1 PSV.
- 244-PSV-02 Fuel gas stage 2 PSV.
- 271-PSV-01 Flare header PSV.

4. **Boiler Annual Maintenance**
- Provide support for Annual Maintenance on Boilers and Deaerator.

5. **Flare**
- Remove ignitors Clean and Reinstall.