**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), VITOL HOLDING, CO., VITOL VI and ANDREW CANNING,<br><br>　　　　　Defendants. | CASE NO. 1:21-CV-00312<br><br>**BREACH OF CONTRACT**<br><br><u>JURY TRIAL DEMANDED</u> |

**<u>PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S VOLUNTARY DISCLOSURES PURSUANT TO RULE 26</u>**

**COMES NOW,** Plaintiff, **PETRO INDUSTRIAL SOLUTIONS, LLC**, by and through undersigned counsel and provides Voluntary Disclosures pursuant to Rule 26 as follows:

**<u>Persons with knowledge of this incident and how it has affected Plaintiff</u>:**

Couvy Hodge, Maintenance Manager-STT
Address Unknown
Telephone No. (340) 514-5784
Has knowledge of quality of work and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

Chetram Persaud, Project Manager
41 Little Fountain, PO Box 26303
Christiansted, VI 00824
Telephone No. (340) 626-3622
Has knowledge of harassment and discrimination and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

Frank Kirsch, Safety Manager
9050 Little Princess
Christiansted, VI 00820
Telephone No. (281) 635-2057
Has knowledge of harassment and discrimination and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

**LEE J, ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET. AL., CASE NO. 1:21-CV-00312,
PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S VOLUNTARY DISCLOSURES PURSUANT TO RULE 26
Page 2**

Elias Rivera, Foreman
Extension Coqui Calle Pitirre #30
Aguirre, PR 00704
Telephone No. (787) 367-6056
Has knowledge of harassment and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

Calvin Schmidt, Maintenance Manager – STX
Address Unknown
Telephone No. (340) 690-5341
Has knowledge of quality of work and harassment and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony

Javiere Vasquez Green, Quality Control Manager
9109 Castle Coakley, Suite 5
Christiansted, VI 00820
Telephone No. (939) 425-6628
Has knowledge of proper certifications and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

Daniel Martinez, Welder
9109 Castle Coakley, Suite 5
Christiansted, VI 00820
Telephone No. (787) 690-4146
Has knowledge of proper certifications and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

Edgardo Batista, Welder
9109 Castle Coakley, Suite 5
Christiansted, VI 00820
Telephone No. (787) 367-6056
Has knowledge of proper certifications and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

Merlin Figueria, General Manager – IPOS
PO Box 303388
St. Thomas, VI 00803
Telephone No. (340) 474-2248
Has knowledge of Petro's qualifications and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET. AL., CASE NO. 1:21-CV-00312,**
**PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S VOLUNTARY DISCLOSURES PURSUANT TO RULE 26**
**Page 3**

Lance Plowderill, Welder-Inspector
1095 Anchor Rd
Angleton, TX 77515
Telephone No. (337) 354-9467
Has knowledge regarding quality of welds and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

Guillermo Castro, Inspector
Address Unknown
Telephone No. (957)382-8883
Has knowledge regarding quality of welds and whatever facts that may be revealed through discovery including, but not limited to, deposition testimony.

**Relevant Documents:**

A Stipulated Confidentiality Agreement and Agreed Protective Order is enclosed for your review.

1. Emails regarding Maintenance Agreement dated September 10, 2020 produced and attached hereto as Bates No. PIS000001.
2. Maintenance Contract dated September 1, 2019 produced and attached hereto as Bates Nos. PS000002 – PS000007.
3. Work Order dated January 13, 2021 produced and attached hereto as Bates No. PIS000008.
4. Virgin Islands Water & Power Authority Security Guard Log Sheet produced and attached hereto as Bates No. PIS000009.
5. Invoice to IPOS, LLC dated January 19, 2021 produced and attached hereto as Bates Nos. PIS000010 – PIS000011.
6. Emails regarding RIO Shades dated January 21, 2021 produced and attached hereto as Bates Nos. PIS000012 – PIS000013.
7. Emails regarding updated AR produced and attached hereto as Bates Nos. PIS000014 – PIS000017.
8. Emails regarding RIO panels produced and attached hereto as Bates No.

