## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br><br><br><u>JURY TRIAL DEMANDED</u> |

## <u>ORDER</u>

**THIS MATTER** having come before the Court on Plaintiff's **UNOPPOSED MOTION FOR EXTENSION OF TIME** dated March 4, 2024, and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Motion is **GRANTED**, and further;

**ORDERED** that Plaintiff shall have up to and including April 7, 2024, to file its response to Defendants' OPTIS Europe, Ltd. and Andrew Canning's Motion for Summary Judgment.

**SO ORDERED** this _____ day of _____ 2024.

_____
**Wilma A. Lewis, USDJ**