# Petro Industrial Solutions, LLC.

Site-Specific Safety Plan

## Incident/Property Damage Report Form

Reported By __Chad Persaud__ Dept. __Supr__

Date __2/15/21__

Date of Incident __2/11/21__ Time of Incident __10:00__ a.m. _____ p.m.

Location of Incident __St. Thomas IPOS facility - Bathroom__

Was TSS Dept. Notified? Yes ☑ No ☐    Security Dept? Yes ☐ No ☐

**Incident Report**
Please provide a brief description of the type of damage:

~~Injury~~ to Person __Andrew Canning__

~~Damage~~ to Property __Boiler room access platform__

Other (describe) _____

~~Name of Party~~ _____ Phone _____

Address (include complete address, with street ~~address, city, state and~~ zip)
_____

~~Driver's License No.~~ _____ ~~Vehicle License No.~~ _____

Briefly Describe What Happened:
__Andrew claimed to have fallen through the grading of the platform to the boiler. Chad was call up to the control room__ ✱

Witnesses:
Name _____ Address _____

Phone _____

Name _____ Address _____

Phone _____

**EXHIBIT 13**

PIS007557

✱ by Andrew Cennedy. Chad was in the pump alley. Once he arrived, Andrew in an upset manner told Chad that he had fallen through the platform because of substandard bullshit work. Chad, accompanied by JPOS Supervision Grainger, went to the boiler room to investigate. Chad went up the platform to check Andrew's claim of substandard work/welding only to confirm that additional fastener clips were needed. The additional fastner clips had already been ordered and had advised JPOS Supervisor of the matter.

The fastners clips were acquired this past weekend and have already been installed.

*[signature]*
2/15/21

PIS007558

Andrew fell

**Adrian Melendez**

**From:** Merlin Figueira <mef@vtti.com>
**Sent:** Friday, February 12, 2021 9:58 AM
**To:** Adrian Melendez
**Cc:** David Smith
**Subject:** Re: St Thomas

Ok thanks Adrian

Sent via the Samsung Galaxy S20+ 5G, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Adrian Melendez <adrian@petroindustrial.us>
**Sent:** Friday, February 12, 2021 9:37:39 AM
**To:** Merlin Figueira <mef@vtti.com>
**Cc:** David Smith <dsm@vtti.com>
**Subject:** Re: St Thomas

Merlin,
One last thing Andrew shouted out I fell to mention in the prior email. He stated he was going to sue Petro and IPOS because he fell through the platform.

Sorry gents.

Adrian Melendez
Project Manager

956-605-4142

> On Feb 11, 2021, at 6:37 PM, Merlin Figueira <mef@vtti.com> wrote:
>
> Adrian, today was difficult for us considering the situation that occurred. We are reviewing the incident and once we have finalized our findings we will revert.
> Thanks for your report on the aftermath of the incident.
> Regards,
> Merlin
>
> Sent via the Samsung Galaxy S20+ 5G, an AT&T 5G smartphone
> Get Outlook for Android
>
> ---
>
> **From:** Adrian Melendez <adrian@petroindustrial.us>
> **Sent:** Thursday, February 11, 2021 6:14:09 PM
> **To:** Merlin Figueira <mef@vtti.com>; David Smith <dsm@vtti.com>
> **Subject:** St Thomas

1

**PIS000025**

Good evening gents,

This is not to lessen the near mess that happened this morning and St Thomas; but I did want to make you guys aware of the interaction that happen afterwards.

Andrew confronted Chad about him falling through the grading of the platform on top of the boiler. Andrew calling our work "bullshit work" and our welding "substandard" and has no place at the facility. Chad went down to the boiler room and met Corey and Granger which were already investigating the incident. Chad says that they went up on the platform to check what welding Andrew was speaking of and realize that it was not the welding and only needed additional fastener clips. Chad then went back to the Control Room to talk to Andrew and this time Frank, our safety, get verbally attacked by Andrew too. Andrew calls Frank over by saying "hey you safety guy, I fell through a platform because of bullshit work that petro did. How could you guys consider yourself a welding company when all your work is substandard." At one point Andrew was yelling at Frank so loud that Frank had to tell him "I don't need this shit" and had to walk out of Andrew's office to avoid any more confrontation.

The reason I'm emailing you guys this is because I believe this was not professional. To be told that our company is "substandard" and that our work is "bullshit work" front of not only our employees but could be heard my IPOS employees too.

Last thing, for whatever it's worth, David Nagle did tell Chad and Frank that Andrew was jumping up and down on the platform to check its integrity.

Sorry for the nagging gentlemen, good night.

Adrian Melendez
Project Manager
956-605-4142

IMPORTANT: This e-mail (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our explicit consent. If you have received it in error, please contact us immediately by return e-mail. Please then delete it and do not disclose its contents to any other person. VTTI B.V. is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. Emails addressed to anyone of VTTI B.V. are communications to the firm and are not private or confidential to any named individual.

IMPORTANT: This e-mail (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our explicit consent. If you have received it in error, please contact us immediately by return e-mail. Please then delete it and do not disclose its contents to any other person. VTTI B.V. is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. Emails addressed to anyone of VTTI B.V. are communications to the firm and are not private or confidential to any named individual.

PIS000026