# Adrian Melendez

| | |
|---|---|
| **From:** | Adrian Melendez |
| **Sent:** | Thursday, April 15, 2021 9:31 AM |
| **To:** | Merlin Figueira; 'Matthias A. Clarke' |
| **Cc:** | Hanief Aziz; Larry J. Mondy; Sebastian Moretti; Charlotte Pratt Horowitz; 'Andrew Canning'; Chad Persaud |
| **Subject:** | 3" SS Vent line project |
| **Attachments:** | WPS-Comb-SMAW-GTAW.pdf; WPS-GTAW (Tig).pdf; WPS-SMAW (Stick).pdf; WPS-SMAW (Structural).pdf; WPQ-All Petro Welders-WAPA-IPOS.pdf |

Good morning Team,

Please find Petro's welding procedures and welder's quals for your review.

Thank you,

Adrian Melendez
Project Manager
(956) 605-4142



EXHIBIT 16

1

PIS000862