*Castro & LoPQ*

July 29, 2021

To: Petro Industrial

My name is Guillermo Castro and I am an independent contractor with my own business that approves and test welds for different independent clients.

Recently I worked in Puerto Rico from January to May 2021 for an independent client. Adrian Melendez from Petro Industrial contact me to test & qualify a few welders that I personally qualified three years ago at Limetree Bay. I tested six welders for Adrian, at my Client's shop in Puerto Rico, but unfortunately did not have the original Quals under Acuren saved and to re-certify the previous reports I had to adjust the old welders' quals and changed the welders' tensile number, the qualification date, and the four test coupons. I gave Petro Industrial a welder's qualification certificate for each welder, which all welders passed, in lieu of a PAUT report. No qualification reports were created due to each welder was just testing to re-qualifiy. Should you need me to come to St. Croix to recertify the welders I'm willing to do so.

On another note, I will be leaving on a project overseas and will have very limited internet access. Please use this letter as my communication on this matter.

Regards,

Guillermo Castro
gcastrod0@gmail.com

EXHIBIT 18

PIS000069