### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

PETRO INDUSTRIAL SOLUTIONS, LLC
(PETRO),

        Plaintiff,

        vs.

ISLAND PROJECT AND OPERATING
SERVICES, LLC, VITOL US HOLDING II
CO., VITOL VIRGIN ISLANDS CORP,
ANDREW CANNING and OPTIS
EUROPE, LTD.,

        Defendants.

CASE NO. 1:21-CV-00312

**BREACH OF CONTRACT**

<u>JURY TRIAL DEMANDED</u>

### PLAINTIFF PETRO INDUSTRIAL SOLUTIONS, LLC'S RESPONSES TO DEFENDANT VITOL VIRGIN ISLANDS CORP.'S FOURTH SET OF INTERROGATORIES

**COMES NOW** Plaintiff, PETRO, and responds to Defendant VITOL's Fourth Set

of Interrogatories as follows:

12.    Describe in detail when, how, and in what manner Petro first became aware of

the VTTI specifications produced at PIS000830-PIS000860, VITOL011403-

VITOL011410, and IPOS004956-IPOS004964.

**Response:**

VITOL011403-VITOL011410 – Petro was not aware of it until it was produced in

this matter.

PIS000830-PIS000860 – Emailed to Petro on 9/26/20 by Andrew Canning

IPOS004956-IPOS004964 - Emailed to Petro on 9/26/20 by Andrew Canning

**EXHIBIT**
**19**

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, LLC, ET. AL., CASE NO. 1:21-CV-00312,
PLAINTIFF PETRO'S RESPONSES TO DEFENDANT VITOL'S FOURTH SET OF
INTERROGATORIES**
Page 2

13.    Describe the development, adoption, and use of the Petro Quality Control

Manual produced at PIS000132-PIS000172, including a list of all Petro

employees who received or signed any portion of that document.

**Response:**

The quality control manual was developed and adopted on 9/6/2018 while

working at Lime Tree Bay terminals.

List of Petro Employees who have received the manual:

Adrian Melendez Jr.

Chetram Persuad

Javier Vazquez

Adrian Melendez Sr.


14.    Describe the re-testing or re-certification process completed by the Petro welders

in 2021, including why the welders were re-tested, who initiated the re-testing,

and why Petro or the welders selected Guillermo Castro to perform the re-testing.

**Response:**

Petros' welders were re-tested in early 2021 because it had been more than a

year since the welders had logged a weld for Petro. Petro initiated the retesting.

Guillermo Castro was used because he was the original inspector to test the

same welders in Lime Tree Bay Terminals originally.


15.    Identify where, when, and by which person at which company you contend each

of Daniel Martinez, Edgardo Batista, Bernardo Cruz, George Rodriguez,

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, LLC, ET. AL., CASE NO. 1:21-CV-00312,
PLAINTIFF PETRO'S RESPONSES TO DEFENDANT VITOL'S FOURTH SET OF
INTERROGATORIES**
Page 3

Fernando Lebron, Jonathan Rodriguez, and Richael Philips were originally tested
and qualified as welders.

**Response:**

All the named welders were originally tested and certified at Lime Tree Bay while
working in the terminals.


16.    Identify by Bates number the original Procedure Qualification Records and
Welder Performance Qualifications for each of Daniel Martinez, Edgardo Batista,
Bernardo Cruz, George Rodriguez, Fernando Lebron, Jonathan Rodriguez, and
Richael Philips.

**Response:**

The original qualification test by the above welders were performed inside
Limetree Bay Terminals at their request and cost.  Unfortunately, Petro does not
have the original records and only has a continuity log for each welder to track
welds from then after.

The following are the bates numbers of the re-testing done in 2021:

Daniel Martinez - Bates No. PIS000192

Edgardo Batista - Bates No. PIS000070

Bernardo Cruz - Bates No. PIS000071

George Rodriguez - Bates No. PIS000072

Fernando Lebron - Bates No. PIS000073

Jonathan Rodriguez - Bates No. PIS000074

Richael Philips - Bates No. PIS000075

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, LLC, ET. AL., CASE NO. 1:21-CV-00312, PLAINTIFF PETRO'S RESPONSES TO DEFENDANT VITOL'S FOURTH SET OF INTERROGATORIES**
**Page 4**

17.    List the dates on which Daniel Martinez, Edgardo Batista, Bernardo Cruz, George Rodriguez, Fernando Lebron, Jonathan Rodriguez, and Richael Philips went to Puerto Rico in 2021 to be re-tested by Guillermo Castro.

