## Welder Performance Qualification Record (WPQ)

**Welder's Name:** Edgardo Batista    **ID. #** 9325    **Stamp #** EB (74)
**WPS No.:** PISL-GTAW-SS
**Welding Process(es):** Gas Tungsten Arc Welding (GTAW)    **Type:** Manual
**Base Material(s):** SA-106 Gr. B    **To** SA-106 Gr. B    **Thickness** 0.147"

| Manual or Semi-Automatic Variables for Each Process | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P- No. | P1 to P1 | P1 to P15E |
| ☐ Plate  ☒ Pipe (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 / - | 5.18 / - |
| Filler Metal Group No. — Root/Fill | 6 / - | 6 / - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness  F 6 | 0.147" / - | 0.294" Maximum / - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks:* * Total weld length: 7.93"

### Guide Bend Test Results

| - Side | X Trans. Root (R) & Face (F) | Long. Root & Face | Results |
|---|---|---|---|
| - | T-011419-74-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-74-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-74-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-74-F2-Figure QW-462.3 (a) | | Acceptable |

**Radiographic Test Results:** None
**Visual Examination Results:** Face: Acceptable   Root: Acceptable
**Welding Test Conducted By:** Guillermo Castro, LIII
**Mechanical Tests Conducted By:** Acuren Inspection Services    **Laboratory Test No.** PAUT021621-EB

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

**Organization:** Petro Industrial Solutions, LLC
**By:** Adrian Melendez Jr., PM    **Date:** 02/19/2021

EXHIBIT 21

PIS000070

## Welder Performance Qualification Record (WPQ)

**Welder's Name:** Bernardo Cruz    **ID. #** 9788    **Stamp #** BC (45)
**WPS No.:** PISL-GTAW-SS
**Welding Process(es):** Gas Tungsten Arc Welding (GTAW)    **Type:** Manual
**Base Material(s):** SA-106 Gr. B    **To** SA-106 Gr. B    **Thickness** 0.147"

| Manual or Semi-Automatic Variables for Each Process | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| [X] Pipe (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Root/Fill | 5.18 | 5.18 |
| Filler Metal Specification (SFA) Classification | - | - |
| Root/Fill | 6 | 6 |
| Filler Metal Group No. | - | - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness (F 6) | 0.147" | 0.294" Maximum |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks:* * Total weld length: 7.99"

Bernardo Cruz

### Guide Bend Test Results

| - Side | X Trans. Root (R) & Face (F) | Long. Root & Face | Results |
|---|---|---|---|
| - | T-011419-45-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-45-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-45-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-45-F2-Figure QW-462.3 (a) | | Acceptable |

**Radiographic Test Results:** None
**Visual Examination Results:** Face: Acceptable    Root: Acceptable
**Welding Test Conducted By:** Guillermo Castro, LIII
**Mechanical Tests Conducted By:** Acuren Inspection Services    **Laboratory Test No.** PAUT021621-BC

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

**Organization:** Petro Industrial Solutions, LLC
**By:** _[signature]_ Adrian Melendez Jr., PM    **Date:** 02/19/2021

PIS000071

# Welder Performance Qualification Record (WPQ)

| Field | Value |
|---|---|
| Welder's Name | George Rodriguez |
| ID. # | 6471 |
| Stamp # | JR (10) |
| WPS No. | PISL-GTAW-SS |
| Welding Process(es) | Gas Tungsten Arc Welding (GTAW) |
| Type | Manual |
| Base Material(s) | SA-106 Gr. B  To  SA-106 Gr. B |
| Thickness | 0.147" |

| Manual or Semi-Automatic Variables for Each Process | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| Plate [ ]  Pipe [X] (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 / - | 5.18 / - |
| Filler Metal Group No. — Root/Fill | 6 / - | 6 / - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness — F 6 | 0.147" / - | 0.294" Maximum / - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks: * Total weld length: 7.98"

## Guide Bend Test Results

| Side [-] | Trans. Root (R) & Face (F) [X] | Long. Root & Face [ ] | Results |
|---|---|---|---|
| - | T-011419-10-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-10-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-10-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-011419-10-F2-Figure QW-462.3 (a) | | Acceptable |

Radiographic Test Results: None
Visual Examination Results: Face: Acceptable  Root: Acceptable
Welding Test Conducted By: Guillermo Castro, LIII
Mechanical Tests Conducted By: Acuren Inspection Services
Laboratory Test No. PAUT021621-JR

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

Organization: Petro Industrial Solutions, LLC

By: _Adrian Melendez Jr., PM_

Date: 02/19/2021

**PIS000072**

# Welder Performance Qualification Record (WPQ)

**Welder's Name:** Fernando Lebron  **ID. #** 2151  **Stamp #** FL (52)
**WPS No.** PISL-GTAW-SS
**Welding Process(es):** Gas Tungsten Arc Welding (GTAW)  **Type** Manual
**Base Material(s):** SA-106 Gr. B  **To** SA-106 Gr. B  **Thickness** 0.147"

| Manual or Semi-Automatic Variables for Each Process | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P- No. | P1 to P1 | P1 to P15E |
| Plate [ ]  Pipe [X] (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 / - | 5.18 / - |
| Filler Metal Group No. — Root/Fill | 6 / - | 6 / - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness (F 6) | 0.147" / - | 0.294" Maximum / - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks:* * Total weld length: 7.95"

