Message

From: Andrew Canning [Andrew.Canning@optis.co.uk]
Sent: 7/20/2021 4:51:41 PM
To: David Smith [dsm@vtti.com]
Subject: RE: IPOS Welders Certification
Sensitivity: Company Confidential

David,

I did respond but perhaps a pre-meeting discussion to review the evidence and situation would be useful.

Regards

Andrew

**From:** David Smith <dsm@vtti.com>
**Sent:** 20 July 2021 21:47
**To:** Andrew Canning <Andrew.Canning@optis.co.uk>; Garry Stoker <gst@vtti.com>
**Subject:** Re: IPOS Welders Certification
**Sensitivity:** Confidential

Hi Andrew,
I sent you a separate email earlier. Can we have a call you and I then meeting adding Merlin and Terry?

Regards

Get Outlook for iOS

**From:** Andrew Canning <Andrew.Canning@optis.co.uk>
**Sent:** Tuesday, July 20, 2021 4:09:10 PM
**To:** Garry Stoker <gst@vtti.com>
**Cc:** David Smith <dsm@vtti.com>
**Subject:** IPOS Welders Certification

Garry,

Further to our conversation this morning, I am now as certain as I can be that the welders certification (WPQ) presented by Petro Industrial Services are not genuine:

- The WPQ documents for the welders (attached) have been edited (you can clearly see the font difference and clarity change if you zoom in this looks to be a basic PDF edit of a PDF scan):
  - Welders name
  - Stamp number
  - Laboratory test number
  - Signature date
  - Signature description (PM was the grade for one of the company owners Adrian Melendez when he worked at Lime tree – where I suspect these forms came from)
  - Misplaced name typed in the remarks section for Bernardo Cruz (PDF editor cursor error)
- Mechanical test conducted by:
  - Welding test conducted by Guillermo Castro LIII (I spoke with the manager of Acuren Inspection Services today in Louisiana who was very helpful):
- There is no record of Guillermo Castro within their current or recent employee roll (LinkedIn has him in Japan for over 2 years)

EXHIBIT 29

CONFIDENTIAL                                                                                                                                    IPOS 007845

- Acuren did not have any inspectors on the island in 2021 the company having left in 2020 when the NDT contract moved to Versa
  - Mechanical test conducted by: Acuren Inspection Services:
    - Even if they had inspectors they did not have the equipment to perform the referenced bend test or pull test
    - Laboratory test number starts with a PAUT which suggests that it was a phase array examination not a mechanical test as referenced – I left the manager with the number to see if he could find any reference.
- The welding procedure qualification procedure for the asset is very clear (document 1309-M03-403-104 section 2.12 and subsections 2.12.2 and 2.12.3) on the processes that should be followed for welding (see document attachment).
- What started me looking into the certification was the number of defects in the welds for the replacement 3inch stainless steel vent lines from the WAPA gas turbines:
  - GT17 shows x-ray defects in 63% of the weld shots taken (across all welders) – these files are too large to attach
  - GT20 shows x-ray defects in 52% of the weld shots taken (across all welders) – these files are too large to attach

At best this falsification puts VTTI in a very embarrassing position with VITOL and WAPA at worst it compromises the lack of quality assurance compromises the integrity of the asset not only for this work but all other fabrication undertaken by this particular team and possibly other previous fabrications undertaken by PIS 'certified welders'. Even worse is the potential affect on the supply of propane to WAPA which could require a full stoppage during the replacement of the compromised systems.

I hope the foregoing summarises my concerns adequately and the findings of a brief review of the facts.

Regards

Andrew

IMPORTANT: This e-mail (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our explicit consent. If you have received it in error, please contact us immediately by return e-mail. Please then delete it and do not disclose its contents to any other person. VTTI B.V. is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. Emails addressed to anyone of VTTI B.V. are communications to the firm and are not private or confidential to any named individual.