| From: | Andrew Canning <Andrew.Canning@optis.co.uk> |
|---|---|
| Sent: | Friday, January 22, 2021 9:44 AM |
| To: | David Smith; Merlin Figueira |
| Subject: | RIO Shade Progress |
| | |
| Sensitivity: | Confidential |

Gentlemen,

It has become evident over the last two weeks that the three man team (week 1) and then an augmented five man team (week2) set on by PIS to do the RIO shades are struggling for many reasons to make what I consider to be reasonable progress. To date it has taken 2 x 4 day weeks to install two louvre shade assemblies on the boiler room sampler panel and RIO panel which comprises:

Sampler panel (north side)

- Welding 4 right angle brackets (approximately 12 fillet weld inches) 1 seam weld (approximately 12 fillet weld inches).
- Four in number single bolt track clamps (lower track)
- Installing 1 free standing upright support requiring drilling and fitting three 3/8 epoxy stud bolt and two frame bolts
- Six upper track bolts requiring drilling of stainless steel track fitting and bolting up
- Fitting up and drilling 16 holes in the aluminium louvre panel and securing the louvre to the louvre frame using a combination of 32 stainless steel nut bolt and washers
- Aligning and bolting up 4 x 2 bolt slider wheel assemblies

RIO panel (east side)

- Welding 5 seam welds (approximately 1 x 9 inch, 4 x 2 inch) two circumferential fillet welds (approximately 2 x 6 inches)
- Four in number single bolt track clamps (lower track)
- Six upper track bolts requiring drilling of stainless steel track fitting and bolting up
- Fitting up and drilling 16 holes in the aluminium louvre panel and securing the louvre to the louvre frame using a combination of 32 stainless steel nut bolt and washers
- Aligning and bolting up 4 x 2 bolt slider wheel assemblies

There have been numerous occurrences over the two weeks that would appear to have been instigated intentionally to stall the progress of the installation:

- Poor timekeeping – it was made clear from the start of the work that there was no justification in working more than the regular 8 hour Monday to Friday day shift for the installation however the following are a sample of the poor timekeeping practices:
  - Wednesday 13th January 2021 (day 1) I received a call from Chad at 07:41 to say that the PR team had been called out the Cruzian rum to fix a leak and they would not be on site until around 09:30. They arrived at 09:45, had a 1 hour lunch break, a 30 minute afternoon and left at around 15:10. They submitted a timesheet for 8 hours which was rejected and the hours marked down to 6 which was generous given the actual site hours.
  - Thursday 14th January 2021 (day 2) arrival on site after 07:30. During the morning the supervisor had mentioned that he needed to use the bathroom at their accommodation. At around 09:00 the whole crew left site for 40 minutes. Work stopped at around 11:50 and the crew left site for lunch break returning soon after 13:00. Crew left site at approximately 14:10 and truck seen parked on side of road just away from site. Work stopped and crew left site around 15:00. Timesheet claim 8 hours.
  - Friday 15th January 2021 (day 3) arrival at site around 07:30. Crew left site at 09:00 for breakfast (20 minutes). Crew offsite at 12:00 for 1 hour. Work finished around 15:00.

**EXHIBIT**
**30**

- o Tuesday 19th through Friday 22nd January 2021, improved morning start times (close to 07:00). Breakfast breaks, lunch breaks and site departures around 15:00 as before.
- o Wednesday 20th January 2021 – Supervisor absent from site on at least 3 occasions each time for over 1 hour each time apparently needing to go to the post office, bank and elsewhere.
- o Friday 22nd January 2021 – Welding machine generator ran out of diesel at around 07:45 so crew unable to work until 08:15, team left site at 09:00 for breakfast until 09:45.
- • Apparent loss of materials – Installation materials and hardware supplied with the frames and louvres some match checked with the frames.
  - o Thursday 14th January 2021 – loss of one installation tube section identified, marked and loaded to move to site (eventually found later in the day with a different grouped frame assembly.
  - o Thursday 14th January 2021 – Loss of stainless steel bolts and washers for louvre installation, full set of nuts and lock washers still present.
- • Poor workmanship
  - o Poor quality welds are evident in a number of locations, even where access was good (undercutting, bead runs, poor fusion / penetration). This has to this point miraculously improved on the second shade following the site review of the first shade installation with Adrian Melendez.
  - o Installation of a louvre shade frame in the wrong location even though the frames are weld letter marked and the frames positioned with the supervisor alongside the installation location.
  - o Welded installation of a support frame member in front of a wall bracket that required holes drilled in reinforced concrete mound wall – now has to be ground off.
- • Apparent lack of tools and or the ability to use them.
  - o Wednesday 20th January 2021 – Whole day spent 'attempting' to drill 4 holes in the mound wall after rebar was encountered 3 inches below the surface of the concrete. We were told that they had burned our a concrete / rebar drill bit while trying to drill through a plate in the wall. The drill bit appeared to be rusty so suspected that it was an old one left over from previous work (such as the vent and drain cruciform installation that they had attempted to do 3 times before the imbedded maintenance team did for them). After discussions we left site to look for smaller diameter cobalt drills as the cobalt drills we had supplied were larger diameters and were not cutting into the surface. On return with ¼ and 3/8 drills they were able to quickly drill pilot holes through the rebar, however the supervisor wanted to use the magnetic base drill and claimed the drill bits he had were too short (saying it required 8 inch length rather that the 6 inch length). David Nagle asked to try the hand drill and hit they had and managed to drill through the rebar and obtain the depth required for the bonded stud bolt. We again left site looking for suitable length drills which we could not find however we decided to return to question why they thought the magnetic based drill could not reach further than the base. On return at 14:45 we found the team packing up for the day and ready to leave. We showed them how to move the drill in the rack frame and get the 3 to 4 inch depth with a 6 inch long drill bit.
  - o Thursday 21st January 2021 – During a site visit by Adrian Melendez we discussed the length of time required to install what he agreed were relatively simple frames, the lack of quality in the welds and finishing and the fact that they were unable to drill the holes in the mound wall, the frequent breaks for meals and ablutions. I told him that if the PIS team were unable to make progress that we would have to stop the works and engage a company who could drill holes in reinforced concrete and complete the installations in a timely manner. Adrian said he talk with the supervisor to see what the issues were, which I believe he dad as miraculously the individuals found the drills they needed in their tool boxes and managed to drill 7 holes to the required depth, and bond studs in less than 2 hours (clearly the claim to not have the drill bits was deceitful and an outright lie).
  - o Friday 22nd January 2021 – Welding machine / generator ran out of diesel and crew unable to progress installation until 08:15. Crew then unable to drill the required wall support holes as frame welded in place out of sequence which was ground back off. Hole drilling progress seems to have faltered again with only achieving 1 out of the 16 remaining required in 2 hours.

As far as I am concerned the performance, timekeeping, quality of work and overall abilities / objectives of the following individuals has been unacceptable on a number of levels both in the RIO shade installation on St Croix and during the previous Reverse Flow installation work on St Thomas. If this is not the case then I can only assume that they are complicit with PIS in an objective of maximising the earnings for PIS from time and materials activities.

PIS welding team individuals involved in the underperforming installation activities are:

- • Elias Rivera

- Ricardo Velazquez
- Juan Guigliotty

My recommendation is that these individuals be removed / barred from attending the site in future and classified as 'Not Required Back' for any current or future VITOL project work and also any work that PIS may want to engage them for IPOS operations activities associated with VITOL assets.

I look forward to discussing the issues and recommendations this afternoon.

Regards

Andrew

CONFIDENTIAL