Message

| From: | Merlin Figueira [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4DCBB2C25E974EF8999FBF52A743D75A-MERLIN FIGU] |
|---|---|
| Sent: | 2/14/2021 10:06:30 AM |
| To: | David Smith [dsm@vtti.com] |
| Subject: | Fwd: STT Boiler Room RIO Shade Installation Deferral. |

Hello David,

I think the differences of opinion and animosity between Andrew and PIS and the IPOS team has reached an apex and I have concerns, right or wrong, that there may be repercussions.

I have not spoken with PIS as yet, but the direct conversations I have has with Coury, Calvin and Granger are disturbing. I'm not sure how to gauge that - is it vindictiveness to a lapse in the Boiler platform installation oversight by Coury/Calvin or is it Andrew tying to make a case to throw PIS under the Bus.

My concern is that all three parties here; Andrew, PIS and IPOS staff are unlikely to back down and to restart with a clean slate without us doing something. Therefore, once you settled down from the events of last week let's have a chat.

Regards,
Merlin

Get Outlook for iOS

**From:** Merlin Figueira <mef@vtti.com>
**Sent:** Sunday, February 14, 2021 10:53 AM
**To:** Andrew Canning
**Cc:** David Smith; David Nagle
**Subject:** Re: STT Boiler Room RIO Shade Installation Deferral.

Andrew,

Thanks for your descriptive email of the situation for the RIO shade at the Krohne Cabinet. Unfortunately, I am not as familiar with the area to fully understand the work your proposing. I will be back in STT late Monday and will review and revert at the time.

I have concern, though, on your statement that PIS is 'still unable to follow the required installation procedures or grasp the basic concept of alignment that is required to successfully complete the installation'. Although, I am not as proficient as you and/or David are on the installation of the RIO panels, my initial view is it's a rather simple and straightforward installation and after working under your joint Supervision I would envision that it's a 'cut and paste' thereafter. So I like to better understand your concern here. I am not sure what is the best way for us to understand and am considering including Coury in that discussion and to do that in STT. I realize you are leaving off Island this week and I am leaving on Feb 26th (thru mid March). As you say there isn't any urgency in getting any of this done so the time lag won't make a difference.

Regards,
Merlin

Get Outlook for iOS

**From:** Andrew Canning <Andrew.Canning@optis.co.uk>
**Sent:** Sunday, February 14, 2021 10:28:25 AM
**To:** Merlin Figueira <mef@vtti.com>
**Cc:** David Smith <dsm@vtti.com>; David Nagle <dnagle@nsd-llc.com>
**Subject:** STT Boiler Room RIO Shade Installation Deferral.

Merlin,

CONFIDENTIAL



EXHIBIT
**31**

IPOS 006695

I am recommending that we defer the installation of the STT boiler room RIO panel shades until a suitable propane shutdown period when David Nagle and myself are available. The reason for the deferral is partly linked to an operations request which will be implemented during the installation (and has been built into the shade design) to reorientate the Krohne meter computer enclosure and the adjacent sampler cabinet controller cabinet to allow access (Krohne cabinet door opening currently severely impeded by the adjacent deluge valve and drain). Whilst the sampler controller cabinet reorientation should have no real operational effect, the krohne meter computer cabinet movement could potentially have a significant operational effect as it is used in the vaporiser control and for fiscal measurement. Currently the three panels by the boiler room have no temporary scaffold shade as they are partly shaded during certain times of the day by the WAPA air compressor building and the cable trays in the area, so delay in the installation should have no significant effect.

It should also be noted that we are currently on the 7th RIO panel installation with this crew (this being the 3rd of the same design) and the installers and their supervisor (Chad) are still unable to follow the required installation procedures or grasp the basic concept of alignment that is required to successfully complete the installation, without the monitoring and assistance of David Nagle. With the main support frames partly installed on the east side of the STT mounds and their alignment set (an objective that we set out to achieve during our extended stay), I suggest that the PIS crew complete the fitting of the louvres to the shade frames and attempt to install and align the runway tracks to the support frames after which time (estimated Wednesday) all remaining materials should be gathered and put to one side to await suitable operations window for the boiler room installation.

Please confirm your acceptance of the recommended installation deferral of the boiler room RIO panel shades.

Regards

Andrew

CONFIDENTIAL

IPOS 006696