IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),**<br><br>**PLAINTIFF,**<br><br>V.<br><br>**ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), ET AL.,**<br><br>**DEFENDANTS.** | **CASE NO. 1:21-CV-00312** |

**NOTICE OF NEGOTIATED EXTENSION OF DEADLINE**

Now come Andrew Canning and OPTIS Europe, Ltd. ("Defendants") and give notice pursuant to LRCi 6(b)(7) that the parties have agreed that Defendants may have until **May 22, 2024** to file their reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Respectfully submitted,

**ANDREW C. SIMPSON, P.C.,**
Counsel for Andrew Canning and OPTIS Europe, Ltd.

Dated: April 15, 2024

   /s/ Andrew C. Simpson
By: Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com