IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),**<br>     **PLAINTIFF,**<br><br>  V.<br><br>**ISLAND PROJECT AND OPERATING SERVICES, LLC (IPOS), ET AL.,**<br><br>     **DEFENDANTS.** | **CASE NO. 1:21-CV-00312** |

[Proposed] **ORDER ON MOTION TO STRIKE AND DEEM UNCONTESTED**

This matter is before the Court on the motion of Andrew Canning and OPTIS Europe, Ltd. to strike the Plaintiff's Response (Doc. No. 305) to Defendants' Statement of Uncontested Material Facts for failure to comply with LRCi 56.1(b). The premises considered, the motion is **GRANTED**. Document No. 305 is stricken from the record of this matter. The 53 facts enumerated in Defendants Statement of Uncontested Material Facts (Doc. No. 299) are deemed uncontested for purposes of summary judgment.

                     _____
                     WILMA A. LEWIS
                     U.S. DISTRICT JUDGE