# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO), | CASE NO. 1:21-CV-00312 |
| Plaintiff, | |
| v. | |
| ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER

**THIS MATTER** having come before the Court on Defendants' Andrew Canning and Optis Europe, Ltd.'s **MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNCONTESTED MATERIAL FACTS AND TO DEEM THE FACTS IN THE STATEMENT OF UNCONTESTED MATERIAL FACTS UNCONTESTED** dated May 15, 2024, and the Court having been advised in its premises, it is;

**ORDERED** that Defendants' Motion is **DENIED**.

**SO ORDERED** this _____ day of _____ 2024.

_____
**Wilma A. Lewis, USDJ**