### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br><br><br><u>JURY TRIAL DEMANDED</u> |

### ORDER

**THIS MATTER** having come before the Court on Plaintiff's **OBJECTION AND APPEAL OF MAGISTRATE'S ORDER DATED SEPTEMBER 25, 2024 [ECF NO. 314]** dated October 9, 2024, and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Objection is **SUSTAINED**, and further;

**ORDERED** that the Magistrate Judge's Report and Recommendation is **REJECTED**.

**SO ORDERED** this _____ day of _____ 2024.

                                                                 **Wilma A. Lewis, USDJ**