**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO),<br><br>Plaintiff,<br><br>v.<br><br>ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC.,<br><br>Defendants. | CASE NO. 1:21-CV-00312<br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

**THIS MATTER** having come before the Court on Plaintiff's **MOTION FOR LEAVE TO FILE A COUNTERSTATEMENT OF FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** dated October 11, 2024, and the Court having been advised in its premises, it is;

**ORDERED** that Plaintiff's Motion is **GRANTED**.

**SO ORDERED** this _____ day of _____ 2024.

                                                                                    _____
                                                                                    **Wilma A. Lewis, USDJ**