IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| PETRO INDUSTRIAL SOLUTIONS, LLC (PETRO), <br><br> Plaintiff, <br><br> v. <br><br> ISLAND PROJECT AND OPERATING SERVICES, LLC, VITOL US HOLDING II CO., VITOL VIRGIN ISLANDS CORP, ANDREW CANNING, OPTIS EUROPE, LTD., VTTI, and VITOL, INC., <br><br> Defendants. | CASE NO. 1:21-CV-00312 <br><br><br> <u>JURY TRIAL DEMANDED</u> |

## **NOTICE OF FILING PROPOSED COUNTER-STATEMENT OF FACTS**

Plaintiff Petro Industrial Solutions, LLC (Petro), by and through undersigned counsel, files its Proposed Counter-Statement of Facts, attached as **Exhibit 1**.[1]

                                                    RESPECTFULLY SUBMITTED
                                                  LEE J. ROHN AND ASSOCIATES, LLC
                                                  Attorneys for Plaintiff

DATED: October 14, 2024               BY:   <u>/s/ Lee J. Rohn</u>
                                                           Lee J. Rohn, Esq.
                                                           VI Bar No. 52
                                                           1108 King Street, Suite 3 (mailing)
                                                           56 King Street, Third Floor (physical)
                                                           Christiansted, St. Croix
                                                           U.S. Virgin Islands 00820
                                                           Telephone: (340) 778-8855
                                                           lee@rohnlaw.com



---

[1] In its Moton for Leave to File Counter-Statement of Facts, Petro indicated that he would be filing a proposed counter-statement of facts by separate filing. (Motion for Leave, ECF Doc. 316, p. 3. ).

*Petro Industrial Solutions, LLC v. Island Project and Operating Service, LLC, et. al.,* Case No. 1:21-CV-00312
**NOTICE OF FILING PROPOSED COUNTER-STATEMENT OF FACTS**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

    All Counsel of Record

    BY: __/s/   Lee J. Rohn_____(RRL)