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET. AL., CASE NO. 1:21-CV-00312,**
**PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S VOLUNTARY DISCLOSURES PURSUANT TO RULE 26**
**Page 4**

    PIS000018.

9. Emails regarding List of Jobs Completed dated January 29, 2021 produced and attached hereto as Bates No. PIS000019.

10. Emails regarding disputed timesheet 3460 with attachment produced and attached hereto as Bates Nos. PIS000020 – PIS000024.

11. Emails regarding Andrew's fall in St. Thomas produced and attached hereto as Bates Nos. PIS000025 – PIS000026.

12. Emails regarding Requisition Requote with attachment produced and attached hereto as Bates No. PIS000027 – PIS000028.

13. Emails regarding Vent Line Project/Pipe Data Sheet dated March 31, 2021 with Welding Procedure Specifications attachments produced and attached hereto as Bates Nos. PIS000029 – PIS000053.

14. Email response continued regarding Vent Line Project/Pipe Data Sheet produced and attached hereto as Bates Nos. PIS000054 – PIS000060.

15. Email exchange regarding Testing requirements produced and attached hereto as Bates Nos. PIS000061 – PIS000067.

16. Letter from IPOS regarding Maintenance Contract Termination dated July 28, 2021 produced and attached hereto as Bates No. PIS000068.

17. Letter to Petro Industrial from Guillermo Castro dated July 29, 2021 with referenced Welder Performance Qualification Record (WPQ) produced and attached hereto as Bates Nos. PIS000069 – PIS000075.

18. Emails regarding Past Due Invoices produced and attached hereto as Bates Nos. PIS000076 – PIS000077.

19. Email regarding past due invoices produced and attached hereto as Bates Nos. PIS000078 – PIS000079.

20. Letter from IPOS Dave Smith General Manager dated August 27, 2021 regarding Maintenance Contract produced and attached hereto as Bates Nos. PIS000080 – PIS000082.

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET. AL., CASE NO. 1:21-CV-00312,**
**PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S VOLUNTARY DISCLOSURES PURSUANT TO RULE 26**
**Page 5**

21. Emails regarding updated AR dated October 13, 2021 produced and attached hereto as Bates Nos. PIS000083 – PIS000105.

22. Spreadsheet of invoices updated September 30, 2021 produced and attached hereto as Bates No. PIS000106.

23. Spreadsheet of invoices dated January 15, 2021 produced and attached hereto as Bates No. PIS000107.

**Damages:**

Plaintiff suffered loss of income, loss of opportunity, loss of reputation and business opportunities, and suffered damages. An economist will be retained to calculate economic damages.

In addition, discovery is in its preliminary stages and Plaintiff does not know the specific identities of all witnesses. Plaintiff reserves the right to identify additional persons with knowledge and relevant documents that support plaintiff's claim.

RESPECTFULLY SUBMITTED
LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff

DATED: January 10, 2022         BY:   /s/ *Lee J. Rohn*
                                      Lee J. Rohn, Esq.
                                      VI Bar No. 52
                                      1108 King Street, Suite 3 (mailing)
                                      56 King Street, Third Floor (physical)
                                      Christiansted, St. Croix
                                      U.S. Virgin Islands 00820
                                      Telephone: (340) 778-8855
                                      lee@rohnlaw.com

PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, ET. AL., CASE NO. 1:21-CV-00312,
PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S VOLUNTARY DISCLOSURES PURSUANT TO RULE 26
Page 6

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on January 10, 2022, I caused a true and correct copy of **PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S VOLUNTARY DISCLOSURES PURSUANT TO RULE 26** to be served via electronic mail upon**:**

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email Address: carl@beckstedtlaw.com;
tarsha@beckstedtlaw.com;
jamie@beckstedtlaw.com
     Attorney For: VITOL Holding, CO.,
VITOL VI

Simone Francis, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
     Attorney For: Island Project and Operating Services, LLC

BY:  /s/ *Lee J. Rohn*          (raw)