**Response:**

Daniel Martinez – Not tested in 2021 because Petro had in its possession the continued weld logging such that retesting was not necessary.

Edgardo Batista – 2/16/21

Bernardo Cruz – 2/16/21

George Rodriguez – 2/16/21

Fernando Lebron – 3/30/21

Jonathan Rodriguez – 3/20/21

Richael Philips – 3/17/21


18.    Please provide all contact information – all phone numbers, emails, addresses – that Petro or Adrian Melendez have for Guillermo Castro.

**Response:**

Guillermo Castro, Inspector

Telephone No. (951) 382-8866

Email Address: gcastrod0@gmail.com

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, LLC, ET. AL., CASE NO. 1:21-CV-00312,
PLAINTIFF PETRO'S RESPONSES TO DEFENDANT VITOL'S FOURTH SET OF
INTERROGATORIES**
**Page 5**

RESPECTFULLY SUBMITTED

LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff


DATED:  July 14, 2023                    BY:   /s/ *Lee J. Rohn*
                                              Lee J. Rohn, Esq.
                                              VI Bar No. 52
                                              1108 King Street, Suite 3 (mailing)
                                              56 King Street, Third Floor (physical)
                                              Christiansted, St. Croix
                                              U.S. Virgin Islands 00820
                                              Telephone: (340) 778-8855
                                              lee@rohnlaw.com

PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, LLC, ET. AL., CASE NO. 1:21-CV-00312,
PLAINTIFF PETRO'S RESPONSES TO DEFENDANT VITOL'S FOURTH SET OF
INTERROGATORIES
Page 6

## CERTIFICATION

I, __Adrian Melendez__, pursuant to 28 U.S.C. § 1746, declare under penalty of

perjury that the foregoing responses to Interrogatories are true and correct.

DATED: __Jul 13, 2023__                        BY: *Adrian Melendez*
                                                   Adrian Melendez (Jul 13, 2023 12:54 EDT)
                                                   **Petro Industrial Solutions, LLC**

**PETRO INDUSTRIAL SOLUTIONS, LLC V. IPOS, LLC, ET. AL., CASE NO. 1:21-CV-00312,**
**PLAINTIFF PETRO'S RESPONSES TO DEFENDANT VITOL'S FOURTH SET OF**
**INTERROGATORIES**
**Page 7**

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on  July 14, 2023, I caused a true and correct copy of **PLAINTIFF PETRO'S RESPONSES TO DEFENDANT VITOL'S FOURTH SET OF INTERROGATORIES** to be served via electronic mail upon:

Alex Kaplan
Susman Godfrey
1000 Louisiana St., Suite 5100
Houston, TX  77002
Email Address: akaplan@susmangodfrey.com
    Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Andrew  C. Simpson, Esq.
Andrew C. Simpson, P.C.
2191 Church Street, Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com; coralbrief@gmail.com; jaycie.jorgensen@gmail.com
    Attorney For: Andrew Canning and OPTIS Europe, Ltd.

Carl A. Beckstedt, III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, USVI  00820
Email Address: carl@beckstedtlaw.com; tarsha@beckstedtlaw.com
    Attorney For: Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Y.  Gloria Park, Esq.
Sarah Hanningan, Esq.
Susman Godfrey, LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
Email Address: shannigan@susmangodfrey.com; GPark@susmangodfrey.com
    Attorney For: Vitol US Holding Co., Vitol Virgin Islands Corp. and VITOL US Holding II Co.

Simone Francis, Esq
Ogletree, Deakins, Nash, Smoak & Stewart, LLC
The Tunick Building, Suite 201
1336 Beltjen Road
St. Thomas, VI  00802
Email Address: simone.francis@ogletreedeakins.com
    Attorney For: Island Project and Operating Services, LLC

BY:   /s/ *Lee J. Rohn*                    (raw)