## Guide Bend Test Results

| Side | X Trans. Root (R) & Face (F) | Long. Root & Face | Results |
|---|---|---|---|
| - | T-112118-52-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-112118-52-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-112118-52-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-112118-52-F2-Figure QW-462.3 (a) | | Acceptable |

**Radiographic Test Results:** None
**Visual Examination Results:** Face: Acceptable  Root: Acceptable
**Welding Test Conducted By:** Guillermo Castro, LIII
**Mechanical Tests Conducted By:** Acuren Inspection Services  **Laboratory Test No.** PAUT033021-FL

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

**Organization:** Petro Industrial Solutions, LLC
**By:** Adrian Melendez Jr., PM  **Date:** 04/01/2021

**PIS000073**

# Welder Performance Qualification Record (WPQ)

**Welder's Name:** Jonathan Rodriguez    **ID. #** 7145    **Stamp #** JR2 (49)
**WPS No.** PISL-GTAW-SS
**Welding Process(es):** Gas Tungsten Arc Welding (GTAW)    **Type:** Manual
**Base Material(s):** SA-106 Gr. B    **To:** SA-106 Gr. B    **Thickness:** 0.147"

## Manual or Semi-Automatic Variables for Each Process

| Variable | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| Plate [ ]  Pipe [X] (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 | 5.18 |
|  | - | - |
| Filler Metal Group No. — Root/Fill | 6 | 6 |
|  | - | - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness   F 6 | 0.147" | 0.294" Maximum |
|  | - | - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks:* * Total weld length: 7.91"

## Guide Bend Test Results

| Side [-] | [X] Trans. Root (R) & Face (F) | [ ] Long. Root & Face | Results |
|---|---|---|---|
| - | T-052918-49-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-052918-49-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-052918-49-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-052918-49-F2-Figure QW-462.3 (a) | | Acceptable |

**Radiographic Test Results:** None
**Visual Examination Results:** Face: Acceptable    Root: Acceptable
**Welding Test Conducted By:** Guillermo Castro, LIII
**Mechanical Tests Conducted By:** Acuren Inspection Services    **Laboratory Test No.** PAUT033021-JR2

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

**Organization:** Petro Industrial Solutions, LLC
**By:** Adrian Melendez Jr., PM    **Date:** 04/01/2021

**PIS000074**

# Welder Performance Qualification Record (WPQ)

| | | | | |
|---|---|---|---|---|
| **Welder's Name** | Richael Philips | **ID. #** 4799 | **Stamp #** RP (51) | |
| **WPS No.** | PISL-GTAW-SS | | | |
| **Welding Process(es)** | Gas Tungsten Arc Welding (GTAW) | | **Type** Manual | |
| **Base Material(s)** | SA-106 Gr. B    **To**    SA-106 Gr. B | | **Thickness** 0.147" | |

| Manual or Semi-Automatic Variables for Each Process | Actual Values | Range Qualified |
|---|---|---|
| Backing | F6- Without | F6-With/Without |
| ASME P-No. To P-No. | P1 to P1 | P1 to P15E |
| Plate [ ]   Pipe [X]  (enter diameter, if pipe) | 1/2" | 1/2" NPS Minimum |
| Filler Metal Specification (SFA) Classification — Root/Fill | 5.18 | 5.18 |
|  | - | - |
| Filler Metal Group No. — Root/Fill | 6 | 6 |
|  | - | - |
| Filler Metal Product Form | Solid Rod | Solid Rod |
| Consumable Insert for GTAW or PAW | None | None |
| Weld Deposit Thickness — F 6 | 0.147" | 0.294" Maximum |
|  | - | - |
| Welding Position | 6G (Three Coupon)* | All |
| Maximum Deposition Rate | N/A | |
| Welding Progression (Uphill/ Downhill) | Uphill | Uphill |
| Backing Gas for GTAW, PAW, GMAW or FCAW/G | None | With/ Without Argon |
| GMAW Transfer Mode | N/A | N/A |
| FCAW/ GTAW Welding Current Type/ Polarity | DC/ EN | DC/EN |

*Remarks:* * Total weld length: 7.91"

## Guide Bend Test Results

| Side [-] | Trans. Root (R) & Face (F) [X] | Long. Root & Face | Results |
|---|---|---|---|
| - | T-082118-51-R1-Figure QW-462.3 (a) | | Acceptable |
| - | T-082118-51-R2-Figure QW-462.3 (a) | | Acceptable |
| - | T-082118-51-F1-Figure QW-462.3 (a) | | Acceptable |
| - | T-082118-51-F2-Figure QW-462.3 (a) | | Acceptable |

**Radiographic Test Results:** None

**Visual Examination Results:**   Face: Acceptable    Root: Acceptable

**Welding Test Conducted By:** Guillermo Castro, LIII

**Mechanical Tests Conducted By:** Acuren Inspection Services    **Laboratory Test No.** PAUT031721-RP

We certify that the statements in this record are correct and that the test coupons were prepared, welded, tested in accordance with the requirements of ASME Section IX/2013

**Organization:** Petro Industrial Solutions, LLC

**By:** _Adrian Melendez Jr., PM_    **Date:** 3/22/2021

**PIS000075**